IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

PFLAG, Inc., et al.        *

　Plaintiff,

　　　　　　　　　　　　*

v.                         Case No. 25-00337-RDB

Donald J. Trump            *

　Defendant.               *

### ENTRY OF APPEARANCE IN A CIVIL CASE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for the **Plaintiffs**

I certify that I am admitted to practice in this Court.

2/4/25
Date

Signature

Deborah A. Jeon 06905
Printed name and bar number

ACLU of Maryland, 3600 Clipper Mill Road, #200, Baltimore, MD 21211
Address

jeon@aclu-md.org
Email address

410-889-8550 x120
Telephone number

410-366-7838
Fax number