**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

_____     \*

    **Plaintiff,**

                      \*

    **v.**                          **Case No.** _____

                      \*

_____

    **Defendant.**          \*

## MOTION FOR ADMISSION PRO HAC VICE

I, _____, am a member in good standing of the bar of this

Court.   I am moving the admission of _____

to appear pro hac vice in this case as counsel for _____.

We certify that:

1.  The proposed admittee is not a member of the Maryland bar and does not maintain
    any law office in Maryland

2.  The proposed admittee is a member in good standing of the bars of the following
    State Courts and/or United States Courts:

      State Court & Date of Admission      U.S. Court & Date of Admission

    _____    _____

    _____    _____

    _____    _____

    _____    _____

3.  During the twelve months immediately preceding this motion, the proposed admittee
    has been admitted pro hac vice in this Court _____ time(s).

4.  The proposed admittee has never been disbarred, suspended, or denied admission to
    practice law in any jurisdiction.   (NOTE:  If the proposed admittee has been
    disbarred, suspended, or denied admission to practice law in any jurisdiction, then
    he/she must submit a statement fully explaining all relevant facts.)

5.  The proposed admittee is familiar with the Maryland Attorneys' Rules of Professional
    Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the
    Federal Rules of Appellate Procedure, and the Local Rules of this Court, and
    understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. **The $100.00 fee for admission pro hac vice accompanies this motion.**

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| /s/ Zoe Ginsberg | /s/ Omar Gonzalez-Pagan |
| | (signed by Zoe Ginsberg with the permission of Omar Gonzalez-Pagan) |
| Signature | Signature |
| | |
| Printed name and bar number | Printed name |
| | |
| Office name | Office name |
| | |
| Address | Address |
| | |
| Telephone number | Telephone number |
| | |
| Fax Number | Fax Number |
| | |
| Email Address | Email Address |

**U.S. Court Admissions (continued)**

U.S. Court of Appeals for the First Circuit (11/14/2014)

U.S. Court of Appeals for the Second Circuit (03/08/2016)

U.S. Court of Appeals for the Third Circuit (01/12/2018)

U.S. Court of Appeals for the Fourth Circuit (10/19/2017)

U.S. Court of Appeals for the Fifth Circuit (10/09/2014)

U.S. Court of Appeals for the Sixth Circuit (07/28/2023)

U.S. Court of Appeals for the Seventh Circuit (08/05/2016)

U.S. Court of Appeals for the Eighth Circuit (03/18/2016)

U.S. Court of Appeals for the Ninth Circuit (03/12/2020)

U.S. Court of Appeals for the Tenth Circuit (04/15/2021)

U.S. Court of Appeals for the Eleventh Circuit (03/24/2017)

U.S. Court of Appeals for the District of Columbia Circuit (12/01/2020)

U.S. Dist. Ct. District of Colorado (12/07/2015)

U.S. Dist. Ct. District of Massachusetts (11/15/2011)

U.S. Dist. Ct. Eastern District of New York (01/06/2022)

U.S. Dist. Ct. Northern District of New York (10/23/2017)

U.S. Dist. Ct. Southern District of New York (9/29/2015)


**Pro Hac Vice Admissions in past 12 months:**

*Shawnté Anne Levy v. Robert L. Green*, Case No. 8:18-cv-01291-TDC, in 2024