IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

PFLAG, et al.

Plaintiff,

v.

Donald J. Trump, et al.

Defendant.

Case No. 1:25-cv-00337-BAH

## ENTRY OF APPEARANCE IN A CIVIL CASE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for the PFLAG, Inc; American Association of Physicians for Human Rights, Inc.; Gabe Goe, by and through his parent and next friend George Goe; George Goe; Bella Boe, by and through her parent and next friend Bruce Boe; Bruce Boe; Cameron Coe, by and through their parent and next friend Claire Coe; Claire Coe, Robert Roe, by and through his parent and next friend Rachel Roe; Rachel Roe; B.G. a/k/a W.G., by and through her parent and next friend Kristen Chapman; Kristen Chapman; Lawrence Loe; Dylan Doe

I certify that I am admitted to practice in this Court.

02/05/2025

Date

_[signature]_

Signature

Danielle Desaulniers Stempel - 20501

Printed name and bar number

555 Thirteenth Street NW, Washington, DC 20004

Address

danielle.stempel@hoganlovells.com

Email address

(202) 804-7798

Telephone number

(202) 637-5910

Fax number