IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

PFLAG, et al.
**Plaintiff,**

v.                                     Case No. 1:25-cv-00337-BAH

Donald J. Trump, et al.
**Defendant.**

**MOTION FOR ADMISSION PRO HAC VICE**

I, Danielle Desaulniers Stempel, am a member in good standing of the bar of this Court. I am moving the admission of Sam H. Zwingli to appear pro hac vice in this case as counsel for PFLAG, Inc; American Association of Physicians for Human Rights, Inc.; Gabe Goe, by and through his parent and next friend George Goe; George Goe; Bella Boe, by and through her parent and next friend Bruce Boe; Bruce Boe; Cameron Coe, by and through their parent and next friend Claire Coe; Claire Coe, Robert Roe, by and through his parent and next friend Rachel Roe; Rachel Roe; B.G. a/k/a W.G., by and through her parent and next friend Kristen Chapman; Kristen Chapman; Lawrence Loe; Dylan Doe.

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
|---|---|
| District of Columbia (01/20/2022) | U.S. Fifth Circuit Court of Appeals (07/11/2024) |
| California (02/09/2021) | U.S. D.C. Circuit Court of Appeals (11/13/2024) |
|  | Supreme Court of the United States (01/22/2025) |

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted pro hac vice in this Court  0  time(s).

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

5. The proposed admittee is familiar with the Maryland Attorneys' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. Either the undersigned movant or _____,
is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. **The $100.00 fee for admission pro hac vice accompanies this motion.**

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| *[signature]* | *[signature]* |
| Signature | Signature |
| Danielle Desaulniers Stempel - 20501 | Sam H. Zwingli |
| Printed name and bar number | Printed name |
| Hogan Lovells US LLP | Hogan Lovells US LLP |
| Office name | Office name |
| 555 Thirteenth Street NW, Washington, DC 20004 | 555 Thirteenth Street NW, Washington, DC 20004 |
| Address | Address |
| (202) 804-7798 | (202) 637-8713 |
| Telephone number | Telephone number |
| (202) 637-5910 | (202) 637-5910 |
| Fax Number | Fax Number |
| danielle.stempel@hoganlovells.com | sam.zwingli@hoganlovells.com |
| Email Address | Email Address |

United States District Court for the District of Maryland
Application for Admission to Practice

February 4, 2025

To whom it may concern,

Out of an abundance of caution, I am disclosing an expunged temporary suspension from the Virgin Islands Bar for negligently failing to pay bar dues or submit an Annual Registration Statement (ARS). Within one week of my suspension, I was reinstated as a member in good standing of the Virgin Islands Bar and the Supreme Court of the Virgin Islands expunged my temporary suspension and sealed all records of the proceeding.

While working as an associate for Sidley Austin LLP from 2021 to 2022, I was admitted pro hac vice to the Virgin Islands Bar through local counsel. When I left Sidley in July 2022, I withdrew as counsel in all my pending matters and sent local counsel the requisite paperwork to end my representation.

On or around September 14, 2023, the Supreme Court of the Virgin Islands temporarily suspended my bar admission for failing to pay the annual fees and file an ARS. At that time, I learned that local counsel inadvertently failed to effectuate my termination in 2022. I worked diligently with the Virgin Islands Office of Disciplinary Counsel to update my ARS forms and pay all fees. I petitioned the Virgin Islands Supreme Court to withdraw its temporary suspension order, reinstate me as an active member in good standing of the USVI Bar, and expunge any records of my temporary suspension.

On September 21, 2023, the Supreme Court of the Virgin Islands granted my petition in full, reinstated me, and expunged and sealed any records of the proceedings. Shortly thereafter, local counsel filed a motion to terminate my pro hac vice representation, which was also granted. I am willing to provide copies of my petition and the court's final order upon request. I remain in good standing in both the California and Washington D.C. bars, and am also a member of the bars for the United States Court of Appeals for the Fifth Circuit, D.C. Circuit, and the United States Supreme Court.

Please do not hesitant to reach out with questions.

Respectfully,

Sam Zwingli