IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

PFLAG, et al.  *

**Plaintiff,**

*

v.  *  Case No. 1:25-cv-00337-BAH

*

Donald J. Trump, et al.

**Defendant.**  *

## MOTION FOR ADMISSION PRO HAC VICE

I, Danielle Desaulniers Stempel, am a member in good standing of the bar of this Court. I am moving the admission of Kristina Alekseyeva to appear pro hac vice in this case as counsel for PFLAG, Inc; American Association of Physicians for Human Rights, Inc.; Gabe Goe, by and through his parent and next friend George Goe; George Goe; Bella Boe, by and through her parent and next friend Bruce Boe; Bruce Boe; Cameron Coe, by and through their parent and next friend Claire Coe; Claire Coe, Robert Roe, by and through his parent and next friend Rachel Roe; Rachel Roe; B.G. a/k/a W.G., by and through her parent and next friend Kristen Chapman; Kristen Chapman; Lawrence Loe; Dylan Doe.

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

   State Court & Date of Admission        U.S. Court & Date of Admission

   See attached

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted pro hac vice in this Court  0  time(s).

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

5. The proposed admittee is familiar with the Maryland Attorneys' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. **The $100.00 fee for admission pro hac vice accompanies this motion.**

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

MOVANT

*/s/ Danielle Desaulniers Stempel*

Signature

Danielle Desaulniers Stempel - 20501

Printed name and bar number

Hogan Lovells US LLP

Office name

555 Thirteenth Street NW, Washington, DC 20004

Address

(202) 804-7798

Telephone number

(202) 637-5910

Fax Number

danielle.stempel@hoganlovells.com

Email Address

PROPOSED ADMITTEE

*/s/ Kristina Alekseyeva*

Signature

Kristina Alekseyeva

Printed name

Hogan Lovells US LLP

Office name

555 Thirteenth Street NW, Washington, DC 20004

Address

(202) 804-7816

Telephone number

(202) 637-5910

Fax Number

kristina.alekseyeva@hoganlovells.com

Email Address

## Kristina Alekseyeva Bar Admissions

**State**

New York – admitted 01/17/2019

District of Columbia – admitted 01/28/2025

**Federal**

U.S. District Court for the Southern District of New York – admitted 12/22/2020

U.S. Court of Appeals for the First Circuit – admitted 01/07/2025

U.S. Court of Appeals for the Third Circuit – admitted 12/15/2023

U.S. Court of Appeals for the Fourth Circuit – admitted 05/04/2022

U.S. Court of Appeals for the Fifth Circuit – admitted 07/19/2024

U.S. Court of Appeals for the Seventh Circuit – admitted 07/26/2024

U.S. Court of Appeals for the Ninth Circuit – admitted 03/23/2021

U.S. Court of Appeals for the Federal Circuit – admitted 03/26/2021

United States Court of Federal Claims – admitted 03/25/2021