## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

PFLAG, et al.                                    *

    **Plaintiff,**

                              *

    **v.**                                          **Case No.** 1:25-cv-00337-BAH

Donald J. Trump, et al.                          *

    **Defendant.**                                  *

### MOTION FOR ADMISSION PRO HAC VICE

    I, Danielle Desaulniers Stempel, am a member in good standing of the bar of this

Court.  I am moving the admission of Jackson Skeen

to appear pro hac vice in this case as counsel for PFLAG, Inc; American Association of Physicians for Human Rights, Inc.;
Gabe Goe, by and through his parent and next friend George Goe; George Goe;
Bella Boe, by and through her parent and next friend Bruce Boe; Bruce Boe;
Cameron Coe, by and through their parent and next friend Claire Coe; Claire
Coe, Robert Roe, by and through his parent and next friend Rachel Roe; Rachel
Roe; B.G. a/k/a W.G., by and through her parent and next friend Kristen
Chapman; Kristen Chapman; Lawrence Loe; Dylan Doe

    We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain
   any law office in Maryland

2. The proposed admittee is a member in good standing of the bars of the following
   State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
|---|---|
| District of Columbia (02/08/2023) | U.S. Ninth Circuit Court of Appeals (07/28/2023) |
| | U.S. Fifth Circuit Court of Appeals (06/20/2024) |
| | |
| | |

3. During the twelve months immediately preceding this motion, the proposed admittee
   has been admitted pro hac vice in this Court 0 time(s).

4. The proposed admittee has never been disbarred, suspended, or denied admission to
   practice law in any jurisdiction.  (NOTE:  If the proposed admittee has been
   disbarred, suspended, or denied admission to practice law in any jurisdiction, then
   he/she must submit a statement fully explaining all relevant facts.)

5. The proposed admittee is familiar with the Maryland Attorneys' Rules of Professional
   Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the
   Federal Rules of Appellate Procedure, and the Local Rules of this Court, and
   understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. Either the undersigned movant or _____ , is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. **The $100.00 fee for admission pro hac vice accompanies this motion.**

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

MOVANT

Signature

Danielle Desaulniers Stempel - 20501

Printed name and bar number

Hogan Lovells US LLP

Office name

555 Thirteenth Street NW, Washington, DC 20004

Address

(202) 804-7798

Telephone number

(202) 637-5910

Fax Number

danielle.stempel@hoganlovells.com

Email Address

PROPOSED ADMITTEE

Signature

Jackson Skeen

Printed name

Hogan Lovells US LLP

Office name

125 High St Unit 2010, Boston, MA 02110

Address

(617) 702-7747

Telephone number

(617) 371-1037

Fax Number

jackson.skeen@hoganlovells.com

Email Address