IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| PFLAG, INC., et al.,<br><br>　　*Plaintiffs*,<br><br>　　v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>　　*Defendants*. | Civil Action No. BAH-25-337 |

## INDEX OF EXHIBITS

| Exhibit | Description | Cross Reference to Memorandum |
|:---:|---|:---:|
| A | Declaration of Omar Gonzalez-Pagan ISO Motion for TRO with Exhibits A-1 through A-7. | None |
| A-1 | HRSA Memorandum | 6-7, 14 |
| A-2 | Children's National Statement | 7 |
| A-3 | Children's Hospital of Richmond Statement | 7 |
| A-4 | UVA Health Statement | 7 |
| A-5 | Denver Health Statement | 7 |
| A-6 | Letter from Jason Miyares, Attorney General of Virginia, to UVA and VCU | 7 |
| A-7 | News Release, President Trump is Delivering on His Commitment to Protect our Kids (Feb. 3, 2025) | 1, 7, 14, 30 |
| B | Declaration of Alex Sheldon (Executive Director of GLMA) | 3-4, 6, 11, 13-14, 29 |
| C | Declaration of Dr. Jeffrey Birnbaum | 3, 6, 12-14, 18, 28-30 |

| | | |
|---|---|---|
| D | Declaration of Brian K. Bond (CEO of PFLAG, Inc.) | 4, 6, 11, 28-30 |
| E | Declaration of Bruce Boe | 4, 6-8, 28 |
| F | Declaration of Claire Coe | 4, 6-8, 28 |
| G | Declaration of Kristen Chapman | 4, 6, 9-10, 29 |
| H | Declaration of George Goe | 6-7, 28 |
| I | Declaration of Rachel Roe | 6, 8-9, 28 |
| J | Declaration of Lawrence Loe | 6, 10, 28 |
| K | Declaration of Dylan Doe | 6, 10-11, 28 |
| L | Declaration of Kyle Koe | 11-12, 14, 29 |
| M | Declaration of E.M. | 28-29 |
| N | Declaration of M.V. | 29 |
| O | Declaration of Jane Doe 1 | 28-29 |
| P | Declaration of Jane Doe 2 | 28-29 |
| Q | Declaration of Jane Doe 3 | 28-29 |