# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| PFLAG, INC., et al.,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>    *Defendants*. | Civil Action No. BAH-25-337 |

**DECLARATION OF OMAR GONZALEZ-PAGAN IN SUPPORT OF PLAINTIFFS' EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER**

I, Omar Gonzalez-Pagan, hereby declare and state:

1. I am over 18 years of age, of sound mind, and fully capable of making this declaration. I have personal knowledge of the facts set forth in this declaration, they are true and correct, and I would be able to testify about these facts if I were called as a witness at a hearing or trial.

2. I am a licensed attorney in the Commonwealth of Massachusetts and the State of New York. I am Senior Counsel and Health Care Strategist at Lambda Legal, and counsel for Plaintiffs in this action.

3. I submit this declaration in support of Plaintiffs' Emergency Motion for a Temporary Restraining Order.

4. On January 31, 2025, Defendant Health Resources & Services Administration ("HRSA") transmitted via email a notice to recipients of HRSA grants, instructing them to comply with the executive orders at issue. **Exhibit A-1** is a true anad correct copy of that email notice.

5. On January 30, 2025, Children's National Hospital issued a statement announcing that it is pausing care in compliance with the executive orders at issue. *See Children's National Hospital Statement on Executive Order* (Jan. 30, 2025), https://www.childrensnational.org/about-us/newsroom/2025/statement-on-executive-order. **Exhibit A-2** is a true and correct copy of that statement.

6. On or about January 30, 2025, Children's Hospital of Richmond at VCU issued a statement on its website announcing that it is pausing care in compliance with the executive orders at issue. *See Transgender*, Children's Hosp. of Richmond at VCU (Feb. 1, 2025), https://www.chrichmond.org/services/transgender/. **Exhibit A-3** is a a true and correct copy of that statement.

7. On or about January 30, 2025, UVA Health issued a statement on its website announcing that it is pausing care in compliance with the executive orders at issue. *See Gender Health Services Impacted by Executive Order*, UVA Health, https://childrens.uvahealth.com/services/transgender-youth-health (last visited Feb. 1, 2025). **Exhibit A-4** is a true and correct copy of that statement.

8. On or about January 30, 2025, Denver Health issued a statement on its website announcing that it is pausing care in compliance with the executive orders at issue. *See Denver Health responds to exectuive order regarding gender-affirming care*, Denver Health (Jan. 30, 2025), https://www.denverhealth.org/news/2025/01/denver-health-responds-to-executive-order-regarding-gender-affirming-care. **Exhibit A-5** is a true and correct copy of that statement.

9. On January 30, 2025, Jason Miyares, Attorney General of the Commonwealth of Virginia, transmitted a letter to the University of Virginia and Virginia Commonwealth University

directing them to comply with the executive orders at issue. **Exhibit A-6** is a true and correct copy of that letter.

    10.    On February 3, 2025, the White House issued a News Release entitled, *President Trump is Delivering on His Commitment to Protect Our Kids*, touting that the executive orders at issue are "already having [their] intended effect." **Exhibit A-7** is a true and correct copy of that News Release.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 5th day of February, 2025.

                      */s/ Omar Gonzalez-Pagan*
                      Omar Gonzalez-Pagan