# Exhibit A-1

**From:** Health Resources and Services Administration <hrsa@public.govdelivery.com>
**Sent:** Friday, January 31, 2025 4:14 PM
**To:**
**Subject:** Important Message for HRSA Award Recipients



Dear Recipient:

Your Health Resources and Services Administration (HRSA) award is funded in whole or in part with U.S. government funds.

Effective immediately, HRSA grant funds may not be used for activities that do not align with Executive Orders (E.O.) entitled *Ending Radical and Wasteful Government DEI Programs and Preferencing*, *Initial Rescissions of Harmful Executive Orders and Action*, *Protecting Children from Chemical and Surgical Mutilation*, and *Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government (Defending Women)*. Any vestige, remnant, or re-named piece of any programs in conflict with these E.O.s are terminated in whole or in part.

You may not incur any additional costs that support any programs, personnel, or activities in conflict with these E.O.s

If you have any questions, contact us at DGMOCommunications@hrsa.gov.



Connect with HRSA


To learn more about our agency, visit www.HRSA.gov

 Sign up for *eNews*

Follow Us:



Subscriber Services: **Manage Preferences / Unsubscribe**  |  **Help**

Health Resources and Services Administration

5600 Fishers Lane Rockville, MD 20857

This email was sent to ▮▮▮▮▮▮▮▮▮▮ using GovDelivery Communications Cloud on behalf of: HRSA · 5600 Fishers Lane · Rockville, MD 20857