# Exhibit A-3

UNstoppable care for kids


(/)

- **Home**(/) / **Services**(/services/) / Transgender

# Transgender

## Gender-affirming care statement

VCU Health and Children's Hospital of Richmond at VCU have suspended gender-affirming medications and gender-affirming surgical procedures for patients under 19 years old in response to an **Executive Order issued by the White House** (https://www.whitehouse.gov/presidential-actions/2025/01/protecting-children-from-chemical-and-surgical-mutilation/) on January 28, 2025, and related state guidance received by VCU on January 30, 2025.

Our doors remain open to all patients and their families for screening, counseling, mental health care and all other health care needs.

## Gender-affirming care frequently asked questions

February 1, 2025, 10:30 a.m.

Collapse all

### Are VCU Health and CHoR still offering gender-affirming care?

VCU Health and Children's Hospital of Richmond at VCU have suspended gender-affirming medications and gender-affirming surgical procedures for patients under 19 years old in response to an **Executive Order issued by the White House** (https://www.whitehouse.gov/presidential-actions/2025/01/protecting-children-from-chemical-and-surgical-mutilation/) on January 28, 2025, and related state guidance received by VCU on

January 30, 2025. Our doors remain open to all patients and their families for screening, counseling, mental health care and all other health care needs.

## What happens if someone has an appointment scheduled for this care?

All appointments for our patients have been maintained where we can provide ongoing care and/or discuss care options for patients that do not include prescribing gender-affirming medications and/or performing gender-affirming surgical procedures for patients under 19 years of age. While we are not beginning or continuing gender-affirming medications and/or performing gender-affirming surgical procedures, our providers are available for screening, counseling and general medical and mental health care issues.

## What other options are available?

Screening, counseling and general medical and mental health care continue to be available. We encourage you to speak with your medical provider about specific questions related to your health care.

## Do you expect any changes to this suspension of services?

Like many health systems across Virginia and the country, we are continuing to review the Executive Order issued by the White House and related state guidance. We will continue to monitor developments and respond accordingly with a continued focus on what is best for our patients.

# Gender-affirming care: Defining, belonging and thriving

We hope that every family that walks through our doors feels safe, loved, and affirmed and we are here to work with families to extend this support into the home and community. We are dedicated to providing gender-affirming care that is patient-centered to support each youth's gender journey.

# Becoming who you were meant to be: Our care team is in your corner

Our specialists in endocrinology and adolescent medicine work together to provide well-rounded care for children and teens in a gender-friendly environment.

Care is tailored to each patient and may include:

- Medical evaluation
- Medical hormone management
- Prescription medications
- Mental health care
- Voice therapy
- Letters of medical necessity to address hormone treatment, school issues and/or surgery (as needed)
- Referrals to other medical and surgical specialists (as needed)
- Referrals to peer and family support groups
- Educational materials

# Gender-affirming care road map

Once you call to schedule your initial visit, our team will share our gender-affirming care pre-visit road map to help ensure we have all the documentation we need and most importantly, to let you know what to expect along the way. We look forward to caring for your family.

## Before your first visit

Expand all

## What to bring to your first visit

## What to expect during your first visit

# Gender resources

It's a boy! It's a girl! Gender is often defined by the external sex organs of an individual and is assigned at birth. But gender identity comes from the brain. It's an individual's psychological sense of their own maleness, femaleness or nonbinary-ness and it cannot be determined by another person.

The traditional model of gender identity was binary, meaning there were only the two choices: male or female, but there are many individuals who don't feel they fit into either category or report that their gender identity doesn't match their body. **Learning about the terms currently used to describe gender can increase our understanding of what a child may be experiencing in this regard.**(/blog/expanding-views-of-gender-greater-awareness-greater-support/) This can also promote acceptance, which is so important, as acceptance, especially from family members, protects these youth from depression, suicidal thoughts and other risk factors

**He She Ze and We** (https://heshezewe.org/)
He She Ze and We serves families with transgender loved ones through support, education and advocacy.

**Side by Side** (https://www.sidebysideva.org/)
Dedicated to creating supportive communities where Virginia's LGBTQ youth can define themselves, belong and flourish.

**Gender Spectrum** (https://genderspectrum.org/)
Global online community for gender-expansive teens, their families and support professionals to connect, collaborate and find resources.

**Family Acceptance Project** (https://familyproject.sfsu.edu/)
A research, intervention, education and policy initiative that works to prevent health and mental health risks for LGBTQ children and youth including homelessness, suicide and HIV in context of their family, cultures and faith communities.