# Exhibit A-4



« Services Search

In This Section

# Gender Health Services Impacted by Executive Order

In response to the recent federal executive order and related Commonwealth of Virginia, Office of the Attorney General guidance, UVA Health has suspended all gender-affirming care for patients under 19 years of age. Like many health systems across the country, the University of Virginia and UVA Health are working to analyze and interpret the federal order and related state guidance, as well as monitoring other potential policy changes and impacts to ensure we are always delivering care in accordance with the law.

Patient appointments will be maintained to discuss specific care options in compliance with the most recent guidance.

UVA Health remains committed to being a community of healing, compassion, and respect for all.

## Questions? Contact Us

VISIT THE CLINIC

**Transgender Youth Health**

We offer transgender youth health services for ages 11 to 25.

Our providers have specialized expertise and experience in caring for patients with a range of gender identities and sexual orientations:

- Trans
- Nonbinary
- Intersex
- Asexual

Our services include:

- Education about sex and contraception

We use cookies and similar tools to improve your web experience.

Read our privacy policy

ACCEPT

- Referrals for therapy to help manage anxiety, depression, and ongoing emotional issues
- Puberty blockers that delay sex-related physical changes
- Help finding resources in the community
- Cross-sex hormones, like testosterone and estrogen
- Referrals for gender-affirming surgeries and voice therapy

## Diagnosis From a Mental Health Professional

In order for one of our clinical providers to discuss treatment, we require a diagnosis of **gender dysphoria**. This term is used when a child's sense of their gender differs from the sex assigned to them at birth.

Our care team can provide referrals to the appropriate mental health professionals.

## For Parents of Trans Youth

We encourage parents and families to attend appointments. If your parents or family members have questions or need support, we can help. **Find out** how we support parents.

## Have More Questions?
Check out our trans youth healthcare FAQs.

UVA Health Children's is a community of healing, compassion, inclusion, and respect for all.

We don't discriminate, exclude, or treat patients or visitors differently based on:

- Race
- Age
- Color
- National origin
- Religion
- Disability
- Sexual orientation
- Gender
- Gender identity
- Gender expression

Discrimination and prejudice have no place here. See our non-discrimination policy.

We use cookies and similar tools to improve your web experience.

UVA Health Children's

About UVA Health Children's ▾

Community ▾

Patients & Families ▾

UVA Health System ▾

Non-Discrimination Notice

Patient Rights & Policies

Web Privacy

Report Accessibility Barrier

© 2025 Rector and Visitors of the University of Virginia.
All rights reserved.

We use cookies and similar tools to improve your web experience.