# **Exhibit A-5**

Home ❮ News

« Return to Search

# Denver Health responds to executive order regarding gender-affirming care

*January 30, 2025*



Denver Health is committed to and deeply concerned for the health and safety of our gender diverse patients under the age of 19 in light of the executive order regarding youth gender-affirming care. We recognize this order will impact gender-diverse youth, including increased risk of depression, anxiety and suicidality.

We are working to understand and comply with the full implications of the broadly worded order. Guidance on changes to medical care is being handled privately so that we can best support our patients and their families. The executive order, which was issued on January 28, 2025, includes criminal and financial consequences for those who do not comply, including placing participation in federal programs including Medicare, Medicaid and other programs administered by HHS at risk. These programs represent a significant portion of Denver Health's funding, and the executive order specifically states that should we not comply, our participation in these programs is at risk. The loss of this funding would critically impair our ability to provide care for the Denver community.

Denver Health is proud to be one of a very small number of providers of comprehensive care services to all of our patients, including to LGBTQ+ and gender-diverse patients. As we navigate the order's requirements, we will continue to provide primary and behavioral health care to all impacted youth and will work to maintain the level of trust we have built with the LGBTQ+ community.

We encourage all patients to continue with their scheduled primary care and behavioral health care visits and discuss changes in medical care with their doctor as needed.

**Denver Health responds to executive order regarding gender...**

Denver Health is committed to and deeply concerned for the health and...

**Denver Health Designated an ACR Comprehensive Breast Imaging...**

Denver Health has been named a Comprehensive Breast Imaging Center by...

**Denver Health introduces naloxone vending machine**

A fatal overdose occurs in Colorado nearly every five hours. In...

**Cases of Psilocybin Exposure Rising**

Rocky Mountain Poison and Drug Safety (RMPDS) has developed data...

**Denver Health welcomes first baby of 2025**

The labor and delivery team at Denver Health welcomed Sammer Andre...

**New family health center to open in SE Denver**

Denver Health plans to open the nonprofit health system's 11th...

[All News](#)

### Safety Tips for Holiday Road Trips
Planning to Hit the Road for the Holidays? The Injury Prevention team...

### Do Mammograms Hurt Seven Things You Can Do to Reduce Painful...
Do mammograms hurt? It's a common question we get here at the Denver...

### Most Common Winter Sports Injuries and What to Do if One...
Winter sports injuries often have the same three things in common...

### Addressing Disparities in Breast Cancer Care Among African...
Racial disparities in breast cancer survival rates among...

### Five Surprising Things You May Not Know About Bariatric Surgery...
If you're considering getting bariatric surgery (also known as...

### Understanding and Managing Your Risk for Breast Cancer From...
While understanding and managing your own personal risk for breast...

[All Blog Articles](#)

| FEB 4 | CPR Class for Mom and Partner (expectant parents only)  |

FEB
5

Labor and Delivery Tour for Expectant Families

FEB
5

Lactation (Prenatal Breastfeeding Class)

FEB
6

Advanced Professional And Ethical Practice

All Classes & Events