# **Exhibit F**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| PFLAG, INC.; *et al.*,<br><br> *Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; *et al.*,<br><br> *Defendants*. | Civil Action No. |

**DECLARATION OF CLAIRE COE**

I, Claire Coe,[1] hereby declare and state as follows:

 1. My name is Claire Coe. I am a Plaintiff in this action. I offer this Declaration in support of Plaintiffs' Motion for a Temporary Restraining Order. I am over 18 years old, have personal knowledge of the facts set forth in this Declaration, and would testify competently to those facts if called as a witness.

 2. I am a Plaintiff in this action. I am bringing claims on behalf of myself and as the parent and next friend of my child, Cameron Coe. We are members of PFLAG.

 3. My husband and I live in New York City, and we are the parents of Cameron Coe, our twelve-year-old child who attends school in New York City.

 4. When Cameron was born, they were designated as male at birth, but they are non-binary.

---

[1] Claire Coe and Cameron Coe are pseudonyms. My family is proceeding under pseudonym to protect our right to privacy and ourselves from discrimination, harassment, and violence, as well as retaliation for seeking to protect our rights.

1

5. Cameron communicated to us the idea that they do not feel like a girl or a boy as early as the age of four, but did not quite have the language for the feelings they experienced. Eventually, they came to understand and identify that they were non-binary and started to express their gender identity in the third grade.

6. After doing some research, we took Cameron to a program for young transgender and gender-expansive people, that offered therapy, resources, and community groups. Cameron has also seen mental health professionals beginning in the second grade.

7. We noticed that Cameron would refuse to change in order to swim because it meant they would be read as male or masculine, and that they would get very upset when they faced misgendering in school or questions from other students about their gender.

8. As time went on and Cameron grew closer to puberty, they became more upset, and we sought more information and eventually secured an appointment at NYU Langone purely to learn more about potential medical and non-medical options. The doctor we met with counseled us on the available options, including the potential for pubertal suppression, if we felt that was the right option for Cameron in consultation with us and our doctors.

9. Around that time, Cameron started seeing a therapist with experience in treating gender dysphoria, and that therapist formally diagnosed them with gender dysphoria.

10. In the summer of 2024, Cameron began to enter puberty, and we noticed that Cameron was growing more uncomfortable in their body, and as their body started to change and their voice started to drop, we noticed that others around them were starting to stare and treat them differently.

11. Cameron has expressed that they are stressed and anxious about being forced to go through a masculine puberty, and they want more time to make a decision about pursuing hormone therapy without worrying about their body changing right now.

12. Ultimately, after discussion and consideration as a family, we decided to ask Cameron's doctors about puberty-suppressing medications for Cameron. Cameron's doctor ordered blood tests, which revealed that Cameron's level of endogenous testosterone was very high and that permanent effects were imminent. We received a letter of support from Cameron's therapist, indicating their diagnosis and symptoms of gender dysphoria, and in fall of 2024, Cameron received an injection of puberty-suppressing medication with a plan to eventually have an implant of puberty-suppressing medication placed, which would last longer.

13. It was clear to us and Cameron that they experienced a great deal of relief after receiving this first injection. This relief positively influenced their relationships with others, including with other students and teachers at school.

14. We had initially wanted Cameron to receive a longer-acting pubertal blocking implant because we were worried about potential future restrictions to end or restrict this healthcare for transgender and non-binary young people; however, our provider told us that because puberty had already started, if we waited too long for an appointment to receive the implant, that Cameron might experience permanent masculinizing effects in the meantime. So, we decided as a family that, to address Cameron's immediate medical need to pause puberty, that they could receive a three-month acting pubertal suppression injection, even though that meant delaying when they could receive a longer-acting implant.

3

15. Despite all of our efforts to get Cameron an appointment for that longer-acting implant after the first injection, the soonest we could receive an appointment with Cameron's doctors at NYU Langone to have the implant placed was Friday, January 31, 2025.

16. On Tuesday, January 28, 2025, the White House issued an Executive Order entitled "Protecting Children from Chemical and Surgical Mutilation" ("Executive Order").

17. On Wednesday, January 29, 2025, two days before Cameron's appointment, we received a call from NYU Langone informing us that our appointment would be cancelled.

18. Cameron's anxiety has increased greatly as the fear of not being able to continue with puberty-suppressing medications. When Cameron was much younger, their anxiety would sometimes manifest in wracking stomach pains—these have started to reoccur. Cameron has been waking up at 3:00 A.M., unable to sleep. At all times, Cameron's father and I have acted very deliberately and carefully, as we are anxious about immediate severe distress and suicidality if we are unable to continue pubertal suppression for Cameron.

19. All I want is for my child to feel safe and loved in their body, our family, and our community. It is our job as parents to protect our child, and the Executive Order stops me and Cameron's father from making medical decisions for our child to protect them.

I declare under penalty of perjury that the foregoing is true to the best of my knowledge and belief.

Dated this 3rd day of February, 2025

_____
Claire Coe

4