# Exhibit H

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| PFLAG, INC.; *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; *et al.*,<br><br>    *Defendants*. | Civil Action No. |

**DECLARATION OF GEORGE GOE**

I, George Goe,[1] pursuant to 28 U.S.C. § 1746, declare as follows:

1. My name is George Goe. I am a Plaintiff in this action. I offer this Declaration in support of Plaintiffs' Motion for Temporary Restraining Order. I am over 18 years old, have personal knowledge of the facts set forth in this Declaration, and would testify competently to those facts if called as a witness.

2. I am a Plaintiff in this action. I am bringing claims on behalf of myself and as the parent and next friend of my son, Gabe Goe. I live in Bethesda, Maryland with my partner and my son, Gabe Goe, who is 14 years old and in eighth grade.

3. Both I and Gabe's mother are members of PFLAG.

4. My son, Gabe Goe, is a creative and kind teenager. He likes to draw, play video games, and watch anime and other TV shows.

5. Gabe is transgender. He was assigned a female sex at birth, but he is male.

---

[1] George Goe and Gabe Goe are pseudonyms. My family is proceeding under pseudonym to protect our right to privacy and ourselves from discrimination, harassment, and violence, as well as retaliation for seeking to protect our rights.

1

6. About two years ago, when he was 12, Gabe told us that he was transgender. When Gabe was 11, he started to come to understand that he was a boy, but he managed those feelings internally for more than six months before telling his family. There was never any question that we would accept Gabe for who he is. He is surrounded by a supportive family and community.

7. Because he was in a community where he felt very safe, Gabe was able to tell people about himself and begin socially transitioning. His school was immediately supportive, and we changed his name with the school during the summer before seventh grade. We have also changed Gabe's birth certificate to reflect his gender and new name.

8. Part of Gabe's social transition included a haircut, more masculine clothes, and using his new name and pronouns. Looking more masculine increased the number of people who recognized Gabe as a boy and treated him like one, but Gabe continued to feel badly when people would hear him speak and then misgender him or use female pronouns. Gabe told us that he wanted to look and sound more like a boy, including having a deeper voice.

9. Gabe has a gender dysphoria diagnosis, which he received in 2023.

10. Gender-affirming healthcare has already made Gabe's life better. Right around Gabe's 13th birthday, we started to discuss potential healthcare options for Gabe with his primary care doctors. Because Gabe was too developed to start puberty blockers, he had an IUD placed to help stop him from menstruating, and he takes additional medication for that.

11. Gabe has been working with a wide array of doctors to continue his gender-affirming care. In the fall of 2023, his primary care provider referred us to an endocrinologist at Children's National Hospital ("Children's National") in Washington, D.C., who then put us in touch with a psychologist specializing in transgender health also at Children's National. Gabe has been seeing this psychologist and is in the process of receiving the appropriate evaluation from her

to start testosterone, including by consulting with a fertility preservation clinic early last year. We knew that Gabe had to talk to the psychologist for a while and receive an appropriate diagnosis and letter from her before starting testosterone; he needs to have at least one more evaluation appointment with her before he can receive this letter. We also knew that his doctor required him to be at least 14 years old before starting testosterone. We have been so grateful to work with a multidisciplinary team to coordinate his care.

12. Right after Gabe's 13th birthday, in November 2023, we had a doctor's appointment with the endocrinologist at Children's National to discuss the possibility of initiating testosterone therapy in Gabe's fourteenth year. After his 14th birthday, in November 2024, we went for a follow up appointment to extensively go over the risks and benefits with the endocrinologist, who also told us about the blood testing and the letter of support Gabe would need from the psychologist in order to receive testosterone. During our November 2024 appointment with the endocrinologist, we scheduled the next appointment with her for March 2025.

13. On January 28, 2025, the White House issued an Executive Order entitled "Protecting Children from Chemical and Surgical Mutilation" ("Executive Order").

14. On January 30, 2025, I reached out to the psychologist at Children's National to ask about what else we needed to do in advance of Gabe's appointment with the endocrinologist in March, when he planned to start testosterone. The psychologist told us that because of the Executive Order, she could finish Gabe's evaluation after one more appointment, but Children's National was no longer issuing new prescriptions or processing refills on existing prescriptions for gender-affirming care for people under 19. Gabe would not be able to start testosterone as planned.

15. I am heartbroken for my son. I am angry. The other people in Gabe's family are outraged and devastated. We are worried that this is the first step in enabling other people to

3

discriminate against our son, or that the government will look the other way if there are hate crimes against transgender people like Gabe.

16. Gabe was disappointed, but he was not surprised. After the election, he had been expecting some government action like this, just not so soon. He feels safe in his family, school, and community, but worries when we travel to other places about whether he will be accepted.

17. Gabe has been looking forward to this part of his transition. Starting testosterone will allow him to develop as a young man, which is how he sees himself and how he presents himself to the world, at the same time as his peers.

I declare under penalty of perjury that the foregoing is true to the best of my knowledge and belief.

Dated this 2nd day of February 2025.

_George Goe_ (signature)

George Goe