# Exhibit M

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

PFLAG, INC.; *et al.*,

        *Plaintiffs*,

v.

DONALD J. TRUMP, in his official capacity as President of the United States; *et al.*,

        *Defendants*.

Civil Action No.

**DECLARATION OF E.M.**

I, E.M, hereby declare and state and follows:

1. I am over 18 years of age, of sound mind, and in all respects competent to testify.

2. I have personal knowledge of the facts set forth in this declaration and would testify competently to those facts if called to do so.

3. I live in the State of Washington with my husband and my son, H.M., who is 16.

4. My family is a member of PFLAG.

5. My son is an artist. He likes robotics and singing.

6. When my son was born, his sex was assigned as female. When he was 12 years old, my son told us that he did not feel like a girl and was nonbinary. When he was 14 years old, he realized that he was trans masculine and felt like a boy. We have always loved and supported our son.

7. When my son expressed discomfort around his body, we took him to the Adolescent Center at Factoria Medical Center, which is part of Kaiser Permanente Washington. We consulted with the providers there, including a psychiatrist, to discuss what treatment, if any, would be appropriate for my son. He was asked specific questions about his identity, his discomfort around

1

his body, and what his goals were. Based on that thorough evaluation, he was diagnosed with gender dysphoria. We then continued to discuss with his providers what options he had for medical treatment. He was too developed for puberty blockers, but we discussed the risks and benefits of testosterone. After careful consultation and consideration, we decided that testosterone was an appropriate medical treatment for his gender dysphoria. He began taking testosterone about two years ago.

8. My son has been doing well in school. Though many of the people in his school do not understand what it means to be transgender, he has good friends and supportive teachers.

9. Being on testosterone has dramatically improved my son's life. Because he feels comfortable in his body, he can socialize, attend and do well in school, and live a rich and fulfilling life. Testosterone treats my son's gender dysphoria, and without that distress and anxiety, he is growing into a lovely young man.

10. On Tuesday, January 28, 2025, the White House issued an Executive Order entitled "Protecting Children from Chemical and Surgical Mutilation" ("Executive Order").

11. That same day, my son had an appointment at with the provider who prescribes his testosterone. This was a regular checkup that had been scheduled for a couple months. My son drove himself to the appointment. When he got there, he was orally told that because of the Executive Order, Kaiser Permanente was not sure whether they could refill his testosterone because of his age. My son tried to call me, panicked, during the appointment, but I missed his call.

12. When he got home and told me what happened, I started trying to research why he had been denied care. Without testosterone, I am worried about his gender dysphoria worsening, and his life becoming smaller.

2

13. Thankfully, on Thursday, January 30, we received a message from my son's provider that they would be able to continue prescribing his testosterone. I was so relieved, as was my son.

14. But I am terrified that my son will lose access to care again, and not just while he is a minor, but even after he turns 18. My son cannot wait three years for medical care.

I declare under penalty of perjury that the foregoing is true to the best of my knowledge and belief.

Dated this ___ day of February 2025.

_____
E.M.

13. Thankfully, on Thursday, January 30, we received a message from my son's provider that they would be able to continue prescribing his testosterone. I was so relieved, as was my son.

14. But I am terrified that my son will lose access to care again, and not just while he is a minor, but even after he turns 18. My son cannot wait three years for medical care.

I declare under penalty of perjury that the foregoing is true to the best of my knowledge and belief.

Dated this 3rd day of February 2025.

*E.M.*
E.M.

3