IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

PFLAG, INC., et al.  *

**Plaintiff,**

*

v.  Case No. BAH-25-337

Donald J. Trump, et al.  *

**Defendant.**  *

## DISCLOSURE OF CORPORATE INTEREST

**Check all that apply:**

☒ I certify, as party/counsel in this case that American Association of Physicians for Human Rights, Inc., d/ba/ GLMA Health Professionals Advancing LGBTQ Equality
(name of party)
is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

☐ The following corporate affiliations exist with _____:
(name of party)

_____.
(names of affiliates)

☐ The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

_____.
(names of entities with possible financial interests)

☐ In a case based on diversity jurisdiction, the following is a list of all members of

_____ and their states of citizenship:
(name of LLC party)

| (name of member) | (state of citizenship) |
| --- | --- |
| (name of member) | (state of citizenship) |
| (name of member) | (state of citizenship) |
| (name of member) | (state of citizenship) |

Note: If there are additional LLC members, please provide their names and states of citizenship on a separate sheet of paper.

February 6, 2025
Date

/s/ Zachary B. Cohen
Signature

Zachary B. Cohen (Fed. Bar No. 20159)
Printed name and bar number

1099 New York Ave. NW, Ste. 900,
Washington, DC 20001
Address

zcohen@jenner.com
Email address

(202) 639-6058
Telephone number

(202) 639-6066
Fax number

2