# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

PFLAG, INC., et al.
_____

**Plaintiff,**

**v.**

Donald J. Trump, et al.
_____

**Defendant.**

\*

\*

\*

\*

\*

**Case No.**   BAH-25-337
_____

## DISCLOSURE OF CORPORATE INTEREST

**Check all that apply:**

☒   I certify, as party/counsel in this case that ____PFLAG, Inc._____
(name of party)

is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

☐   The following corporate affiliations exist with _____:
(name of party)

_____.
(names of affiliates)

☐   The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

_____.
(names of entities with possible financial interests)

Disclosure of Corporate Interest

---

☐  In a case based on diversity jurisdiction, the following is a list of all members of

_____ and their states of citizenship:
(name of LLC party)


_____          _____
(name of member)                                                        (state of citizenship)


_____          _____
(name of member)                                                        (state of citizenship)


_____          _____
(name of member)                                                        (state of citizenship)


_____          _____
(name of member)                                                        (state of citizenship)


Note: If there are additional LLC members, please provide their names and states of citizenship on a separate sheet of paper.


February 6, 2025                                      /s/ Zachary B. Cohen
_____          _____
Date                                                             Signature

                                                                 Zachary B. Cohen (Fed. Bar No. 20159)
                                                                 _____
                                                                 Printed name and bar number

                                                                 1099 New York Ave. NW, Ste. 900,
                                                                 Washington, DC 20001
                                                                 _____
                                                                 Address

                                                                 zcohen@jenner.com
                                                                 _____
                                                                 Email address

                                                                 (202) 639-6058
                                                                 _____
                                                                 Telephone number

                                                                 (202) 639-6066
                                                                 _____
                                                                 Fax number