# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| PFLAG, INC., *et al.*, | * | |
| | * | |
| PLAINTIFFs, | * | |
| | * | |
| v. | * | No. 25-cv-337 (BAH) |
| | * | |
| DONALD J. TRUMP, *et al.*, | * | |
| | * | |
| DEFENDANTS. | * | |
| | ****** | |

## NOTICE OF APPEARANCE

Please ENTER the appearance of Assistant U.S. Attorney Molissa H. Farber as counsel for Defendants in the above captioned matter.

Respectfully submitted,

EREK L. BARRON
U.S. Attorney

　　　　/s/
Molissa H. Farber (802255)
Assistant U.S. Attorney
U.S. Attorney's Office, District of Maryland
36 S. Charles Street, 4th Floor
Baltimore, Maryland 21201
(410) 209-4862
Molissa.Farber@usdoj.gov