IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

PFLAG, INC., ET AL.,

   Plaintiffs,

v.

                                   Civil No. 25-337-BAH

DONALD J. TRUMP ET AL.,

   Defendants.

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

As stated on today's teleconference, the Court sets the following schedule:

| | |
|---|---|
| Tuesday, February 11, 2025<br>5:00 p.m. | Deadline for Defendants to respond to the motion for a temporary restraining order, ECF 35, and the motion for leave to proceed under pseudonyms, to waive requirement under Local Rule 102.2(a) to provide addresses in complaint caption, and for a protective order, ECF 2 |
| Wednesday, February 12, 2025<br>1:00 p.m. | Deadline for Plaintiffs to reply |
| Thursday, February 13, 2025<br>1:00 pm | Motions hearing<br>Courtroom 1A<br>101 West Lombard Street<br>Baltimore, MD 21201 |

Dated: February 7, 2025

                                                           /s/
                                          Brendan A. Hurson
                                          United States District Judge