IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| PFLAG, INC., *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 8:25-cv-337 |
| | ) |
| DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**[PROPOSED] ORDER**

Having considered Plaintiffs' motion for a temporary restraining order and Defendants' opposition, Plaintiffs' motion is DENIED.

IT IS SO ORDERED.


Date: February _____, 2025

_____
BRENDAN A. HURSON
UNITED STATES DISTRICT JUDGE