IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

PFLAG, INC., et al.  *

Plaintiff,

v.  * Case No. 8:25-cv-00337-BAH

DONALD J. TRUMP, et al.  *

Defendant.  *

**REQUEST FOR ENTRY OF APPEARANCE
ON BEHALF OF A FEDERAL GOVERNMENT AGENCY**

Please enter my appearance in this case on behalf of **Defendants**.

I have been admitted to practice law in the following jurisdictions (states or the District of Columbia):

| State Court | Date of Admission |
|---|---|
| District of Columbia | 01/17/2019 |
| | |
| | |

I am an active member in good standing of the bars of each of the jurisdictions listed above.

I understand that this entry of appearance is for this case only and does not constitute formal admission to the bar of this Court.

I understand that I must register to use the electronic filing system and will be issued a login and password for use in this case only.

I understand that I must immediately notify this Court of any change in my address, phone number, and email address and that if I fail to do so, my appearance in this case will be terminated.

02/10/2025
Date

*[Signature]*
Signature

Christian Daniel, D.C. Bar 1600226
Printed name and bar number

1100 L St. NW, Washington, DC 20005
Address

christian.s.daniel@usdoj.gov
Email address

(202) 993-5173
Telephone number

Fax number

If you are <u>not</u> a member of this Court's bar, email your completed form to MDD_AttyAdmissions@mdd.uscourts.gov. Otherwise, please enter your own appearance in this case in CM/ECF using the event **Notice of Appearance.**