IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| PFLAG, INC., et al.,<br>    *Plaintiffs*,<br><br>          v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br>    *Defendants*. | Civil Action No. BAH-25-337 |

**CONSOLIDATED INDEX OF EXHIBITS IN SUPPORT OF PLAINTIFFS'
<u>EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER</u>**

| Exhibit | Description |
|:---:|---|
| A | Declaration of Omar Gonzalez-Pagan ISO Motion for TRO with Exhibits A-1 through A-7. |
| A-1 | HRSA Memorandum |
| A-2 | Children's National Statement |
| A-3 | Children's Hospital of Richmond Statement |
| A-4 | UVA Health Statement |
| A-5 | Denver Health Statement |
| A-6 | Letter from Jason Miyares, Attorney General of Virginia, to UVA and VCU |
| A-7 | News Release, President Trump is Delivering on His Commitment to Protect our Kids (Feb. 3, 2025) |
| B | Declaration of Alex Sheldon (Executive Director of GLMA) |
| C | Declaration of Dr. Jeffrey Birnbaum |
| D | Declaration of Brian K. Bond (CEO of PFLAG, Inc.) |

| Exhibit | Description |
|---|---|
| E | Declaration of Bruce Boe |
| F | Declaration of Claire Coe |
| G | Declaration of Kristen Chapman |
| H | Declaration of George Goe |
| I | Declaration of Rachel Roe |
| J | Declaration of Lawrence Loe |
| K | Declaration of Dylan Doe |
| L | Declaration of Kyle Koe |
| M | Declaration of E.M. |
| N | Declaration of M.V. |
| O | Declaration of Jane Doe 1 |
| P | Declaration of Jane Doe 2 |
| Q | Declaration of Jane Doe 3 |
| R | Supp. Declaration of Omar Gonzalez-Pagan ISO Motion for TRO with Exhibits R-1 through R-10. |
| R-1 | Cal Matters News Article – CDC Grant Termination |
| R-2 | POLITICO Pro News Article – CDC Grant Termination |
| R-3 | Washington Post News Article – NIH Grant Termination |
| R-4 | Children's Hospital of Colorado Letter |
| R-5 | LA Times News Article – Children's Hospital of Los Angeles Cessation |

| Exhibit | Description |
|---|---|
| R-6 | Detroit Free Press News Article – Corewell Health Cessation |
| R-7 | Children's Hospital of Phoenix Letter |
| R-8 | Tucson Sentinel News Article – Prisma Community Care Cessation |
| R-9 | CDC Grant Termination Letter |
| S | Declaration of Peyton Poe |
| T | Declaration of Jane Doe 4 |
| U | Declaration of Jane Doe 5 |