# Exhibit R-3

*Democracy Dies in Darkness*

# Trans health, research programs ordered to stop by Trump administration

Despite litigation, federal officials are moving to cut off funding for efforts to improve the health of transgender people, leaving organizations in limbo.

February 4, 2025

🎧 6 min    223

By Fenit Nirappil

The Trump administration is moving forward with its campaign to eradicate federal funding intended to improve the lives and health of transgender people, including by sending notices in recent days that terminate grants for transgender health services and research.

The National Institutes of Health, for example, has demanded a halt to a large-scale study that was examining ways to prevent HIV infections in transgender youth of color before it could enroll participants this week. California clinics lost funding to provide care to hundreds of transgender patients. A federal scientific journal blocked publication of a paper that details the value of teaching transgender health.

The actions are causing mass confusion among organizations that serve LGBTQ+ people. They are assessing their options and drafting contingency plans. For now, the groups are largely carrying on while Trump administration orders that seek to cut off funding for programs that promote diversity, equity, inclusion and "gender ideology" are mired in legal challenges.

"It's critical that we not allow this administration to take away hard-fought gains and take away our health-care access for the most vulnerable communities in our country," said Jim Mangia, president and CEO of St. John's Community Health, a network of clinics in the Los Angeles area.

> **Trump presidency**
>
> Follow live updates on the Trump administration. We're tracking Trump's progress on campaign promises and his picks for key administration roles.



Mangia's organization received a notice from the Centers for Disease Control and Prevention on Friday that the government is terminating a four-year contract for health services for transgender people. More than 500 transgender patients annually receive comprehensive HIV prevention medication or treatment under the contract.

"This is creating a tremendous amount of fear and anxiety for the trans community," Mangia said.

The crackdown stems from Trump's Day One executive order that directs the federal government to stop acknowledging that people's gender can differ from their sex at birth — essentially refusing to recognize transgender people. Health agencies later sent general guidance to grant recipients to terminate programs in violation of that order.

Now individual organizations and researchers have received specific orders defunding them, which took them by surprise because of a series of court rulings halting the Trump administration's attempts to freeze federal spending.

On Friday, a representative from NIH suspended research in a Zoom call with organizations involved in a multicity study of transgender youth. The study evaluates programs to prevent HIV in transgender youth of color, a group at elevated risk of infection, by offering support groups, legal assistance and financial assistance.

Kristi Gamarel, a researcher who coordinates the study, said two transgender people of color on her staff are at risk of losing their jobs, but their employment is continuing because they have not received an official NIH memo that formalizes the order from the Zoom call.

"We are in limbo right now," said Gamarel, associate professor of health behavior and health equity at the University of Michigan School of Public Health.

Sari Reisner, who works with Gamarel on the trans youth project, said the federal government is constraining his work beyond revoking grant funds.

Reisner received an email Monday from the editor in chief of Public Health Reports, the official journal of the U.S. Surgeon General's office, informing him it would not publish an article he wrote to share insights from a transgender health class he taught. The email cited recent Trump orders. He also said he was prohibited from delivering a scheduled talk Monday to discuss HIV prevention in transgender people at an organization funded by the National Institutes of Health.

Reisner said the importance of studying the role of gender in public health goes beyond just transgender people. It includes, for example, how gender norms influence men to avoid seeing doctors.

"It feels like we are under attack, that the science is under attack," said Reisner, an associate professor of epidemiology. "It's an ethical imperative to address public health, and by not doing that, whether it's through not studying gender or specifically erasing transgender people from public health, we have a real problem on our hands."

Some organizations have followed orders to halt their work.

"We built a workforce to try to address disparities in the LGBTQ population and now those studies are being canceled," said Mandi Pratt-Chapman, associate center director for patient-centered initiatives and health equity at the George Washington University Cancer Center. She was involved in a study, now terminated, that examined the best ways to collect data on sexual orientation and gender identity of cancer patients to reduce disparities in care. "In what world is a presidential election supposed to threaten my career? I'm not a federal employee."

The Department of Health and Human Services did not respond to a request for comment.

Researchers are worried the Trump administration's actions will limit future scientific inquiry.

**Tracking anti-trans legislation**



Anti-trans bills have doubled since 2022. Our map shows where states stand.

(Created with Datawrapper/The Washington Post)

"We don't know how far they're going to go," said an LGBTQ+ health researcher who spoke on the condition of anonymity out of fear of retaliation. "The feds have invested so much money to generate these data, and now, capriciously, people are saying, 'Who cares about the data? We just don't like the people.'"

The Trump administration's moves to purge references to transgender people go beyond controlling purse strings. Late last week, the CDC removed some references to transgender people from its website and datasets.

An employee of a state health department said that, beginning Friday, public health workers who use the National Violent Death Reporting System were no longer able to identify people who die violent deaths as transgender.

"We already have issues getting accurate data about trans individuals, and to me, this is just a complete erasure of an already vulnerable population," said the person, who spoke on the condition of anonymity out of fear of being fired.

In 2021, the Food and Drug Administration held listening sessions with transgender adults and teens aimed at understanding barriers to obtaining health care and unmet medical needs.

Summaries of the conversations were no longer available on the agency's website as of Monday afternoon. They included a discussion of transgender adults' goals for their transition, a willingness to participate in clinical trials and difficulties obtaining testosterone. Adolescents talked about their experiences with gender dysphoria, challenges finding medical care and a willingness to accept potential risks associated with treatments, according to archived pages.

The FDA did not respond to a request for comment.

*Sabrina Malhi and Rachel Roubein contributed to this report*