# Exhibit R-4

# TRUE Center Update

Participants: Children's Hospital Colorado Care Team

---

Children's Hospital Colorado Care Team  Feb 5, 9:15 AM

Dear TRUE Patient-Family,

The White House released an executive order on Jan. 28 that directs all federal agencies, including those that provide research funding and patient care funds to hospitals, to take immediate steps to ensure that institutions receiving federal funding, end hormone-based or surgical gender-affirming care for any patient under 19 years of age.  The executive order threatens Children's Hospital Colorado's ability to provide care for the many children who rely on us.

After thorough and thoughtful consideration, Children's Colorado will transition its model of gender affirming care to focus on behavioral health and supportive care services for patients under the age of 19. **By February 15**, we will send a one-time prescription for a 6-month supply of your child's existing active medication to your pharmacy as a single dispense; your existing prescription will be replaced by this new single prescription. The TRUE Center will continue to offer appointments for behavioral health care services and visits with medical providers to discuss specific care options but will not be able to start any new medication treatments. Patients already on hormone therapy should be seen by a healthcare provider every 6 months.

**What does this mean for you?**
- We will send a one-time prescription for a 6-month supply of your child's current injectable puberty blocker or hormone therapy medication to your pharmacy. Please make sure that your pharmacy information is updated in MyChart and pick up your prescription as soon as possible.
- For those receiving puberty blocker injections in the TRUE clinic, we will convert the order from the medical benefit of your insurance to the prescription benefit of your insurance. The medication will then be sent directly from the pharmacy to you, and we will support you to give these injections at home.
- Some insurance plans will only pay for a 3-month supply of medications and there could be an added out-of-pocket cost depending on your plan. Please contact your insurance plan for questions about your benefits.
- If you have questions or concerns about your/your child's prescription, please contact the TRUE Center via MyChart, or call the TRUE Center and ask to speak with one of our nurses.
- We will continue to offer appointments for behavioral health services and medical follow-up visits at the TRUE Center. We encourage patients to continue to come to regularly scheduled follow-up visits to monitor treatments previously prescribed.

Like other hospitals across the country, we will continue to assess the rapidly evolving healthcare landscape and, as we learn more, we will share that information with you.

We recognize the grief and anxiety that these changes will bring for the patients and families who have shown unwavering dedication and commitment to supporting children in embracing their true selves. We will provide a list of community resources in a follow-up message in a few days.

If you have questions or concerns, you can call the TRUE Center at 720-777-8783. If you need emergency assistance, please call 911 or seek care in the nearest emergency care location.

Sincerely,
Children's Hospital Colorado

You cannot reply to this conversation.

MyChart® licensed from Epic Systems Corporation© 1999 - 2025