# Exhibit R-7

February 10, 2025

Dear Valued Patient Family,

It is with a heavy heart that we share an important update regarding the services offered at our Gender Clinic. After careful review of the executive order issued on January 28, 2025, surrounding gender-affirming medical care for children under the age of 19, and in close collaboration with clinical leaders and patient families, Phoenix Children's is indefinitely pausing gender-affirming medical care, specifically puberty blocking and gender-affirming hormonal therapy.

It is difficult to imagine how this information may impact your family and the uncertainty it creates. We are committed to reviewing any future guidance from federal agencies related to this executive order to ensure we are compliant with all federal regulations. We are also committed to updating our patient families as quickly as possible as we learn more.

I want to reassure you that all other aspects of the exceptional care offered through our Gender Clinic, including mental health therapy and outpatient rehabilitation services, are available. We are in the process of reaching out to each patient family directly to schedule appointments with members of our clinical team. During this visit, we will review your child's updated individualized care plan, discuss any social and emotional support needs, and offer any relevant resources and referrals.

Please know our care team is here to support you and you can reach out to us directly through the patient portal or at [602-933-0659](tel:602-933-0659) with any questions or concerns.

Sincerely,

Vinny L. Chulani, MD
Section Chief, Adolescent Medicine

Ashish S. Patel, MD
Physician in Chief