## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

PFLAG, INC., et al.,

    *Plaintiffs*,

    v.

DONALD J. TRUMP, in his official capacity
as President of the United States, et al.,

    *Defendants*.

Civil Action No. BAH-25-337

### PLAINTIFFS' NON-OPPOSITION TO DEFENDANTS' CONDITIONAL MOTION TO CLARIFY TEMPORARY RESTRAINING ORDER

Plaintiffs respectfully file this non-opposition to Defendants' Conditional Motion to

Clarify Temporary Restraining Order (ECF No. 63).  Plaintiffs agree that the Temporary

Restraining Order ("TRO") the Court entered on February 13, 2025 (ECF No. 61) extends only

to Defendants U.S. Department of Health and Human Services ("HHS"), HHS Secretary Robert

F. Kennedy, Jr.,[1] Health Resources and Services Administration ("HRS"), HRSA Principal

Deputy Diana Espinosa, National Institutes of Health ("NIH"), Acting NIH Director Matthew J.

Memoli, National Science Foundation ("NSF"), NSF Director Sethuraman Panchanathan, and

any subagencies of Defendant HHS, their officers, agents, successors, servants, employees, and

attorneys, and any other persons who are in active concert or participation with them.  Paragraph

3 of the TRO thus requires notice of the TRO to all HHS subagencies, all of which are bound by

the TRO, including but not limited to Defendant HRSA and Defendant NIH, as well as

---

[1] As Defendants note in their motion, pursuant to Federal Rule of Civil Procedure 25(d), Robert F. Kennedy, Jr., Secretary of Health and Human Services, has been automatically substituted as a defendant in his official capacity for his predecessor Dorothy Fink.

Defendant NSF, as Defendants state in their proposed order attached to their motion.  Plaintiffs

thus consent to the entry of the proposed order attached to Defendants' motion.

Dated:  February 16, 2025

Joshua Block*
Harper Seldin*
Chase Strangio*
Alexandra R. Johnson*
**American Civil Liberties Union
   Foundation**
125 Broad Street, Floor 18
New York, NY 10004
Telephone: (212) 549-2500
Facsimile:  (212) 549-2650
jblock@aclu.org
hseldin@aclu.org
cstrangio@aclu.org
a.johnson@aclu.org

Deborah A. Jeon (Fed. Bar No. 06905)
Zoe M. Ginsberg  (Fed. Bar No. 30727)
**American Civil Liberties Union
   Foundation of Maryland**
3600 Clipper Mill Road, Suite 200
Baltimore, MD 21211
Telephone: (410) 889-8555
Facsimile:  (410) 366-7838
jeon@aclu-md.org
zginsberg@aclu-md.org

Laura J. Edelstein*
Kai N. Galindo*
**Jenner & Block LLP**
525 Market Street, 29th Floor
San Francisco, CA 94105
Telephone: (628) 267-6800
Facsimile:  (628) 267-6859
LEdelstein@jenner.com
KGalindo@jenner.com

Madeleine V. Findley*
Zachary B. Cohen (Fed. Bar No. 20159)
Mary-Claire Spurgin*
**Jenner & Block LLP**

Respectfully submitted,

*/s/ Zachary B. Cohen*

Omar Gonzalez-Pagan*
Jennifer C. Pizer*
**Lambda Legal Defense
   and Education Fund, Inc.**
120 Wall Street, 19th Floor
New York, NY 10005
Telephone: (212) 809-8585
Facsimile:  (855) 535-2236
ogonzalez-pagan@lambdalegal.org
jpizer@lambdalegal.org

Karen L. Loewy*
**Lambda Legal Defense
   and Education Fund, Inc.**
815 16th Street NW, Suite 4140
Washington, DC 20006
Telephone: (202) 804-6245
Facsimile:  (855) 535-2236
kloewy@lambdalegal.org

Nora Huppert*
**Lambda Legal Defense
   and Education Fund, Inc.**
65 E. Wacker Place, Suite 2000
Chicago, IL 60601
Telephone: (312) 605-3233
Facsimile:  (855) 535-2236
nhuppert@lambdalegal.org

Catherine E. Stetson**
Danielle Desaulniers Stempel (Fed. Bar No.
20501, Renewed 1/31/25)
Kristina Alekseyeva*
Sam H. Zwingli*
**Hogan Lovells US LLP**
555 13th Street, N.W.
Washington, D.C. 20004
Telephone: (202) 637-5491

2

1099 New York Avenue, NW, Suite 900
Washington, DC 20001
Telephone: (202) 639-6000
Facsimile:  (202) 639-6066
MFindley@jenner.com
MSpurgin@jenner.com


Jocelyn A. Sitton*
Lillian M. McGuire*
Rebecca M. Diamond*
**Jenner & Block LLP**
353 N. Clark Street
Chicago, IL 60654
Telephone: (312) 222-9350
Facsimile:  (312) 527-0484
JSitton@jenner.com
LMcGuire@jenner.com
RDiamond@jenner.com

Facsimile:  (202) 637-5910
cate.stetson@hoganlovells.com
danielle.stempel@hoganlovells.com
kristina.alekseyeva@hoganlovells.com
sam.zwingli@hoganlovells.com

Jackson Skeen***
**Hogan Lovells US LLP**
125 High Street
Suite 2010
Boston, MA 02110
Telephone: (617) 702-7747
Facsimile:  (617) 371-1037
jackson.skeen@hoganlovells.com

*Attorneys for Plaintiffs*

\*Application for admission pro hac vice
granted.

\*\*Application for admission forthcoming.

\*\*\*Application for admission pro hac vice
granted and admitted only in D.C. Supervised by
principals of the firm admitted in Massachusetts.

3

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was electronically filed using the Court's CM/ECF system.  Service was effected by and through the Court's CM/ECF system.


Dated: February 16, 2025                                  */s/ Zachary B. Cohen*
                                                          Zachary B. Cohen