## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

| | |
|---|---|
| **CHAMBERS OF**<br>**BRENDAN A. HURSON**<br>**UNITED STATES DISTRICT JUDGE** | **101 WEST LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>**(410) 962-0782**<br>**MDD_BAHChambers@mdd.uscourts.gov** |

February 15, 2025

LETTER TO ALL COUNSEL OF RECORD

Re:   *PFLAG, Inc., et al., v. Donald J. Trump et al.*
      Civil No. 25-337-BAH

Dear Counsel:

I am in receipt of Defendants' motion to clarify the Court's February 13, 2025 TRO. *See* ECF 63. Defendants note that, as currently written, the TRO could be interpreted to compel action related to "agencies that are not defendants in this case . . . and that are not otherwise restrained under the injunctive relief provided" in the TRO. *Id.* at 2. The Court agrees that the TRO was intended to extend only to the agencies, subagencies, and individuals listed in the second paragraph on the first page of the TRO, as these are the only defendants in the case. Thus, assuming the Health Resources and Services Administration is a subagency of Health and Human Services, it would appear correct that "the third paragraph of the [TRO] require[s] written notice to HHS and its subagencies, as well as NSF, but no other agencies." *Id.* To the extent clarification on that point is needed, the Court is inclined to provide it by simply entering the proposed order attached to Defendants' filing.

However, Defendants' motion notes that Plaintiffs wished to review the filing and provide a response. ECF 63, at 3 n.2. I ask that Plaintiffs please provide a response on the docket as soon as possible, but no later than Tuesday, February 18, at noon. I also encourage the parties to discuss the matter further and, if necessary, submit a joint proposed order addressing any clarification that is needed.

I am sending this letter to counsel via email but intend to docket it when the Clerk's Office reopens on Tuesday.

Sincerely,

/s/

Brendan A. Hurson
United States District Judge