IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| PFLAG, INC., *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civil Action No. 25-cv-337<br>) |
| DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, | )<br>)<br>) |
| Defendants. | )<br>)<br>) |

## ORDER ON DEFENDANTS' CONDITIONAL MOTION TO CLARIFY TEMPORARY RESTRAINING ORDER

This matter is before the Court on Defendants' Conditional Motion to Clarify Temporary Restraining Order, ECF 63. The Motion is **GRANTED**. Consistent with Defendants' understanding, the "agencies" described in the third paragraph of the temporary restraining order, ECF No. 61, are limited to Defendant U.S. Department of Health and Human Services and all of its sub-agencies, including, but not limited to, Defendant Health Resources and Services Administration (HRSA), and Defendant National Institutes of Health (NIH), as well as Defendant National Science Foundation (NSF).

Dated: February 18, 2025

/s/
_____
Brendan A. Hurson
United States District Judge