**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| PFLAG, INC., *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 8:25-cv-337-BAH |
| ) | |
| DONALD J. TRUMP, in his official capacity as ) | |
| President of the United States, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**JOINT STATUS REPORT**

1.  In accordance with this Court's February 13, 2025 Order, the parties file this status report with proposed briefing schedules on Plaintiffs' forthcoming motion for a preliminary injunction. Temp. Restraining Order, ECF No. 61 (Feb. 13, 2025).

2.  Plaintiffs propose the following schedule, under which the court's temporary restraining order (TRO) would be extended by 14 days to Thursday, March 13, 2025. *See* Fed. R. Civ. P. 65(b)(2).

    > Preliminary injunction motion filed on Tuesday, February 18.
    > Government's opposition due on Friday, February 28.
    > Plaintiff's reply due on Friday, March 7.
    > Hearing on or before Thursday, March 13, if the court decides a hearing is needed.

3.  Defendants oppose an extension of the TRO, which expires on Friday, February 27, 2025, *see id.*, and offer the following briefing schedule.

    > Preliminary injunction motion filed on Tuesday, February 18.
    > Government's opposition due by 12:00pm ET on Tuesday, February 25.
    > Plaintiff's reply due by 6:00pm ET on Wednesday, February 26.

4.  Defendants do not believe a hearing on Plaintiffs' preliminary-injunction motion is necessary and accordingly do not request a hearing.

5.  To the extent this Court chooses to extend the TRO over Defendants' opposition,

Defendants find Plaintiffs' proposed schedule acceptable.

Dated: February 18, 2025                    Respectfully submitted,

                                            BRETT A. SHUMATE
                                            Acting Assistant Attorney General

                                            MICHELLE BENNETT
                                            Assistant Branch Director

                                            */s/ Vinita B. Andrapalliyal*
                                            VINITA B. ANDRAPALLIYAL
                                            CHRISTIAN S. DANIEL
                                            Trial Attorneys
                                            United States Department of Justice
                                            Civil Division, Federal Programs Branch
                                            1100 L Street NW
                                            Washington, DC 20530
                                            Tel.: (202) 305-0845
                                            vinita.b.andrapalliyal@usdoj.gov

                                            *Counsel for Defendants*


                                            */s/ Omar Gonzalez-Pagan*
                                            Omar Gonzalez-Pagan*
                                            **Lambda Legal Defense
                                               and Education Fund, Inc.**
                                            120 Wall Street, 19th Floor
                                            New York, NY 10005
                                            Telephone: (212) 809-8585
                                            Facsimile:  (855) 535-2236
                                            ogonzalez-pagan@lambdalegal.org

                                            *Counsel for Plaintiffs*

                                            * *Admitted pro hac vice.*