IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

PFLAG, INC., et al.,
    *Plaintiffs*,

v.

DONALD J. TRUMP, in his official capacity as President of the United States, et al.,
    *Defendants*.

Civil Action No. BAH-25-337

### INDEX OF EXHIBITS IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

| Exhibit | Description | Cross Reference to Memorandum |
|---|---|---|
| A | Declaration of Omar Gonzalez-Pagan ISO Motion for Preliminary Injunction with Exhibits A-1 through A-18. | – |
| A-1 | HRSA Memorandum | 6 |
| A-2 | CDC Grant Termination Letter | 7 |
| A-3 | Children's National Statement | 7 |
| A-4 | Children's Hospital of Richmond Statement | 7 |
| A-5 | UVA Health Statement | 7 |
| A-6 | 29 News Article - UVA Health Resumption of Care | 7, 29 |
| A-7 | Denver Health Statement | 7 |
| A-8 | Letter from Jason Miyares, Attorney General of Virginia, to UVA and VCU | 7 |
| A-9 | Children's Hospital of Colorado Letter | 7 |
| A-10 | LA Times News Article – Children's Hospital of Los Angeles Cessation | 7 |

| Exhibit | Description | Cross Reference to Memorandum |
|---|---|---|
| A-11 | Detroit Free Press News Article – Corewell Health Cessation of Care | 7 |
| A-12 | Detroit Free Press News Article – Corewell Health Resumption of Care | 7 |
| A-13 | Children's Hospital of Phoenix Letter | 7 |
| A-14 | Tucson Sentinel News Article – Prisma Community Care Cessation of Care | 7 |
| A-15 | AZ Central News Article – Prisma Community Care Resumption of Care | 7, 29 |
| A-16 | White House Statement | 1, 7 |
| A-17 | FDA Notice | 6 |
| A-18 | CDC Notice | 6 |
| B | Declaration of Bruce Boe | 4, 7, 8, 27 |
| C | Declaration of Bella Boe | 7, 8 |
| D | Declaration of George Goe | 7, 9, 27 |
| E | Declaration of Gabe Goe | 9 |
| F | Declaration of Rachel Roe | 7, 10, 27 |
| G | Declaration of Robert Roe | 10 |
| H | Declaration of Claire Coe | 4, 7, 8, 9, 27 |
| I | Declaration of Cameron Coe | 8, 9 |
| J | Declaration of Lawrence Loe | 7, 10, 27 |
| K | Declaration of Dylan Doe | 7, 11, 27 |

| Exhibit | Description | Cross Reference to Memorandum |
|---|---|---|
| L | Declaration of Alex Sheldon (Executive Director of GLMA) | 7, 13, 15, 50 |
| M | Declaration of Brian K. Bond (CEO of PFLAG, Inc.) | 4, 7, 12, 30 |
| N | Declaration of E.M. | – |
| O | Declaration of Jane Doe 1 | 7, 12 |
| P | Declaration of Jane Doe 2 | 7, 13 |
| Q | Declaration of Jane Doe 3 | 7, 12 |
| R | Declaration of Jane Doe 4 | 7, 12 |
| S | Declaration of Jane Doe 5 | 7, 13 |
| T | Declaration of Jane Doe 6 | 7, 13 |
| U | Declaration of Dr. Peyton Poe | 7, 14 |
| V | Declaration of Dr. Kyle Koe | 13, 15 |
| W | Declaration of Kristen Chapman | 4, 7, 12 |
| X | Declaration of M.V. | – |
| Y | Declaration of Dr. Jeffrey Birnbaum | 7, 14, 15, 20 |
| Z | Declaration of Dr. Natalie Noe | 7, 14, 15, 29 |
| AA | Declaration of Dr. Armand Antommaria | 3, 4, 5, 28 |
| BB | Declaration of Dr. Dan Karasic | 3, 4, 5, 8, 26, 27, 28 |
| CC | Declaration of Dr. Daniel Shumer | 3, 4, 5, 17, 26, 27, 28 |
| DD | Declaration of Dr. Jack Turban | 3, 5, 26, 27, 28 |