# Exhibit A-1

**From:** Health Resources and Services Administration <hrsa@public.govdelivery.com>
**Sent:** Friday, January 31, 2025 4:14 PM
**To:** Patrick McGovern <pmcgovern@callen-lorde.org>
**Subject:** Important Message for HRSA Award Recipients



Dear Recipient:

Your Health Resources and Services Administration (HRSA) award is funded in whole or in part with U.S. government funds.

Effective immediately, HRSA grant funds may not be used for activities that do not align with Executive Orders (E.O.) entitled *Ending Radical and Wasteful Government DEI Programs and* Preferencing, *Initial Rescissions of Harmful Executive Orders and Action*, Protecting Children from Chemical and Surgical Mutilation, and *Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government (Defending Women)*. Any vestige, remnant, or re-named piece of any programs in conflict with these E.O.s are terminated in whole or in part.

You may not incur any additional costs that support any programs, personnel, or activities in conflict with these E.O.s

If you have any questions, contact us at DGMOCommunications@hrsa.gov.



 **Connect with HRSA**



To learn more about our agency, visit www.HRSA.gov

 Sign up for *eNews*

Follow Us:


Subscriber Services: **Manage Preferences / Unsubscribe**  |  **Help**
Health Resources and Services Administration
5600 Fishers Lane Rockville, MD 20857

---

This email was sent to pmcgovern@callen-lorde.org using GovDelivery Communications Cloud on behalf of: HRSA · 5600 Fishers Lane · Rockville, MD 20857



*This email and its attachments may contain privileged and confidential information and/or protected health information (PHI) intended solely for the use of the individual or entity to whom it is addressed.  If you are not the recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any review, dissemination, distribution, printing or copying of this email message and/or any attachments is strictly prohibited and may subject you to criminal or civil penalties.  If you have received this transmission in error, please notify the sender immediately and permanently delete this email and any attachments.*

*Redisclosure Notice:*

*This information has been disclosed to you from confidential records which are protected by Federal and State Law which prohibits you from making any further disclosure of this information without the specific written consent of the person to whom it pertains, or as otherwise permitted by law. Any unauthorized further disclosure is a violation of State Law may and may result in a jail sentence, a fine, or both. A general authorization for the release of medical or other information is not sufficient authorization for further disclosure of information regarding HIV-related information, substance use disorder, or genetic testing information.*

---

You're receiving this message because you're a member of the Trump GAC Ban group from Lambda Legal. To take part in this conversation, reply all to this message.

View group files  |  Leave group  |  Learn more about Microsoft 365 Groups