# Exhibit A-3



MENU

About Us  >  Newsroom

# Children's National Hospital Statement on Executive Order

January 30, 2025

Children's National is committed to providing compassionate and comprehensive care in accordance with the law. As a result, we are currently pausing all puberty blockers and hormone therapy prescriptions for transgender youth patients, per the guidelines in the Executive Order issued by the White House this week. Children's National already does not perform gender affirming surgery for minors.

We recognize the impact this change will have, and our commitment to creating a better future for children and families remains at the forefront of our mission. We will do everything we can to ensure the same uninterrupted access to mental health counseling, social support, and holistic and respectful care for every patient at Children's National.

We are working directly with patients and providers to ensure every patient has access to the information and support services they need, and we appreciate their continued trust and understanding as we work through these changes.

## Media Contacts

Email us

Call 202-476-4500 📞