# **Exhibit A-6**



News  Weather  Sports

Closings and Delays  ×

2 Weather Alerts In Effect  ×

ADVERTISEMENT

# UVA Health resumes gender-affirming care for people under 19 years old



The children's hospital halted care in late January to comply with Trump's executive order.

By **Maggie Glass**
Published: Feb. 14, 2025 at 5:02 PM CST

CHARLOTTESVILLE, Va. (WVIR) - Once again, people under the age of 19 can come to UVA Health for gender-affirming care.

This comes after multiple federal courts on Thursday and Friday temporarily blocked President Donald Trump's executive order to restrict gender-affirming care for transgender youth.

It's a reversal leaving some in Charlottesville's trans community feeling in limbo.

"This decision to start again, while sure, is what we want, it makes us really have doubts that they will stand strong in support of us the next time," co-owner of The Beautiful Idea bookstore Senlin Means said.

The children's hospital halted care in late January to comply with Trump's executive order. That sparked protest on the hospital's doorstep.

Lillian DeCostanza was one of the protestors there that day and is with the Charlottesville Gender Expansive Network, the Rivanna Area Queer Center, and the Safe Open Queer Space for Teens.

"It just really dramatically improves their quality of life," DeCostanza said.

According to its website, the hospital offers puberty blockers and hormone therapy to minors. That can only happen after a medical professional diagnosing the patient with gender dysphoria.

Means said taking away this kind of care for youth has long lasting implications.

"You feel like your community is saying that you and only you can't get it because you don't deserve it," Means said. "That in of itself is devastating."

The hospital wrote in a statement to 29News:

"UVA Health will continue to monitor legal developments in this case and provide our patients with the best care possible under Virginia and federal law."

Do you have a story idea? Send us your news tip *here*.

Copyright 2025 WVIR. All rights reserved.

---

**Amazon's Worst Nightmare: Thousands Canceling Prime for This Clever Hack**
Online Shopping Tools | Sponsored

**New York Student Sentenced To Year In Dubai Prison After Touching Airport Security Guard During Layover - Blavity**
Blavity.com | Sponsored

**Up to 52% Off on Thermal Imaging Devices at OpticsPlanet**
Get Thermal Imaging Optics With Up To 51% Off at OpticsPlanet. Free Shipping on Orders $49+. Shop Brands Like AGM, Pulsar, ATN & More.
OpticsPlanet | Sponsored    Shop Now

**People in Chicago are Loving Martha Stewart's Meal Kit**
Martha Stewart & Marley Spoon | Sponsored

**Look For Any High School Yearbook, It's Free**
Classmates.com | Sponsored