# Exhibit A-11

# Detroit Free Press

HEALTH

# Corewell becomes first Michigan health system to limit gender-affirming care for minors

 **Georgea Kovanis**
Detroit Free Press

Published 1:04 p.m. ET Feb. 7, 2025 | Updated 6:17 p.m. ET Feb. 7, 2025

Corewell Health is the first medical system in the state to announce that it is limiting gender-affirming care for minor patients. It will no longer allow minors seeking such treatment to start new hormone therapy regimens; minor patients already receiving hormone therapy will be allowed to continue their treatments.

The moratorium comes in the wake of President Donald Trump's executive order that threatens to strip federal funding from hospitals that provide such treatments to people under the age of 19.

In a statement provided to the Free Press, Corewell said: "At this time, we are not beginning any new hormone therapy regimens for minor patients seeking gender affirming care. We do not perform gender-affirming surgeries on minors. Our team will continue monitoring federal changes to rules and regulations. We remain committed to providing the highest quality health care to all the patients we serve."

Corewell consists of two divisions. Corewell Health East includes Corewell Health William Beaumont University Hospital in Royal Oak, Corewell Health Beaumont Troy Hospital and other former Beaumont facilities. Corewell Health West includes Corewell Health Helen DeVos Children's Hospital as well as Corewell Health Blodgett Hospital and Corewell Health Butterworth Hospital.

While the health system's policy covers the entire Corewell system, gender affirming care for minors has typically not been provided at Corewell East facilities, a Corewell spokesman said.

Other hospital systems in the state have not commented on whether they are changing the care they provide. The Detroit Medical Center did not respond to requests for comment. Nor did Henry Ford Health System. Michigan Medicine, the medical center at the University of Michigan this week said: "University of Michigan Health teams are assessing the potential impact of this executive order on our healthcare services and the communities we serve. Our priority remains delivering high-quality, accessible care to our patients while ensuring compliance with the latest law."

Meanwhile on Friday, Michigan Attorney General Dana Nessel told hospitals to continue to provide treatment, saying in a statement, "refusing helathcare services to a class of individuals based on their protected status, such as withholding the availability of services from transgender individuals based on their gender identity or their diagnosis of gender dysphoria, while offering such services to cisgender individuals, may constitute discrimination under Michigan law."

Bottom line, she said: "If you are seeking healthcare, continue to do so. If you are providing healthcare in compliance with Michigan law, please continue to do so."

**MORE:** Trump's executive orders force VA workers to 'rat out' others, sparking fear, uncertainty

The nation's transgender population is a small one: About 1.6 million people ages 13 and older identify as transgender, according to UCLA's Williams Institute, a research center focusing on gender identity, sexual orientation and public policy. In 2023, approximately 3% of high school students identified as transgender, according to a study by the U.S. Centers for Disease Control and Prevention.

Transgender youths, through lack of acceptance and stigma, are more likely to struggle with depression and suicidal behavior, and more likely to experience violence and homelessness than peers who identify with the gender they were assigned at birth.

According to a study published in 2022 by the Journal of the American Medical Association, young people who received gender affirming therapies were 60% less likely to experience depression and 73% less likely to experience suicidal ideation or behaviors than youths who did not receive gender-affirming care.

For transgender minors, gender affirming care typically involves puberty blockers followed by hormone therapy. A study by the Harvard School of Public Health found that gender affirming surgery is rarely performed on minors.

Case 8:25-cv-00337-BAH    Document 69-15    Filed 02/18/25    Page 4 of 4

Trump's executive order is being challenged in federal court.

*Free Press staff writer Kristen Jordan Shamus contributed to this report.*

*Contact Georgea Kovanis: gkovanis@freepress.com.*