# Exhibit A-12

2/17/25, 11:27 PM
Corewell reverses decision on starting treatments for trans minors
Case 8:25-cv-00337-BAH   Document 69-16   Filed 02/18/25   Page 2 of 3

# Detroit Free Press

HEALTH

# Corewell reverses decision on starting treatments for trans minors



**Georgea Kovanis**
Detroit Free Press
Published 2:08 p.m. ET Feb. 12, 2025 | Updated 9:55 a.m. ET Feb. 13, 2025

## Key Points

- The change came after outrage from members of the LGBTQ+ community.
- Michigan AG: Health care systems that limit treatment could be violating state laws.

Corewell Health, reversing an earlier decision, will no longer limit hormone therapy for minor patients seeking gender-affirming treatment, the hospital system said.

"We are lifting our pause on new hormone therapies for pediatric patients seeking gender-affirming care," Corewell Health said in a statement. "Care decisions are best made between physicians and their patients and families."

Last week, Corewell became the first hospital system in the state to announce it would no longer allow transgender minors to start new gender-affirming hormone therapy regimens; minor patients already receiving hormone therapy were allowed to continue treatments.

Corewell's moratorium came in the wake of President Donald Trump's executive order threatening to strip federal funding from hospitals that provide the treatments to people under the age of 19.

Michigan Attorney General Dana Nessel last week warned that denying gender-affirming hormone treatments to minors could be a violation of the state's anti-discrimination laws.

Trump's executive order is being challenged in federal court.

Members of the LGBTQ+ community reacted to Corewell's decision last week with outrage. On Feb. 11, more than 40 advocacy and civil rights organizations, including the American

Civil Liberties Union of Michigan and Equality Michigan, sent an open letter to Corewell's board of directors and executives, imploring the hospital system to reinstate the treatments.

Ferndale Pride, which puts on an annual gay pride celebration in downtown Ferndale, revoked Corewell's sponsorship of the event.

Corewell's decision this week to change course was met with praise.

"We see this decision as one that's family-centered, equality-centered, and science-centered," Erin Knott, Equality Michigan executive director, said in a statement. "… So we extend a thank you to the Corewell leadership team for righting the ship."

Corewell consists of two divisions. Corewell Health East includes Corewell Health William Beaumont University Hospital in Royal Oak, Corewell Health Beaumont Troy Hospital and other former Beaumont facilities. Corewell Health West includes Corewell Health Helen DeVos Children's Hospital as well as Corewell Health Blodgett Hospital and Corewell Health Butterworth Hospital.

Corewell East does not typically provide gender-affirming hormone therapy to minors. Corewell West does.

For transgender minors, gender-affirming care typically involves puberty blockers followed by hormone therapy. A study by the Harvard School of Public Health found that gender-affirming surgery is rarely performed on minors.

About 1.6 million people ages 13 and older identify as transgender, according to UCLA's Williams Institute, a research center focusing on gender identity, sexual orientation and public policy. In 2023, roughly 3% of high school students identified as transgender, according to the U.S. Centers for Disease Control and Prevention.

*Contact Georgea Kovanis: gkovanis@freepress.com*