# **Exhibit A-14**

LOCAL news

# Phoenix-based LGBTQ+ clinic stops providing gender affirming care to minors

Prisma Community Care said they were forced to stop providing gender affirming care to minors in order to comply with grant funds to continue their broader work

Posted Feb 11, 2025, 3:54 am

Joseph Darius Jaafari
LOOKOUT



Prisma Community Care, formerly known as the Southwest Center for Parsons Center for Health and Wellness.

The same day Phoenix Children's Hospital was shown to have quietly removed a portion of its transgender care services to comply with President Donald Trump's executive order denying care to transgender people under 19 years old, LOOKOUT has learned that Prisma Community Care—one of Arizona's oldest and largest LGBTQ+ clinics—has done the same in order to comply with federal grants and contracts.

Prisma Community Care, formerly known as the Southwest Center for HIV and AIDS, told LOOKOUT it was required to follow guidelines

in grants to stop providing gender-affirming care to minors in order to continue offering broader services, including HIV and PrEP care.

Prisma's Director of Marketing and Community Engagement Iris Avila said the provider contacted all affected patients by phone last week to inform them of the change. She said Prisma assured them that mental health services would still be available and that they were working to connect patients with alternative medical providers. The provider never made a public statement about the decision.

"Due to President Trump's executive order and our obligations under federal grant funding, including our Medicaid and Medicare contracts, we were required to comply," Avila said. "We are no longer able to provide gender-affirming hormone therapy to patients under 19."

Avila noted that only a small percentage of Prisma's patients were affected by the decision.

*LOOKOUT* first learned of Prisma's policy change when a Phoenix-based provider, who requested anonymity to avoid being targeted for continuing care, reached out. The provider said a 17-year-old patient was denied continued treatment at Prisma because they were a minor.

The provider said she had contacted Prisma to inquire about its policies after Phoenix Children's Hospital's decision affected some of her patients. Prisma confirmed it was no longer providing gender-affirming care for minors.

Since *LOOKOUT* broke the story about Phoenix Children's Hospital's decision to quietly remove gender-affirming care, community organizers have called for a boycott of its services. Many have expressed concerns online that the change could have life-threatening consequences.



For Prisma, Avila said no one at the center was happy about the decision, saying that it felt like "whiplash" and emphasized that mental health support is still provided during this period, which she said was "critical."

"We do not agree with this. But compliance is necessary in order to ensure that we can continue providing the services we have to our community," she said. "There's no abandoning them."

Prisma recently had federal funding reinstated after Rep. Yassamin Ansari (D-Phoenix) sent a letter to Acting Health and Human Services Director Dorothy Fink demanding an explanation for the delay in releasing previously promised funds.

Those funds were initially frozen due to Trump's executive order, which prohibited federal funds from benefiting diversity programs.

This report was first published by the LOOKOUT.

### Filed under

news, politics & government, family/life, health, local, arizona, nation/world, breaking, Lookout,

### Read more about

donald trump, federal funding, gender, health care, lgbtq, phoenix children's hospital, republicans, southwest center for hivaids, yassamin ansari

— 30 —

### Top headlines

2/11/25, 7:02 PM
Phoenix-based LGBTQ+ clinic stops providing gender affirming care to minors
Case 8:25-cv-00337-BAH    Document 69-18    Filed 02/18/25    Page 5 of 5



