# Exhibit A-16

Menu        Search

UNCATEGORIZED

# PRESIDENT TRUMP IS DELIVERING ON HIS COMMITMENT TO PROTECT OUR KIDS

February 3, 2025

Last week, President Donald J. Trump took executive action to protect American children from irreversible chemical and surgical mutilation.

**It's already having its intended effect — preventing children from being maimed and sterilized by adults perpetuating a radical, false claim that they can somehow change a child's sex.** Hospitals around the country are

taking action to downsize or eliminate their so-called "gender-affirming care" programs:

- **NEW YORK:** NYU Langone Health has <u>started</u> canceling appointments for so-called "gender-affirming care" involving minors. They canceled appointments for "two 12-year-olds who had been scheduled to receive implants that dispense puberty-blocking medication."

- **COLORADO:** Denver Health <u>announced</u> it would stop performing sex change surgeries on minor children, while UCHealth <u>said</u> it is ending so-called "gender-affirming care" for all minors.

- **VIRGINIA:** VCU Health and Children's Hospital of Richmond have <u>"suspended"</u> providing transgender-related medication and surgeries for minors, while UVA Health has <u>"suspended"</u> all transgender-related services for minors.

- **WASHINGTON, D.C.:** Children's National Hospital has <u>"paused"</u> prescribing puberty blockers and hormone therapies for minors, while Northwest Washington Hospital has <u>done the same</u>.

- **ILLINOIS:** Lurie Children's Hospital of Chicago is <u>"reviewing"</u> their transgender-related services for minors.

- **PENNSYLVANIA:** Children's Hospital of Philadelphia is <u>"closely reviewing"</u> the transgender-related services they provide for minors.

President Trump will always protect American children.

**Promises made, promises kept – again.**

Administration

Issues

**THE WHITE HOUSE**

1600 Pennsylvania Ave NW

Washington, DC 20500

THE WHITE HOUSE

WH.GOV

Copyright

Privacy