# Exhibit A-17

An official website of the United States government Here's how you know

 Search      Menu

**IN THIS SECTION:** Search For FDA Guidance Documents

- Search for FDA Guidance Documents

**GUIDANCE DOCUMENT**

# Study of Sex Differences in the Clinical Evaluation of Medical Products

**JANUARY 2025**

Download the Draft Guidance Document      Read the Federal Register Notice

Draft

Not for implementation. Contains non-binding recommendations.

This guidance is being distributed for comment purposes only.

Share   Post   Linkedin   Email   Print

## Submit Comments by 04/07/2025

Submit Comments Online

Although you can comment on any guidance at any time (see 21 CFR 10.115(g)(5)), to ensure that the FDA considers your comment on a draft guidance before it begins work on the final version of the guidance, submit either online or written comments on the draft guidance before the close date.

If unable to submit comments online, please mail written comments to:

Dockets Management

Food and Drug Administration

5630 Fishers Lane, Rm 1061
Rockville, MD 20852

All written comments should be identified with this document's docket number: FDA-2024-D-4245

**Docket Number:**

FDA-2024-D-4245

**Issued by:**

Center for Biologics Evaluation and Research
Center for Devices and Radiological Health
Center for Drug Evaluation and Research

Per a court order, HHS is required to restore this website as of 11:59 PM on February 11, 2025. Any information on this page promoting gender ideology is extremely inaccurate and disconnected from the immutable biological reality that there are two sexes, male and female. The Trump Administration rejects gender ideology and condemns the harms it causes to children, by promoting their chemical and surgical mutilation, and to women, by depriving them of their dignity, safety, well-being, and opportunities. This page does not reflect biological reality and therefore the Administration and this Department reject it.

This guidance provides recommendations for increasing enrollment of females in clinical trials, analyzing and interpreting sex-specific data, and including sex-specific information in regulatory submissions of medical products. Clinical trials and non-interventional studies of medical products should be designed to enroll sufficient numbers of females and males to reflect the prevalence of the disease or condition for which the medical product is being investigated to help ensure the generalizability of results and facilitate exploration of potential differences in effects by sex. When finalized, this guidance will replace the guidance entitled "Guideline for the Study and Evaluation of Gender Differences in the Clinical Evaluation of Drugs" issued in July 1993.

**Content current as of:**
01/07/2025

**Regulated Product(s)**
Drugs

**Topic(s)**

Clinical - Medical

 Search for FDA Guidance Documents

FDA Archive

About FDA

Accessibility

Visitor Information

Website Policies / Privacy

No FEAR Act

Vulnerability Disclosure Policy

FOIA

HHS.gov

USA.gov

Contact FDA

 1-888-INFO-FDA (1-888-463-6332)

https://www.fda.gov/regulatory-information/search-fda-guidance-documents/study-sex-differences-clinical-evaluation-medical-products[2/17/2025 2:33:47 PM]