# Exhibit A-18

🇺🇸 An official website of the United States government
Here's how you know ▸



☐ search

Per a court order, HHS is required to restore this website as of 11:59PM ET, February 11, 2025. Any information on this page promoting gender ideology is extremely inaccurate and disconnected from the immutable biological reality that there are two sexes, male and female. The Trump Administration rejects gender ideology and condemns the harms it causes to children, by promoting their chemical and surgical mutilation, and to women, by depriving them of their dignity, safety, well-being, and opportunities. This page does not reflect biological reality and therefore the Administration and this Department rejects it.



## Data Summary & Trends Report for Dietary, Physical Activity, and Sleep Behaviors

Report uses YRBS data to describe trends in youth behaviors: diet, physical activity, and sleep.

Learn More ▸



### YRBS Explorer

This tool provides visualization of YRBSS data and allows public site users to view data.



### Data and Documentation

2023 National and Combined datasets now available in Access and ASCII.

### 2023 Youth Risk Behavior Survey Results

Read top highlights from the 2023 YRBS results.

# Featured



[YRBSS Reports and Publications](#)

View or download most recent *MMWR* Supplements, related *MMWR* publications, and YRBSS reports.



[Data Summary & Trends](#)

Examine trend data on health behaviors and experiences among U.S. high school students.

[YRBS Analysis Tool](#)

[Youth Online (2023 data coming early 2025)](#)

[YRBS Explorer](#)

[YRBS Explorer Help](#)

# YRBSS topics



## YRBS Supplementary Tables

View 2023 tables those provide background and supplementary information on the YRBS.



## YRBSS Results

View the most recent YRBSS national, state, and local school district results.

## Learn more

- YRBSS Methods
- YRBSS Participation
- YRBSS Questionnaires
- Communication Resources
- YRBSS Results Toolkit
- About YRBSS
- FAQs