# Exhibit C

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| PFLAG, INC.; *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; *et al.*,<br><br>*Defendants*. | Civil Action No. |

**DECLARATION OF BELLA BOE**

I, Bella Boe,[1] hereby declare and state and follows:

1. I am a Plaintiff in this action. I offer this Declaration in support of Plaintiffs' Motion for a Preliminary Injunction. I have personal knowledge of the facts set forth in this Declaration and could and would testify competently to those facts if called as a witness.

2. I am a 12-year-old girl. I live in New York City.

3. I am in seventh grade. I really like school and learning, especially Spanish and Social Studies. I have very good grades. When I'm not at school, I like to make architectural drawings, practice my graphic design skills, and play video games with my friends.

4. I am a transgender girl.

5. As a little kid, I was drawn toward things that let me be like a girl. I loved the movie Moana. My dad loves to tell the story of me singing along to the soundtrack with a t-shirt on my

---

[1] Bruce Boe and Bella Boe are pseudonyms. My family is proceeding under pseudonym to protect our right to privacy and ourselves from discrimination, harassment, and violence, as well as retaliation for seeking to protect our rights.

1

head, pretending to have long hair like Moana. My dad loves superhero movies, and as a kid I loved the movie Captain Marvel. In elementary school, I wore my Captain Marvel pajamas to pajama day, but other kids said mean things to me about wearing "girly" pajamas.

6. I never felt like a boy, but I didn't feel like I could change it. In middle school, I started to learn more about people who are gay, trans, or non-binary. When I was in sixth grade, I asked my parents to start using they/them pronouns for me at home. I did not feel like a boy, and it felt good to use pronouns that fit with who I am. As I went through this process to understand myself, it wasn't safe at my old school to be nonbinary or trans. I was bullied a lot because I was different, even though I wasn't out at school. My parents and I decided that it wasn't safe for me anymore and I had to change schools.

7. In May 2024 I started my new school where I was able to be myself. I used they/them pronouns and wore clothes that made me feel like me. As sixth grade ended in 2024, I started to explore more feminine clothes and to grow my hair longer. I really liked how my appearance felt and I began to question if I was nonbinary.

8. That summer, when I was on vacation with my family, I saw a sundress. I thought it was really pretty and that I could see myself in it. It was a special moment. I tried it on, and it made me feel like myself. I realized that I was a trans girl. The dress helped me understand how I wanted to look and feel. I wore the sundress for the rest of the vacation.

9. During that vacation, I told my parents that I was a trans girl, not nonbinary. I had been thinking about it for a while. My parents told me they would always love me and support me and that they were happy I was discovering who I am. It felt good that people knew, and it made me feel like I could tell more people. I could come out and be myself.

10. After I came out as a trans girl, I wanted everyone to know that I was using she/her pronouns. I didn't want to be hiding any longer. I bought more girly clothes that feel like me and express who I am. I also got my ears pierced.

11. I was already in therapy, and I also worked with my therapist to find a new name. I picked out a list of names I like, but "Bella" felt the most like me. I didn't like that my old name made people think I was a boy. I wanted a name that felt like a girl's name. Lots of names could do that, but Bella felt like mine. When people use Bella I feel a lot more like myself.

12. Now that I am known as a girl, I feel more comfortable being friends with other girls, even though everyone should be able to be friends with everyone.

13. I started puberty recently, which has made me sad and uncomfortable. I'm not very far into puberty, but it doesn't feel right. I worry a lot about growing facial hair and body hair in the future. I know if I had all the things that come with male puberty I would not feel good. I worry that after puberty happens it's irreversible, and I might end up with a deeper voice and facial hair forever. These things are the opposite of who I am as a girl.

14. In the fall of seventh grade, my parents took me to the doctor to talk about how I was feeling about my body and puberty. The doctor talked to me for a long time about how I feel about my gender and my body. I told the doctor that I felt really uncomfortable with all the changes that my body was going to go through. I understand that puberty blockers will pause puberty and make sure my body stops turning into a man's body. That would help me stop worrying about the future. I want to stop male puberty until I am ready to start female puberty. If I had my choice, I would get a puberty blocker implant so that I did not need to worry for a long time about male puberty starting. Worrying about male puberty makes me less productive. It makes it harder to

focus on school. I can make it through the day, but I have to take a break after school before I try to do my homework.

15. When I get older, I imagine myself as a woman. I do not want to look like a man in a dress when I grow up. The idea gives me so much anxiety.

16. I know that since NYU cancelled my appointment, my parents have been trying to find care for me somewhere else. I have had to miss school for all those appointments, which is putting me behind. It feels so unfair. Being behind in school just makes me more anxious.

17. I know that when I get this care, I will be so much happier. I can be like other women in my life when I'm older. I'll feel less scared or embarrassed. I won't have to feel different or jealous of other girls. I'll get to look forward to my future. I want to be a teacher when I grow up so I can support students, especially students like me.

18. When I think of my future, I am a woman. When I think about my trans journey, I feel complete. I get the picture of who I am. It feels good to know all of this about myself. I feel whole. If I'm going to get to the future I imagine, I need the treatments my doctors say will help.

I declare under penalty of perjury that the foregoing is true to the best of my knowledge and belief.

Dated this 11 day of February 2025.

*Bella Boe*
_____
Bella Boe