# Exhibit E

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

PFLAG, INC.; *et al.*,

    *Plaintiffs*,

v.

DONALD J. TRUMP, in his official capacity as President of the United States; *et al.*,

    *Defendants*.

Civil Action No.

**DECLARATION OF GABE GOE**

I, Gabe Goe,[1] pursuant to 28 U.S.C. § 1746, declare as follows:

    1.    My name is Gabe Goe. I am a Plaintiff in this action. I offer this Declaration in support of Plaintiffs' Motion for Preliminary Injunction. I have personal knowledge of the facts set forth in this Declaration, and would testify competently to those facts if called as a witness.

    2.    I am fourteen years old and in eighth grade. I like to be outdoors and play sports for fun. I like boxing, tennis, snowboarding, and hiking. I also like to go camping, and spent a couple summers in an outdoor camp, where for two weeks I kayaked and camped outside in a tent that I carried and built myself. I had so much fun.

    3.    When I come home from school, I will sometimes cook. I can make eggs. I mostly like to play video games and hang out with my friends. I like to make art on my digital tablet or with acrylic paint. I like that you can layer the paint on top of each other to create texture. My dad hangs my paintings on the walls of our home.

---

[1] George Goe and Gabe Goe are pseudonyms. My family is proceeding under pseudonym to protect our right to privacy and ourselves from discrimination, harassment, and violence, as well as retaliation for seeking to protect our rights.

1

4. I am a transgender boy. When I was born, the doctors and my parents thought I was a girl.

5. Growing up, I didn't really think about my gender, but I absolutely hated wearing dresses. It felt impossible to wear a dress. I always sit crisscross and in other weird ways with my legs far apart, and I couldn't sit like that in a dress. I hated wearing the color pink, and I wasn't very feminine. I wanted to wear t-shirts and shorts like I do now.

6. When I was very little, I remember going to Disney with my cousin, and she wanted to go to a princess dinner with me. I cried and begged not to go, and then cried the whole time we were there. I wanted so badly not to be there. Another time at Disney, when one of the greeters said, "Hello, Princess!" I corrected them to say that I was not a princess.

7. In third grade, I dressed up as Link from Legends of Zelda for Halloween, and I liked it because Link had a sword and was a boy. I also remember dressing up as a Ghostbuster and Spider-Man.

8. I didn't act like the girls in school, even though there were girls that were less girly and more masculine. I was always trying to compete with boys to show them that I was just as strong or even stronger than they were. I would race them and join in their competitions on the playground. I also liked to wrestle.

9. When I started puberty, I hated it. I did not feel good about the changes happening, and they made me feel bad about my body. Even when I was not sure why the changes felt weird or bad, I just knew that they were wrong. I did not like growing breasts. I remember the first time I got my period, and it was terrible. It gave me anxiety and dysphoria, like it felt wrong for my body. When everyone else in my grade got their period, they told all of their friends, like it was a

2

celebration. I didn't tell anyone when I got mine because it didn't feel like something to celebrate. If I had a choice, I would never go through getting a period again.

10. When I was around twelve years old, I learned about trans people and realized that I was one, too. It helped make sense of how I was feeling about my body changing in ways that didn't feel like me, and why I wished my voice sounded different.

11. Two weeks before I came out to my parents, I was in an airport, after I had gotten a short hair cut. On the airplane, a flight attendant called me "sir" or "mister." A friend was with me when it happened, and she didn't correct the flight attendant, but made a joke about it. But at that point, I already knew I wanted to be a boy, and so it felt good to be treated like a boy.

12. When I told my parents that I was transgender, I remember being really, really stressed about telling them. I felt better after telling them, but not totally better, because I was still stressed about telling my friends. I told one of them over text, "By the way, I am a boy," with the transgender pride flag emoji next to it. She had a good reaction, and that made me feel more relaxed.

13. I picked a new name by myself. I had a few ideas, ones that started with one of my favorite letters. I remember hearing someone say the name I would later pick while I was at camp, and I thought it was a good name because I liked the nickname for it. I really, really disliked my old name because it was very feminine and super common. I also did not like the nicknames for my old name. I now just pretend that the name I use now, "Gabe" was the name I was given at birth. The name I picked, and the nickname, are both names that only boys are given.

14. My parents told my school about my new name and pronouns. I was surprised at how quickly everyone started using my name and he/him pronouns, and how everyone accepted it.

3

15. I still feel anxious about my voice not matching who I am. When I am in public or in places where people do not know me, strangers will often think I am a boy when they see me, and will use male pronouns for me. That is exactly what I want to happen. But as soon as they hear me talk, they start using female pronouns. That is the opposite of what I want. It feels bad when people change the pronouns they use for me, because then I know exactly why they no longer treat me like a boy—my voice. I want to feel that people see me as a boy even after I talk to them, because I am a boy and feel like a boy. My friends see me as a boy because they know I am boy, and I want to be treated like that all the time.

16. I have also talked to my doctor and my parents about what testosterone can do to help treat my gender dysphoria. I want to go through male puberty because I prefer all the changes that will come with male puberty so that my appearance on the outside will reflect the person that I really am. I want to be in a grown-up male body when I am older. I want a deeper voice most of all. I would like the option to grow facial hair—my dad has a beard—and to get broader shoulders and have more muscle. I know from the doctors that testosterone will help with all of those things, and also help with not getting a period anymore. I know that I might also go bald—like my dad—but I am okay with that if it means a deeper voice and other changes. I would like to be taller, too, but I know that it is unlikely the testosterone can help with that because of my age and how much female puberty I've already had. After going to the doctor's office and talking about testosterone, I knew that was the right choice for me.

17. I am supposed to start testosterone in March of 2025, a month from now.

18. I know that there is an Executive Order from the President that is supposed to stop me from getting testosterone. I am scared about losing the ability to start. I want to grow up and be safe as a transgender person in the future, and I want to have the choice of whether or not to tell

people. Right now, as soon as I start talking, people know. Sometimes, when I am far away from where I live and the people who know me as a boy, it doesn't feel safe. Testosterone will help me feel like my body is mine, and it will treat the dysphoria I feel around how I look and sound now.

    I declare under penalty of perjury that the foregoing is true to the best of my knowledge and belief.

Dated this 11th day of February 2025.

*Gabe Goe*

Gabe Goe