# **<u>Exhibit I</u>**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

PFLAG, INC.; *et al.*,

    *Plaintiffs*,

v.

DONALD J. TRUMP, in his official capacity as President of the United States; *et al.*,

    *Defendants*.

Civil Action No.

**DECLARATION OF CAMERON COE**

I, Cameron Coe,[1] hereby declare and state as follows:

1. My name is Cameron Coe. I offer this Declaration in support of Plaintiffs' Motion for Preliminary Injunction. I have personal knowledge of the facts set forth in this Declaration and would testify competently to those facts if called as a witness.

2. I am twelve years old. I live in New York City with my parents.

3. I like art and making things with my hands. I especially like graphic design. I play video games with my friends. I play the drums and taught myself the ukelele. I'm in seventh grade but taking accelerated classes with high school students. I'm interested in engineering and architecture, which is what I want to study in college. It's ambitious, but I want to try. When I'm an adult, I want to design and build houses. I'd like to move upstate and design my own house to live in.

---

[1] Claire Coe and Cameron Coe are pseudonyms. My family is proceeding under pseudonym to protect our right to privacy and ourselves from discrimination, harassment, and violence, as well as retaliation for seeking to protect our rights.

1

4.  I am nonbinary. I do not feel like a boy or a girl. I use they/them pronouns.

5.  When I was a little kid, I felt free to be myself and that no one was judging me. I never identified with the idea of gender, and words like "boy" and "girl" didn't mean much to me. I remember just running and playing around. Little me didn't know what the word "nonbinary" was, but I have been nonbinary since I was born.

6.  When I was in pre-K, I wore a dress to school. The girls made fun of me. I didn't want to care, but I was also upset. My parents told me that it was okay to wear dresses, and that, if people made fun of me and it became too much, I could also choose to stop wearing dresses. I still wore dresses sometimes. There were other times where I would do things that people made fun of me for, like having a pink backpack or pink shoes. I did not like being made to feel bad about just wearing what I wanted to wear.

7.  In third grade, when I was around nine years old, I first heard the word "nonbinary". I always knew that I was not a specific gender, but the term "nonbinary" helped me better understand who I was, and it gave me easier words to give to other people so they could understand me and support me. I had briefly tried using she/her pronouns, because I wanted to see if that felt better for me. But I quickly realized that they/them pronouns fit me better. Using they/them pronouns made me feel happy, like I was recognized for who I was. When I get asked, "Are you a boy or a girl?" I feel like I can answer, "No." It is true and also grammatically correct.

8.  Being seen as nonbinary makes me feel good, strong, happy, recognized, and loved. I feel supported and a sense of belonging, because I have words to describe who I am and other people can understand who I am better.

9.  About a year ago, when I was 11, I started to go through male puberty. Before that, I had mostly been worried about how people would treat me because of how I dressed or because

I used they/them pronouns. My problems from being nonbinary were because of society, but as long as I was in a school and had friends who accepted me for who I am and how I dress, I felt pretty good. But then my problems became about myself and external judgment of my body.

10.     I became constantly worried that people would notice I was going through male puberty. It's stressful, but it's a very real feeling. It reduces my self confidence, and it's upsetting. I don't like the idea of male puberty, and when I'm in public, I feel so anxious and uncomfortable. I am still dressing and looking androgynous, but I worry that people won't see me that way, and it feels embarrassing. The changes to my body feel violating. It makes me depressed, stressed, anxious. I hate feeling overly self-aware or self-conscious. I feel judged by other people, and myself. I also know that I fiddle with my pants because I don't want them to cling to my body and be revealing. My parents have helped me find underwear that helps some, but the real issue is that my body is changing. When I look at male faces and beards, I realize, that's fine for some people, but not for me. I don't want to grow a beard.

11.     I had already been seeing a therapist to talk about how I felt about my gender. My parents also took me to a doctor to talk about what was upsetting me. I was nervous. The doctor talked about puberty blockers, including what they were and possible side effects. The doctor did a really good job explaining that they just paused puberty for a while and gave people more time to decide whether to go through male puberty or female puberty. I thought about it, and I thought that maybe it was a good idea for me, especially getting more time.

12.     The first time I spoke to a doctor about puberty blockers was last year, when I was 11 and in sixth grade. I originally told my parents that I was okay and didn't need anything. But over the past year, I have gone through more puberty. I am taller, my voice is a little deeper, and there are other changes making my body look more like a male body. So a few months ago, in the

3

fall of 2024, I asked my parents if we could go back to the doctor to talk about puberty blockers again.

13. When I talked to the doctor in the fall, I had started seventh grade and turned 12. We talked again about puberty blockers, and also the changes that had happened to my body in the past year. I still didn't feel comfortable with male puberty. The doctor confirmed what I had seen about my own body in terms of changes. The doctor again explained that I have to make a decision at some point about what kind of puberty to go through, because I have to go through puberty to become an adult, but that the blockers would give me more time to make that decision. More time is exactly what I need.

14. A few months ago, I got a shot of a puberty blocking medication that is supposed to work for three months. Afterwards I felt happy and less stressed and a little more hopeful. I had one less thing to worry about. I used to think, "Oh my god, why is my body changing." I have much less of that now. It's nice not to have to worry about my body. It's also easier to focus in school, and helpful for my confidence. I have hope, and it's easier for me to feel okay about how I look, because I'm not having more changes from male puberty. I've been able to settle down and relax a little because I'm not worried about my face or body changing.

15. When my parents told me, though, that my appointment for the puberty blocking implant was cancelled, all of my fears and anxieties came back. I had terrible stomachaches. I've missed school because I feel so bad. I was waking up in the middle of the night. I was worried that I would need to miss more school as we tried to find a new doctor.

16. Thankfully, I was able to get the implant two weeks after the cancellation. I was immediately so, so relieved and happy. It makes a huge difference in my life not to worry about puberty, and I can stop worrying for now. But I am scared that I will lose care again, and the fear that my body will change and I won't look like who I am could come back. I do not want to feel

4

like a stranger in my body.

  I declare under penalty of perjury that the foregoing is true to the best of my knowledge and belief.

Dated this <u>13</u>th day of February, 2025

                   _____
                   Cameron Coe