# **Exhibit BB**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

|  |  |
|---|---|
| PFLAG, INC.; *et al.*, | |
| *Plaintiff*, | |
| v. | Civil Action No. 8:25-cv-00337 |
| DONALD J. TRUMP, in his official capacity as President of the United States; *et al.*, | |
| *Defendants*. | |

## <u>EXPERT REPORT OF DAN H. KARASIC, M.D.</u>

I, Dan H. Karasic, M.D., hereby declare and state as follows:

1.      I am over 18 years of age, of sound mind, and in all respects competent to testify.

2.      I have been retained by counsel for Plaintiffs as an expert in connection with the above-captioned litigation.

3.      I have actual knowledge of the matters stated herein.  If called to testify in this matter, I would testify truthfully and based on my expert opinion.

## I.      BACKGROUND AND QUALIFICATIONS

### A.      Qualifications

3.      I am a Professor Emeritus of Psychiatry at the University of California – San Francisco (UCSF).  I have been on faculty at UCSF since 1991.  I have also had a telepsychiatry private practice since 2020.

4.      I received my Doctor of Medicine (M.D.) degree from the Yale Medical School in 1987.  In 1991, I completed my residency in psychiatry at the University of California – Los

1

Angeles (UCLA) Neuropsychiatric Institute, and from 1990 to 1991, I was a postdoctoral fellow at UCLA in a training program in mental health services for persons living with AIDS.

5.     For over 30 years, I have worked with patients with gender dysphoria.  I am a Distinguished Life Fellow of the American Psychiatric Association and have been the chair of the American Psychiatric Association Workgroup on Gender Dysphoria, as well as the sole author of the chapter on transgender care in the American Psychiatric Press's Clinical Manual of Cultural Psychiatry, Second Edition.

6.     Over the past 30 years, I have provided care for thousands of transgender patients. For 17 years, I was the psychiatrist for the Dimensions Clinic for transgender youth in San Francisco, which treats trans youth 12-25 years old.  I also have provided care for many adolescents in my UCSF faculty practice and my current private practice.

7.     I previously sat on the Board of Directors of the World Professional Association for Transgender Health (WPATH) and am a co-author of WPATH's *Standards of Care for the Health of Transsexual, Transgender, and Gender Nonconforming People*, Versions 7 and 8, which are the internationally accepted guidelines designed to promote the health and welfare of transgender, transsexual, and gender variant persons.  For Version 8, I was the lead author on the Mental Health Chapter.

8.     As a member of the WPATH Global Education Initiative, I helped develop a specialty certification program in transgender health and helped train over 2,000 health care providers.

9.     At UCSF, I developed protocols and outcome measures for the Transgender Surgery Program at the UCSF Medical Center.  I also served on the Medical Advisory Board for the UCSF Center of Excellence for Transgender Care and co-wrote the mental health section of the

2

original *Guidelines for the Primary and Gender-Affirming Care of Transgender and Gender Nonbinary People* in 2011 and the revision in 2016.

10.    I have worked with the San Francisco Department of Public Health, helping to develop and implement their program for the care of transgender patients and conducting mental health assessments for gender-affirming surgery.  I served on the City and County of San Francisco Human Rights Commission's LGBT Advisory Committee, and I have been an expert consultant for California state agencies and on multiple occasions for the United Nations Development Programme on international issues in transgender care.

11.    I have held numerous clinical positions concurrent to my clinical professorship at UCSF.  Among these, I served as an attending psychiatrist for San Francisco General Hospital's consultation-liaison service for AIDS care, as an outpatient psychiatrist for HIV-AIDS patients at UCSF, as a psychiatrist for the Transgender Life Care Program and the Dimensions Clinic at Castro Mission Health Center, and the founder and co-lead of the UCSF Alliance Health Project's Transgender Team.  In these clinical roles, I specialized in the evaluation and treatment of transgender patients, including those with gender dysphoria, and HIV-positive patients.  I also regularly provide consultation to psychologists and other psychotherapists working with transgender patients, including those with gender dysphoria.  I have been a consultant in transgender care to the California Department of State Hospitals and the California Department of Corrections and Rehabilitation on the care of incarcerated transgender people.

12.    As part of my psychiatric practice treating individuals diagnosed with gender dysphoria and who receive other medical and surgical treatment for that condition, as well as a co-author of the WPATH Standards of Care and UCSF's *Guidelines for the Primary and Gender-Affirming Care of Transgender and Gender Nonbinary People*, I am, and given the nature of my

3

EXPERT DECLARATION OF DR. DAN H. KARASIC, M.D.

work must be, familiar with additional aspects of medical care for the diagnosis of gender dysphoria, beyond mental health treatment, assessment, and diagnosis.

13.     In addition to this work, I have done research on the treatment of depression.  I have authored many articles and book chapters and edited the book *Sexual and Gender Diagnoses of the Diagnostic and Statistical Manual (DSM): A Reevaluation.*

14.     Since 2018, I have performed over 130 independent medical reviews for the State of California to determine the medical necessity of transgender medical care in appeals of denial of insurance coverage.

15.     My professional background, experiences, publications inclusive of those authored in the past 10 years, and presentations are further detailed in my curriculum vitae ("CV").  A true and correct copy of my CV is attached as **Exhibit A**.

### B.     Compensation

16.     I am being compensated for my work on this matter at a rate of $400.00 per hour for preparation of declarations and expert reports.  I will be compensated $3,200.00 per day for any deposition testimony or trial testimony.  My compensation does not depend on the outcome of this litigation, the opinions I express, or the testimony I may provide.

### C.     Previous Testimony

17.     Over the past four years, I have given expert testimony by deposition or trial in the following cases: *L.B. v. Premera Blue Cross*, No. 3:20-cv-06145-RJB (W.D. Wash.); *Misanin v. Wilson*, No. 2:24-cv-04734-BHH (D.S.C.); *Voe v. Mansfield*, No. 1:23-CV-864-LCB-LPA (M.D.N.C.); *Boe v. Marshall*, No. 2:22-cv-184-LCB (N.D. Ala.); *Doe v. Ladapo*, No. 4:23-cv-00114 (N.D. Fla.); *Dekker v. Weida*, No. 4:22-cv-00325 (N.D. Fla.); *K.C. v. The Individual Members of the Medical Licensing Board of Indiana*, No. 1:23-cv-00595 (S.D. Ind.); *Brandt v.*

*Rutledge*, No. 4:21-cv-00450 (E.D. Ark.); *C.P. v. Blue Cross Blue Shield of Illinois*, No. 3:20-cv-06145 (W.D. Wash.); *Kadel v. Folwell*, No. 1:19-cv-00272 (M.D.N.C.); and *Fain v. Crouch*, No. 3:20-cv-00740 (S.D. W. Va.).  To the best of my recollection, I have not given expert testimony at a trial or at a deposition in any other case during this period.

## II.    BASES FOR OPINIONS

18.    In preparing this declaration, I have relied on my training and my decades of clinical experience as a psychiatrist treating patients with gender dysphoria, including adolescents and young adults, as well as my experience conducting research, as set out in my CV (attached hereto as **Exhibit A**), and on the materials listed therein.

19.    I have also relied on my knowledge of the peer-reviewed research regarding the treatment of gender dysphoria, which reflects advancements in the field of transgender health.  I have reviewed the materials listed in the bibliography attached hereto as **Exhibit B**.  The sources cited therein include authoritative, scientific peer-reviewed publications.  They include the documents specifically cited as supportive examples in particular sections of this report.

20.    I have also relied on my knowledge of the clinical practice guidelines for the treatment of gender dysphoria, including my work as a contributing author of the WPATH Standards of Care, Versions 7 and 8, and the UCSF Guidelines.

21.    The materials I have relied upon in preparing this declaration are the same types of materials that experts in my field of study regularly rely upon when forming opinions on the subject. I reserve the right to revise and supplement the opinions expressed in this report or the bases for them if any new information becomes available in the future, including as a result of new scientific research or publications or in response to statements and issues that may arise in my area of expertise.

5

EXPERT DECLARATION OF DR. DAN H. KARASIC, M.D.

22.    In addition, I have reviewed the Executive Order 14187, titled "Protecting Children from Chemical and Surgical Mutilation," issued on January 28, 2025 ("EO 14187"), and Executive Order 14168, titled "Defending Women from Gender Ideology Extremism and Restoring Biological Truth to The Federal Government," issued on January 20, 2025 ("EO 14168"), as well as the Complaint in this case filed on February 4, 2025.

## III.    SUMMARY OF OPINIONS

23.    Together, the executive orders seek to prohibit medical institutions and providers that receive federal funding from providing medical treatments that are part of widely accepted medical protocols for the treatment of adolescents and adults with gender dysphoria.  The following medical groups, among others, recognize that gender-affirming medical care is safe and effective for adolescents and adults: American Academy of Child and Adolescent Psychiatry, the American Academy of Pediatrics, the American Psychological Association, the American Psychiatric Association, and the American Medical Association, among many other mainstream medical organizations.

24.    The accepted protocols for the treatment of adolescents with gender dysphoria provide for careful mental health assessments, including of co-occurring conditions; stringent criteria for eligibility for each treatment; and a thorough informed consent process with the adolescent and their parents, before any medical interventions are initiated.

25.    Decades of medical research and clinical experience have demonstrated that the banned medical treatments are safe, effective, and medically necessary to relieve gender dysphoria for many adolescents.

26.     Gender-affirming medical care for adults is also efficacious and safe as treatment for gender dysphoria, with many decades of clinical experience and research demonstrating its benefits.

27.     I have seen first-hand, countless times over decades of practice, the many benefits of this treatment.  Denying gender-affirming medical care to adolescents and adults under the age of nineteen for whom it is medically indicated puts them at risk of significant harm to their health and well-being, including heightened risk of depression and suicidality.

28.     For adolescents and adults for whom gender-affirming medical care is indicated, no alternative treatments have been demonstrated to be effective.

29.     The denial of medically indicated care to transgender people not only results in the prolonging of their gender dysphoria, but causes additional distress and poses other health risks, such as depression, posttraumatic stress disorder, and suicidality.

## IV.    EXPERT OPINIONS

### A.    Sex and Gender Identity

30.     At birth, infants are assigned a sex, either male or female, based on the appearance of their external genitalia.

31.     While the terms "male sex" and "female sex" are sometimes used in reference to a person's genitals, chromosomes, and hormones, the reality is that sex is complicated and multifactorial.  Aside from external genital characteristics, chromosomes, and endogenous hormones, other factors related to sex include gonads, gender identity, and variations in brain structure and function.

32.     Because these factors may not always be in alignment as typically male or typically female, "the terms biological sex and biological male or female are imprecise and should be avoided." (Hembree, et al., 2017).

33.     EO 14168 defines "sex" as "an individual's immutable biological classification as either male or female," that "does not include the concept of 'gender identity.'" EO 14168 § 2(a). It further defines "Female" as "a person belonging, at conception, to the sex that produces the large reproductive cell," and "[m]ale" as "a person belonging, at conception, to the sex that produces the small reproductive cell." EO 14168 §§ 2(d), (e).

34.     EO 14168's definition of "sex" is not consistent with how it is commonly understood in medicine. According to the American Medical Association, sex is made up of many diverse components. (AMA, 2023). Similarly, the Endocrine Society notes that because a person's sex characteristics "may not [always] be in line with each other …, the terms biological sex and biological male or female are imprecise and should be avoided." (Hembree, et al., 2017).

35.     Gender identity is "a person's deeply felt, inherent sense of being a girl, woman, or female; a man, or male; a blend of male or female; or an alternative gender." (American Psychological Association, 2015, at 834).

36.     Everyone has a gender identity.

37.     Gender identity does not always align with a person's sex assigned at birth.

38.     Gender identity, which has biological bases (Fischer and Cocchetti, 2020), is not merely a product of external influence, nor is it subject to voluntary change.

39.     EO 14168 defines "gender identity" as "a fully internal and subjective sense of self, disconnected from biological reality and sex and existing on an infinite continuum, that does not

provide a meaningful basis for identification and cannot be recognized as a replacement for sex." EO 14168 § 2(g).

40.     EO 14168's definition of "gender identity" differs from how this term commonly understood and used in medicine and science. Gender identity does provide a meaningful basis for identification and has been a basis for identification federally as well as in most states, and in many other countries, for years.

41.     For most people, their sex assigned at birth, or assigned sex, matches their gender identity.  For transgender people, their assigned sex does not align with their gender identity.

42.     Based on data from the Williams Institute, approximately 0.6% of the United States population age 13 or older, or about 1.6 million people, identify as transgender.  (Herman, et al., 2022).

43.     Being transgender is widely accepted as a normal variation in human development. Simply being transgender or gender nonconforming is not a medical condition to be treated and is not considered a mental illness.  People who are transgender have no impairment in their ability to be productive, contributing members of society simply because of their transgender status.

44.     The DSM-5 revised the diagnostic criteria (and name) of gender dysphoria to recognize the clinical distress as the focus of the treatment, not the patient's transgender status, noting that diagnosis and treatment are "focus[ed] on dysphoria as the clinical problem, not identity per se."  (DSM-5, at 451).

45.     Similarly, WPATH's Standards of Care, Version 8 states: "The expression of gender characteristics, including identities, that are not stereotypically associated with one's sex assigned at birth is a common and a culturally diverse human phenomenon that should not be seen as inherently negative or pathological.  …  It should be recognized gender diversity is common to

9

all human beings and is not pathological. However, gender incongruence that causes clinically significant distress and impairment often requires medically necessary clinical interventions." (Coleman, et al. 2022).

46.    Accordingly, and as documented by multiple leading medical authorities, efforts to change a person's gender identity are ineffective, can cause harm, and are unethical. (American Psychological Association, 2021; Byne, et al., 2018; Coleman, et al., 2022).

**B.    Gender Dysphoria**

47.    The term "gender dysphoria" refers to the distress related to the incongruence between one's gender identity and attributes related to one's sex assigned at birth.

48.    The diagnosis of Gender Dysphoria (capitalized) is a serious medical condition, and it is codified in the American Psychiatric Association's *Diagnostic and Statistical Manual of Mental Disorders, Fifth Edition, Text Revision* (DSM-5-TR) (DSM-5 released in 2013 and DSM-5-TR released in 2022).

49.    "Gender Dysphoria in Children" is a diagnosis applied only to pre-pubertal children. The criteria for this diagnosis are:

> A.    A marked incongruence between one's experienced/expressed gender and assigned gender, of at least 6 months duration, as manifested by at least six of the following (one of which must be Criterion A1):
>
> > 1.    A strong desire to be of the other gender or insistence that one is the other gender (or some alternative gender different from one's assigned gender)
> >
> > 2.    In boys (assigned gender), a strong preference for cross-dressing or simulating female attire; or in girls (assigned gender), a strong preference for wearing only typical masculine clothing and a strong resistance to the wearing of typical feminine clothing.
> >
> > 3.    A strong preference for cross-gender roles in make-believe play or fantasy play.

EXPERT DECLARATION OF DR. DAN H. KARASIC, M.D.

4. A strong preference for the toys, games, or activities stereotypically used or engaged in by the other gender.

5. A strong preference for playmates of the other gender.

6. In boys (assigned gender), a strong rejection of typically masculine toys, games, and activities and a strong avoidance of rough-and-tumble play; or in girls (assigned gender), a strong rejection of typically feminine toys, games, and activities.

7. A strong dislike of one's sexual anatomy.

8. A strong desire for the primary and/or secondary sex characteristics that match one's experienced gender.

B. The condition is associated with clinically significant distress or impairment in social circles, school, or other important areas of functioning.

50.   The DSM-5-TR has a separate diagnosis of "Gender Dysphoria in Adolescents and Adults," which involves two major diagnostic criteria.  The criteria are:

A.   A marked incongruence between one's experienced/expressed gender and assigned gender, of at least 6 months duration, as manifested by at least two of the following:

1. A marked incongruence between one's experienced/expressed gender and primary or secondary sex characteristics.

2. A strong desire to be rid of one's primary and/or secondary sex characteristics because of a marked incongruence with one's experienced/expressed gender.

3. A strong desire for the primary and/or secondary sex characteristics of the other gender.

4. A strong desire to be of the other gender (or some alternative gender different from one's assigned gender).

5. A strong desire to be treated as the other gender (or some alternative gender different from one's assigned gender).

6. A strong conviction that one has the typical feelings and reactions of the other gender (or some alternative gender different from one's assigned gender).

11

B. The condition is associated with clinically significant distress or impairment in social, occupational, or other important areas of functioning.

51. Gender dysphoria is a condition that is highly amenable to treatment, and the prevailing treatment for it is highly effective.

52. When untreated, gender dysphoria can cause significant distress including increased risk of depression, anxiety, and suicidality. This is noted both in adults and adolescents. These risks decline when transgender individuals are supported and live according to their gender identity.

53. With access to medically indicated care, transgender people can experience significant and potentially complete relief from their symptoms of gender dysphoria. Not only is this documented in scientific literature and published data, but I have witnessed this in thousands of patients over three decades.

**C.    Evidence-Based Guidelines for Treatment of Gender Dysphoria**

54. The World Professional Association of Transgender Health (WPATH) has issued *Standards of Care for the Health of Transgender and Gender Diverse People* ("WPATH SOC") since 1979. The current version, published in 2022, is WPATH SOC 8. The SOC 8 provides guidelines for multidisciplinary care of transgender individuals, including children and adolescents, and describes criteria for medical interventions to treat gender dysphoria, including puberty-delaying medications, hormone treatment, and surgery when medically indicated.

55. The SOC 8 utilized a rigorous evidence-based approach to developing the guidelines. (Coleman, et al., 2022). The process of developing the SOC 8 was a multistep, several years long effort that started in 2017. This process is outlined in great detail in Appendix A to SOC 8.

56. This "process for development of the SOC-8 incorporated recommendations on clinical practice guideline development from the National Academies of Medicine and the World

12

Health Organization that addressed transparency, the conflict-of-interest policy, committee composition and group process." (Coleman, et al., 2022, at S247 (citing Institute of Medicine Committee on Standards for Developing Trustworthy Clinical Practice, 2011; World Health Organization, 2019)). And "[t]he SOC-8 revision committee was multidisciplinary and consisted of subject matter experts, health care professionals, researchers and stakeholders with diverse perspectives and geographic representation." (Coleman, et al., 2022, at S247).

57.    WPATH SOC 8's evidence-based recommendations were drafted "based on the results of the systematic, and background literature reviews plus consensus-based expert opinions." (Coleman, et al., 2022, at S250). The recommendations were developed and are based on available evidence supporting interventions, a discussion of risks and harms, as well as feasibility and acceptability within different contexts and country settings. A consensus of the final recommendations was attained using the Delphi process that included all members of the Standards of Care Revision committee, and supportive and explanatory text of the evidence for the statements was written.

58.    The Delphi process is a procedure by which a panel of experts are asked for their opinion on a relevant issue, summarizing and presenting their collective responses and repeating this process for a certain number of rounds. (Shang, 2023; Hsu and Sanford, 2019). It is "a well-established approach to answering a research question through the identification of a consensus view across subject experts." (Barrett and Healey, 2020).

59.    The recommendations submitted to a vote under the Delphi process required approval of 75% of the authors of SOC 8 as a whole. More specifically, for a recommendation to be approved, a minimum of 75% of the voters had to approve the statement. (Coleman, et al., 2022, at S250). With regards to SOC 8, every member of the SOC revision committee voted for

EXPERT DECLARATION OF DR. DAN H. KARASIC, M.D.

each statement.  Following the aforementioned process, recommendations contained in SOC 8, as published in 2022, were approved by 75% or more of the revision committee.

60.    The evidence base supporting the recommendations in the WPATH Standards of Care is  comparable to the evidence base supporting treatment for other conditions.

61.    A clinical practice guideline from the Endocrine Society (the Endocrine Society Guidelines) provides similar guidelines for clinicians to provide safe and effective treatment for gender dysphoria.  (Hembree, et al., 2017).

62.    Each of these guidelines are evidence-based and supported by scientific research and literature, as well as extensive clinical experience.

63.    The protocols and policies set forth by the WPATH Standards of Care and the Endocrine Society Guideline are cited as authoritative by the major professional medical and mental health associations in the United States, including the American Medical Association, the American Academy of Pediatrics, the American Psychiatric Association, the American Psychological Association, the American College of Obstetrics and Gynecology, the American College of Physicians, and the World Medical Association, among others.  They are also relied upon by clinicians treating patients with gender dysphoria.

### D.    Treatment of Gender Dysphoria

64.    Under the WPATH SOC 8 and the Endocrine Society Guideline, the overarching goal of treatment is to eliminate the distress of gender dysphoria by aligning an individual patient's body and secondary sex characteristics with the patient's gender identity.

65.    The denial of medically indicated care to transgender people with gender dysphoria not only results in the prolonging of their gender dysphoria, but causes additional

14

distress and poses other health risks, such as depression, posttraumatic stress disorder, and suicidality.  In other words, lack of access to gender-affirming medical care directly contributes to poorer mental health outcomes for transgender people with gender dysphoria.  (Owen-Smith, et al., 2018).

66.     For patients for whom gender-affirming medical care is indicated, no alternative treatments have been demonstrated to be effective.

67.     In accordance with the WPATH SOC 8 and the Endocrine Society Guidelines, medical interventions to treat gender dysphoria may include treatment with pubertal suppression and/or hormones, and treatment with surgery, based on a patient's age, maturity, and individual needs.

68.     For minor patients, all treatment decisions are made in consultation with the patient and the patient's parents or guardian.  Consent for medical intervention is provided by the parent or legal guardian in the case of any minor receiving treatment.

69.     No medical or surgical treatment for gender dysphoria is provided to pre-pubertal children.  For pre-pubertal children, interventions are directed at supporting the child with family, peers, and at school, as well as supportive individual psychotherapy for the child as needed to help manage anxiety and distress that may emerge navigating their transgender identity in the world.

70.     Adolescents (which generally refers to minors after the onset of puberty) with gender dysphoria may be treated with medications to pause pubertal changes in the early stages of puberty if the onset of puberty is causing increased distress.  Pubertal blockade, which involves methods of temporarily suppressing endogenous puberty, delays the development of secondary sex characteristics, such as breasts or facial hair,  and consequently prevents the escalating distress that many transgender adolescents experience with the development of these gender-incongruent

EXPERT DECLARATION OF DR. DAN H. KARASIC, M.D.

characteristics. The pubertal blockade also gives the adolescent more time to understand their gender identity without these potentially distressing changes to their bodies.  Once stopped, a patient returns to the stage of pubertal development that had begun when the treatment was initiated.

71.     After ongoing work with mental health professionals and when the adolescent has lived in accordance with their gender identity for a significant period of time, adolescents may be prescribed hormone therapy to treat their persistent gender dysphoria.  Gender-affirming hormone therapy involves administering testosterone for transgender boys and estrogen and testosterone suppression for transgender girls.   The purpose of this treatment is to attain the appropriate masculinization or feminization of the transgender person that matches as closely as possible to their gender identity. For adolescents, this treatment allows patients to have pubertal changes and development consistent with their gender identity timed alongside their peers. Gender-affirming hormone therapy is a partially reversible treatment. .

72.     Some transgender individuals have persistent gender dysphoria even with other medical interventions and need surgical interventions to help bring their bodies into alignment with their gender identity.  Surgical interventions are primarily reserved for adults.  However, "[c]hest masculinization surgery can be considered in minors when clinically and developmentally appropriate as determined by a multidisciplinary team experienced in adolescent and gender development." (Coleman, et al. 2022).

73.     Under the WPATH Standards of Care, puberty-delaying medication for transgender adolescents after the beginning of puberty, gender-affirming hormone therapy, and chest surgery for older adolescents may be medically indicated if the following criteria are met: (a) Gender diversity/incongruence is marked and sustained over time; (b) Meets the diagnostic criteria of

Gender Dysphoria; (c) Demonstrates the emotional and cognitive maturity required to provide informed consent/assent for the treatment; (d) Mental health concerns (if any) that may interfere with diagnostic clarity, capacity to consent, and gender-affirming medical treatments have been addressed sufficiently so that gender-affirming medical treatment can be provided optimally; (e) Informed of the reproductive effects, including the potential loss of fertility and the available options to preserve fertility.

74.     As with all medical care, the care provided to transgender young people with gender dysphoria is tailored to the unique needs of each patient based on their individual experiences, proximity to specialists, and general health, as well as the clinical experience of practitioners.

75.     The treatment protocols for gender dysphoria are comparable to those for other mental health and medical conditions. Indeed, these or similar procedures are provided for cisgender people with other diagnoses.

**E.     Assessments of Patients with Gender Dysphoria**

76.     Treating transgender adolescents and young adults with affirming treatment does not mean steering them in any particular direction, but rather supporting them through their period of exploration of gender expression and increasing self-awareness of their identity. (Coleman, et al., 2012, at 18l; Ehrensaft, 2017).   The WPATH SOC 8 states, "We recommend health professionals working with gender diverse adolescents facilitate the exploration and expression of gender openly and respectfully so that no one particular identity is favored." (Coleman, et al., 2022). The WPATH SOC 8 states "For some youth, obtaining gender-affirming medical care is important while for others these steps might not be necessary." (Coleman, et al., 2022).

77.     The WPATH SOC 8 and the Endocrine Society Guidelines further provide that before any medical or surgical interventions are provided to adolescents, a careful mental health

assessment should be conducted to ascertain whether the diagnostic criteria for Gender Dysphoria in Adolescents and Adults are met, and the appropriateness of such care for the patient.

78.     The WPATH SOC 8 recommends that healthcare professionals working with transgender and non-binary adolescents be licensed, hold a postgraduate degree in a relevant clinical field, have received training and developed expertise in working with children and adolescents, including those with autism spectrum disorder, and have received training and developed expertise in gender identity and diversity in youth, and in assessing the ability of youth to assent/consent to care (Coleman, et al., 2022). The SOC 8 further recommends a "comprehensive biopsychosocial assessment" for adolescents "prior to any medically necessary medical or surgical intervention" for gender dysphoria.  The assessment should include gender identity development, social development and support, diagnostic assessment of co-occurring mental health or developmental concerns, and capacity for decision-making (Coleman, et al., 2022).   Such comprehensive assessment is a critical element of providing care before any medically necessary medical or surgical intervention for adolescents with gender dysphoria.

79.     The SOC 8 also highlights the importance of involving parent(s)/guardian(s) in the assessment and treatment process for minors, as well as the ability of the mental health professional to distinguish between Gender Dysphoria and other mental health conditions or developmental anxieties (Coleman, et al., 2022). And as previously noted, a parent or guardian must provide informed consent to any medical treatment for their minor child.

80.     Similarly, the Endocrine Society Guidelines state that only "[mental health professionals] who ha[ve] training/experience in child and adolescent gender development (as well as child and adolescent psychopathology) should make the diagnosis," which usually includes "a complete psychodiagnostic assessment." (Hembree, et al., 2017, at 3877).  It further provides that

because gender dysphoria "may be accompanied with psychological or psychiatric problems" it is necessary that clinicians involved in diagnosis and psychosocial assessment meet specific competency requirements and that they undertake or refer for appropriate psychological or psychiatric treatment. *Id.*, at 3876. And "in cases in which severe psychopathology" "interfere[s] with diagnostic work or make[s] satisfactory treatment unlikely, clinicians should assist the adolescent in managing these other issues." *Id*.

81.     In other words, gender-affirming medical interventions for adolescents are prescribed and provided only after a comprehensive psychosocial assessment by a qualified mental health professional who (i) assesses for the diagnosis of gender dysphoria and any other co-occurring diagnoses, (ii) ensures the child can assent and the parents/guardians can consent to the relevant intervention after a thorough review of the risks, benefits and alternatives of the intervention, and (iii) if co-occurring mental health conditions are present, that they do not interfere with the accuracy of the diagnosis of gender dysphoria or impair the ability of the adolescent to assent to care (Coleman, et al., 2022; Hembree, et al., 2017).

82.     For assessing an adult for gender-affirming medical care, WPATH SOC 8 states that the health professional should be licensed and trained in identifying gender dysphoria as well as co-existing mental health and psychosocial concerns, and that medical or surgical treatment should only be recommended when "gender incongruence is marked and sustained," when there is capacity for consent, when other conditions that might affect outcomes have been assessed, and when diagnostic criteria for Gender Dysphoria of DSM 5-TR (in the US) or Gender Incongruence of ICD-11(outside the US) are met.

83.     Before gender affirming medical care is provided to a patient, the WPATH SOC 8 recommends that impacts of care on fertility, and fertility preservation options be discussed thoroughly with the patient, and in the case of a minor, with parents or guardians.

**F.     Gender-Affirming Medical Care for Is Safe and Effective.**

84.     There is a substantial body of research and clinical evidence that gender-affirming medical care is effective in treating gender dysphoria.  This evidence includes scientific studies assessing mental health outcomes for transgender people who are treated with these interventions, including adolescents, and decades of clinical experience, including my own.

85.     The research and studies supporting the necessity, safety, and effectiveness of medical and surgical care for gender dysphoria are the same type of evidence that the medical community routinely relies upon when treating other medical conditions.

86.     Medical treatment for gender dysphoria has been studied for over half a century, and there is substantial evidence that these interventions improve quality of life and measures of mental health.[1]  These studies have looked at the positive impact of puberty-delaying medications,[2]

---

[1] *See, e.g.*, Dopp, et al., 2024; Aldridge, et al., 2021; Almazan, et al., 2021; Baker, et al., 2021; Murad, et al., 2010; Nobili, et al., 2018; Pfafflin & Junge, 1998; T'Sjoen et al. 2019; van de Grift et al., 2018; White Hughto and Reisner, 2016; Wierckx et al., 2014; Cornell, What We Know, 2018.

[2] Studies documenting the positive of puberty-delaying medications include, among others: McGregor, et al., 2024; Turban, et al., 2020; Achille, et al., 2020; Costa, et al., 2015; and de Vries, et al., 2011.

EXPERT DECLARATION OF DR. DAN H. KARASIC, M.D.

gender-affirming hormones (in adolescents[3] and adults[4]), and gender affirming chest surgery in adolescents and young adults[5] on gender dysphoria, mental health, and quality of life.

87.    The studies on gender-affirming medical care for adolescents and adults with gender dysphoria are consistent with decades of clinical experience of mental health providers across the U.S. and around the world.  At professional conferences and other settings in which I interact with colleagues, clinicians I meet report that gender-affirming medical care, for those for whom it is indicated, provides great clinical benefit.  In my over 30 years of clinical experience treating gender dysphoric patients, including more than 20 years working with adolescents, I have seen first-hand the benefits of gender-affirming medical care on my patients' health and well-being. I have seen many patients show improvement in mental health, as well as in performance in school, in social functioning with peers, and in family relationships when they experience relief from gender dysphoria with gender-affirming medical care.

88.    Claims that the risks outweigh the benefits of medical treatment are without foundation.  The benefits of medical treatment, and risks of withholding care, for transgender youth and young adults with gender dysphoria are clear, as described and referenced above.  In addition, a treating doctor will not offer gender-affirming medical treatments unless they have concluded after weighing the risks and benefits of care that treatment is appropriate.  The risks and benefits of care are discussed with patients, and in the case of a minor, the minor's parents, who must consent

---

[3] Studies documenting the positive impact of gender-affirming hormones in adolescents include, among others: Chelliah, et al., 2024; Chen, et al., 2023; Turban, et al., 2022; Achille, et al., 2020; Allen, et al., 2019.

[4] Studies documenting the positive impact of gender-affirming hormones in adults include, among others: Shelemy, et al., 2024; Nguyen, et al., 2018; Oda, et al., 2018; Turan, et al., 2018; Fisher, et al., 2016; Keo-Meier, et al., 2015; Colizzi, et al., 2014; Colizzi, et al., 2013.

[5] Studies documenting the positive impact of gender-affirming chest surgery in adolescents and young adults include, among others: Boskey, et al., 2023; Ascha, et al., 2022; Mehringer, et al., 2021; and Olson-Kennedy, et al., 2018.

EXPERT DECLARATION OF DR. DAN H. KARASIC, M.D.

to treatment, while the minor provides assent.  This process is no different than the informed consent process for other treatments that parents routinely consent to on behalf of their minor children.  However, for gender-affirming medical care, there is the additional safeguard of the assessment by a mental health professional, who, in addition to diagnosing gender dysphoria, also assesses a patient's capacity to assent to treatment and ability to understand the risks and benefits of treatment.  Indeed, SOC 8 notes that mental health professionals are the best positioned practitioners to conduct these assessments for adolescents and also recommends, for all patients, that a mental health professional address any mental health issues that may interfere with a patient's ability to consent prior to the initiation of gender-affirming care.

89.    Gender-affirming medical interventions provided in accordance with the WPATH SOC 8 and Endocrine Society Guidelines are widely recognized in the medical community as safe, effective, and medically necessary for many adolescents and adults with gender dysphoria.  (*See*, *e.g.*, the American Psychological Association, 2024 and 2021; American Academy of Pediatrics, 2018 (reaffirmed in 2023); the American Medical Association, 2021; the Pediatric Endocrine Society, 2021; the American College of Obstetricians and Gynecologists, 2021; the Endocrine Society, 2020; the American Academy of Family Physicians, 2020; the American Psychiatric Association, 2018; and WPATH, 2022).

90.    For all these reasons, I am aware of no basis in medicine or science for barring the provision of gender-affirming medical care as treatment for adolescents or adults with gender dysphoria.

22

### G.    EO 14187 Is Based on Misperceptions and Misinformation.

91.    A few misperceptions or pieces of misinformation have motivated efforts to ban this evidence-based, safe, and effective medical treatment for transgender adolescents and young adults.

92.    One misperception that animates EO 14187 is the false claim that for most youth, gender dysphoria will resolve on its own, making gender affirming medical interventions unnecessary, and causing people to regret the gender affirming medical care that they received. These claims are inaccurate and are often in reference to a body of literature sometimes referred to as "desistance" studies, that found that many pre-pubertal children diagnosed with "Gender Identity Disorder in Children" (a precursor diagnosis to "Gender Dysphoria in Children" in the DSM-III-R and DSM-IV) identified with their sex assigned at birth at a later follow up. But while there are a number of pre-pubertal children who demonstrate an interest or preference for clothing, toys, and games that are stereotypically of interest to members of the "other" gender, some of these children are transgender and some are not. Reliance on this research is therefore misplaced for two reasons.

93.    The first reason is that the children who were the subject of these research endeavors in the late 20th century included both children who are transgender and children who are not. The diagnostic criteria for "Gender Identity Disorder in Children" were different from the diagnostic criteria for "Gender Dysphoria in Children" in meaningful ways that result in the desistance studies grossly overestimating the rate of desistance. "Gender Identity Disorder in Children" did not require identification with a gender other than the one assigned to the person at birth. A diagnosis could be made solely on the basis of gender atypical behavior, such as a boy who prefers playing with dolls and dress-up. This means that a child could be diagnosed with Gender Identity Disorder without ever having a transgender identity and, therefore, any study that

23

selected subjects based on this diagnosis could include individuals who never had a gender identity that differed from the sex they were assigned at birth. This problem with the diagnosis was remedied with the DSM-5 diagnosis of "Gender Dysphoria in Children," which requires a child to have "a strong desire to be of the other gender or an insistence that one is the other gender (or some alternative gender different from one's assigned gender)." (*See also* Zucker, et al., 2013 (noting that the change in the diagnostic criteria was meant to eliminate "false positives")). Under this updated diagnosis, a child could not be diagnosed based solely on gender atypical behavior without identifying as a different sex than the one assigned at birth. Because the desistance studies were all conducted prior to the DSM-5, a child did not need to have a transgender identity to be included in the study. Additionally, in several of these studies, many of the children did not even meet the looser criteria (or were "sub-threshold") for the Gender Identity Disorder diagnosis but were nevertheless included in the studies based on parents bringing the youth to the gender clinic due to the parents' anxiety about the gender atypical behavior of their children, usually designated male at birth.

94.    It is not surprising that many children in these studies did not identify as transgender at follow-up as these children were never transgender and never identified with a gender different from their assigned sex at birth when enrolled in the studies. In fact, the cohorts from UCLA and Toronto in those studies were all or largely *prepubertal* boys who engaged in feminine behavior, leading their parents in the 1960's, 1970's, and 1980's to bring them to clinical attention before they came out as gay or bisexual. By contrast, the one large modern American study of pre-pubertal children who were using a pronoun other than one that aligned with their sex assigned at birth, found that only 2.5% of them later identified as cisgender. (Olson, et al., 2022). Simply put, these are different populations of gender diverse children with different trajectories.

95.    The second reason why reliance on "desistance" studies is misplaced is because the desistance studies focus only on pre-pubertal children.  Whatever conclusions can be drawn from them about the likelihood of persistence of gender dysphoria in pre-pubertal children, which again is uncertain given the diagnostic limitations identified above, data indicates that once youth reach the beginning of puberty with a persistent transgender identity, desistance is rare.  (DeVries, et al., 2011; Wiepjies, et al., 2018; Brik, et al., 2020; Cavve, et al., 2024).  This data is consistent with clinical experience.  In fact, the Amsterdam and Toronto gender centers that published the desistance data on pre-pubertal children referenced above provided medical interventions to youth whose gender dysphoria persisted into adolescence.  (Zucker, et al., 2010; DeVries, et al., 2014).  Because no medical treatments are used prior to adolescence, the persistence and desistance rates of pre-pubertal children do not inform the decision whether or not to initiate gender affirming medical treatments in adolescents.

96.    EO 14187 claims that "[c]ountless children soon regret that they have been mutilated," in reference to gender-affirming medical interventions.  This statement inappropriately compares this well-established care to mutilation.  Mutilation is not part of nor related to gender affirming medical care, however. Gender affirming medical interventions in minors, which are provided to treat the medical condition of gender dysphoria, primarily encompass medications in the form puberty blockers and hormones. Some transgender male older adolescents may need and obtain chest surgery to reduce breast tissue and masculinize the chest. This surgery is much more commonly performed on cisgender boys who have unwanted excess breast tissue (gynecomastia), than on transgender males, however.  For example, Dai, et al. (2024) recently found that of the minors who had these surgeries, 97% were cisgender adolescent males and only 3% were transgender adolescent minors. Genital surgery is exceedingly rarely

performed in transgender minor adolescents, and in such extremely rare circumstances it is usually on an adolescent young woman who is 17 years old and about to turn 18 and is undergoing treatment prior to going off to college so she can recover at home with her parents.

97.     In addition, regret among those who are treated with gender-affirming medical care is rare.  For example, in one study in the Netherlands, none of the youth who received puberty-delaying treatment, hormones, and surgery, and were followed over an 8-year period, expressed regret with regard to receiving their gender-affirming care.  (DeVries, 2014)  Zucker et al. (2010), summarizing key studies on outcomes for adolescents referred for surgery when they reached the age of majority in the Netherlands, states, "there was virtually no evidence of regret, suggesting that the intervention was effective."  These findings about regret being very rare are consistent with my observations in decades of clinical practice.

98.     Similarly, Cavve et al. (2024) examined the outcomes of 548 of the 552 youth referred to the pediatric gender clinic in Perth, Australia.  This study is exceptional in medical literature generally for the extremely high share of former patients the researchers were able to reach.  Of 196 youth who were started on puberty blockers or hormones, only 2 (1.0%) discontinued medical treatment because of reidentification with birth sex.

99.     Regret rates for gender-affirming surgery in adults (and chest surgery, for adolescents) are also very low.  A pooled review across multiple studies of 7,928 patients receiving gender-affirming surgery showed a regret rate of 1%.  (Bustos, et al., 2021; see also Dhejne, et al., 2014).

100.     And with regards to chest surgery for adolescents and young adults, a study of 209 gender-affirming mastectomies in transmasculine adolescents aged 12-17, performed at Kaiser Permanente Northern California from 2013 to 2020, showed a regret rate of 1%.  (Tang, et al.,

EXPERT DECLARATION OF DR. DAN H. KARASIC, M.D.

2022).  Likewise, a recent study found very high satisfaction and very little regret among those receiving gender-affirming mastectomy at one U.S. center following a longitudinal period ranging from 2 to 30 years. Bruce, et al. (2023), reported on 235 patients who had gender-affirming mastectomy at one center from 1990 to 2020. On a scale of 1.0-5.0, the median Satisfaction with Decision score in those who had surgery was 5.0. On a scale of 0.0-100.0, the median Decision Regret score was 0.0. These median scores are the highest satisfaction and lowest regret levels possible on the measures used.

101.    These are all very low regret rates for surgery.  A systematic review of regret after surgery found a very low regret rates for gender affirming mastectomy, lower than almost all other breast surgeries. (Thornton, et al., 2024).  Many other surgeries not related to gender affirming care had substantially higher regret rates, and there were higher regret rates for non-surgical major life decisions.  For example, 47% of women expressed at least some regret after reconstructive breast surgery following mastectomy for breast cancer.  (Sheehan, et al., 2008).

102.    Another misperception motivating EO 14187 is that medical treatment for gender dysphoria is not sufficiently supported because some of the evidence cited in support thereof is of "low quality."  But this misapprehends the purpose of the GRADE system and how evidence for medical interventions is evaluated.  GRADE criteria assign low quality scores to studies not performed by randomized, blinded clinical trials.  However, randomly selecting people to receive or not receive gender-affirming medical or surgical interventions is impossible, for practical and ethical reasons.  Additionally, the vast majority of medical interventions for all types of care (aside from gender-affirming medical care) are not supported by so-called "high quality" evidence, and systematic reviews of most medical interventions of all types show low or very low GRADE scores.  (Fleming, et al., 2016; Howick, et al., 2020).

27

EXPERT DECLARATION OF DR. DAN H. KARASIC, M.D.

103.    Ultimately, the body of evidence in the scientific and medical literature, as well as the decades of clinical experience with this medical care, demonstrates that gender-affirming medical care is well-established, safe, and effective, and is as robust if not more so than the body of evidence for other medical conditions.

**H.    Harms of Denying Gender-Affirming Care**

104.    The overarching goal of treatment is to eliminate the distress of gender dysphoria by aligning an individual patient's body and presentation with their gender identity.

105.    The denial of medically indicated care to transgender people with gender dysphoria not only results in the prolonging of their gender dysphoria, but causes additional distress and poses other health risks, such as depression, posttraumatic stress disorder, and suicidality.  In other words, lack of access to gender-affirming medical care directly contributes to poorer mental health outcomes for the affected patient population.  (Owen-Smith, et al., 2018).

106.    For patients for whom gender-affirming medical care is indicated, no alternative treatments have been demonstrated to be effective.  To the extent one proposed alternative is psychotherapeutic treatment to encourage identification with a person's assigned sex at birth, the American Psychological Association has stated that such efforts provide no benefit and instead do harm.  (APA, 2021).  Or if an alternative approach is to treat the worsening dysphoria only with therapy, that has not shown to be effective in any research.  (Dopp, et al., 2024). Psychotherapy is a critical treatment modality for many patients, but it does not address the underlying gender dysphoria, which when persistent can only be addressed by bringing a patient's body and sex characteristics into alignment with the patient's gender identity.

107.    I have had patients over the years who were unable to access gender-affirming medical care when it was clinically indicated, including in the years before this care was more

widely available, as well as minors who could not access care due to lack of parental consent. In many of these patients, delayed or denied care resulted in increased depression, anxiety, suicidal ideation and self-harm, increased substance use, and a deterioration in school performance. For patients with severe distress due to their gender dysphoria, psychotherapeutic approaches did not alleviate this distress absent medical intervention. Some of my patients had years of intensive mental health interventions, including long-term psychotherapy, without relief of gender dysphoria until receiving medical intervention.

## V.    CONCLUSION

108.    The accepted protocols for the treatment of transgender adolescents with gender dysphoria provide for mental health assessments, including of co-occurring conditions; criteria for eligibility for each treatment; and an informed consent process before medical interventions are initiated.

109.    EO 14187 prohibits medical institutions receiving federal funding from providing widely accepted, evidence-based medical treatments for gender dysphoria in adolescents. It thus seeks to prohibit the only treatments demonstrated to be effective for adolescents and young adults with gender dysphoria for whom gender-affirming medical care is indicated.

110.    Decades of medical research and clinical experience demonstrate that these medical treatments are safe, effective, and medically necessary to relieve gender dysphoria for many adolescents.

111.    Consistent with my first-hand clinical experience over decades of practice, denying gender-affirming medical care to adolescents for whom it is medically indicated puts them at risk of significant harm to their health and well-being, including heightened risk of depression and suicidality.

EXPERT DECLARATION OF DR. DAN H. KARASIC, M.D.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 10th day of February 2025.

Dan H. Karasic, M.D.

# **Exhibit A**

**University of California, San Francisco**
# CURRICULUM VITAE

**Name:**        Dan H. Karasic, MD

**Position:**      Professor Emeritus
Psychiatry
School of Medicine

Voice: 415-935-1511

Fax: 888-232-9336

## EDUCATION

| | | | |
|---|---|---|---|
| 1978 - 1982 | Occidental College, Los Angeles | A.B.; Summa Cum Laude | Biology |
| 1982 - 1987 | Yale University School of Medicine | M.D. | Medicine |
| 1987 - 1988 | University of California, Los Angeles | Intern | Medicine, Psychiatry, and Neurology |
| 1988 - 1991 | University of California, Los Angeles; Neuropsychiatric Institute | Resident | Psychiatry |
| 1990 - 1991 | University of California, Los Angeles; Department of Sociology | Postdoctoral Fellow | Research Training Program in Mental Health Services for Persons with AIDS |

## LICENSES, CERTIFICATION

| | |
|---|---|
| 1990 | Medical Licensure, California, License Number G65105 |
| 1990 | Drug Enforcement Administration Registration Number BK1765354 |
| 1993 | American Board of Psychiatry and Neurology, Board Certified in Psychiatry |

## PRINCIPAL POSITIONS HELD

| | | |
|---|---|---|
| 1991 - 1993 | University of California, San Francisco | Health Sciences Psychiatry Clincial Instructor |
| 1993 - 1999 | University of California, San Francisco | Health Sciences Psychiatry Assistant Clinical Professor |

| 1999 - 2005 | University of California, San Francisco | Health Sciences Psychiatry Associate Clinical Professor |
| 2005 - 2020 | University of California, San Francisco | Health Sciences Psychiatry Clinical Professor |
| 2020-present | University of California, San Francisco | Professor Emeritus of Psychiatry |

**OTHER POSITIONS HELD CONCURRENTLY**

| 1980 - 1980 | Associated Western Universities / U.S. Department of Energy | Honors Undergraduate Research Fellow | UCLA Medicine |
| 1981 - 1981 | University of California, Los Angeles; American Heart Association, California Affiliate | Summer Student Medicine Research Fellow | UCLA |
| 1986 - 1987 | Yale University School of Medicine; American Heart Association, Connecticut Affiliate | Medical Student Research Fellow | Psychiatry |
| 1990 - 1991 | University of California, Los Angeles | Postdoctoral Fellow | Sociology |
| 1991 - 2001 | SFGH Consultation-Liaison Service; AIDS Care | Attending Psychiatrist | Psychiatry |
| 1991 - 2001 | AIDS Consultation-Liaison Medical Student Elective | Course Director | Psychiatry |
| 1991 - present | UCSF Positive Health Program at San General Hospital (Ward 86) | HIV/AIDS Outpatient Psychiatrist | Psychiatry Francisco |
| 1991 - present | UCSF AHP (AIDS Health Project/Alliance Health Project) | HIV/AIDS Outpatient Psychiatrist | Psychiatry |
| 1994 - 2002 | St. Mary's Medical Center CARE Unit. The CARE Unit specializes in the care of patients with AIDS dementia. | Consultant | Psychiatry |
| 2001 - 2010 | Depression and Antiretroviral Adherence Study (The H.O.M.E. study: Health Outcomes of Mood Enhancement) | Clinical Director | Psychiatry and Medicine |
| 2003 - 2020 | Transgender Life Care Program and Clinic, Castro Mission Health | Psychiatrist Clinic | Dimensions Center Dimensions |
| 2013 - 2020 | UCSF Alliance Health Project, Co-lead, Transgender Team | Co-Lead and Psychiatrist | Psychiatry |

## HONORS AND AWARDS

| | | |
|---|---|---|
| 1981 | Phi Beta Kappa Honor Society | Phi Beta Kappa |
| 1990 | NIMH Postdoctoral Fellowship in Health Services for People with AIDS (1990-1991) | National Institute of Mental Health  Mental |
| 2001 | Lesbian Gay Bisexual Transgender Leadership Award, LGBT Task Force of the Cultural Competence and Diversity Program | SFGH Department of Psychiatry |
| 2006 | Distinguished Fellow | American Psychiatric Association |
| 2012 | Chancellor's Award for Leadership in LGBT Health | UCSF |
| 2023 | Alumni Seal Award for Achievement | Occidental College Professional |

## MEMBERSHIPS

1992 - present Northern California Psychiatric Society

1992 - present American Psychiatric Association

2000 - 2019 Bay Area Gender Associates (an organization of psychotherapists working with transgendered clients)

2001 - present World Professional Association for Transgender Health

## SERVICE TO PROFESSIONAL ORGANIZATIONS

| | | |
|---|---|---|
| 1981 - 1982 | The Occidental | News Editor |
| 1984 - 1985 | Yale University School of Medicine | Class President |
| 1989 - 1991 | Kaposi's Sarcoma Group, AIDS Project Los Angeles | Volunteer Facilitator |
| 1992 - 1996 | Early Career Psychiatrist Committee, Association of Gay Lesbian Psychiatrists | Chair and |
| 1992 - 1996 | Board of Directors, Association of Gay and Lesbian Psychiatrists | Member |
| 1993 - 1993 | Local Arrangements Committee, Association of Gay and Lesbian Psychiatrists | Chair |
| 1994 - 1995 | Educational Program, Association of Gay and Lesbian Psychiatrists, 1995 Annual Meeting | Director |
| 1994 - 1998 | Board of Directors, BAY Positives | Member |
| 1994 - 2020 | Committee on Lesbian, Gay, Bisexual and Transgender | Member |

Issues, Northern California Psychiatric Society

1995 - 1997  Board of Directors, Bay Area Young Positives. BAY   President
Positives is the nation's first community-based
organization providing psychosocial and recreational
services to HIV-positive youth

1995 - 1997  Executive Committee, Bay Area Young Positives.   Chair

1996 - 2004  Committee on Lesbian, Gay, Bisexual and Transgender      Chair  Issues,
Northern California Psychiatric Society

1998 - 2002      City of San Francisco Human Rights Commission,         Member  Lesbian,
Gay Bisexual Transgender Advisory Committee

2000 - 2004      Association of Gay and Lesbian Psychiatrists.      Vice President Responsible for
the organization's educational programs

2004 - 2005  Association of Gay and Lesbian Psychiatrists         President-elect

2005 - 2007  Caucus of Lesbian, Gay, and Bisexual Psychiatrists of the Chair   American
Psychiatric Association

2005 - 2007      Association of Gay and Lesbian Psychiatrists            President

2007 - 2009      Association of Gay and Lesbian Psychiatrists            Immediate Past
President

2009 - 2010  Consensus Committee for Revision of the Sexual and       Member
Gender Identity Disorders for DSM-V, GID of Adults
subcommittee. (Wrote WPATH recommendations as
advisory body to the APA DSM V Committee for the Sexual
and Gender Identity Disorders chapter revision.)

2010 - 2011  Scientific Committee, 2011 WPATH Biennial Symposium, Member Atlanta

2010 -2022 World Professional Association for Transgender Care          Member
Standards of Care Workgroup and Committee (writing seventh
and eighth revisions of the WPATH Standards of Care, which
is used internationally for transgender care.)

2010 - 2018      ICD 11 Advisory Committee, World Professional  Member  Association for
Transgender Health

2012 - 2014      Psychiatry and Diagnosis Track Co-chair, Scientific       Member Committee,
2014 WPATH Biennial Symposium, Bangkok

2014 - 2016      Scientific Committee, 2016 WPATH Biennial Symposium, Member Amsterdam

2014 - 2018      Board of Directors (elected to 4 year term), World       Member  Professional
Association for Transgender Health

2014 - 2018      Public Policy Committee, World Professional Association Chair for Transgender
Health

2014 - 2018       WPATH Global Education Initiative: Training providers  Trainer and and
specialty certification in transgender health          Steering

|  |  | Committee Member |
|---|---|---|
| 2014 - 2016 | American Psychiatric Association Workgroup on Gender Dysphoria | Member |
| 2016 - present | American Psychiatric Association Workgroup on Gender Dysphoria | Chair |
| 2016 | USPATH: Inaugural WPATH U.S. Conference, Los Angeles, 2017 | Conference Chair |

## SERVICE TO PROFESSIONAL PUBLICATIONS

2011 - present Journal of Sexual Medicine, reviewer

2014 - present International Journal of Transgenderism, reviewer

2016 - present LGBT Health, reviewer

## INVITED PRESENTATIONS - INTERNATIONAL

| 2009 | World Professional Association for Transgender Health, Oslo, Norway | Plenary Session Speaker |
|---|---|---|
| 2009 | World Professional Association for Transgender Health, Oslo, Norway | Symposium Speaker |
| 2009 | Karolinska Institutet, Stockholm Sweden | Invited Lecturer |
| 2012 | Cuban National Center for Sex Education (CENESEX), Havana, Cuba | Invited Speaker |
| 2013 | Swedish Gender Clinics Annual Meeting, Stockholm, Sweden | Keynote Speaker |
| 2013 | Conference on International Issues in Transgender care, United Nations Development Programme - The Lancet, Beijing, China | Expert Consultant |
| 2014 | World Professional Association for Transgender Health, Bangkok, Thailand | Track Chair |
| 2014 | World Professional Association for Transgender Health, Bangkok, Thailand | Invited Speaker |
| 2014 | World Professional Association for Transgender Health, Bangkok, Thailand | Invited Speaker |
| 2015 | European Professional Association for Transgender Health, Ghent, Belgium | Invited Speaker |
| 2015 | European Professional Association for Transgender Health, Ghent, Belgium | Symposium Chair |
| 2015 | Israeli Center for Human Sexuality and Gender Identity, Tel Aviv | Invited Speaker |
| 2016 | World Professional Association for Transgender Health, Amsterdam | Symposium Chair |
| 2016 | World Professional Association for Transgender Health, Amsterdam | Invited Speaker |

| 2016 | World Professional Association for Transgender Health, Invited Speaker Amsterdam    2017 |
| | Brazil Professional Association for Transgender Health,   Sao Paulo |

| 2017 | Vietnam- United Nations Development Programme Asia Transgender Health Conference, Hanoi |

| 2018 | United Nations Development Programme Asia Conference on Transgender Health and Human Rights, Bangkok |

| 2018 | World Professional Association for Transgender Health, Invited Speaker Buenos Aires |

| 2021 | Manitoba Psychiatric Association, Keynote Speaker |

| 2022 | World Professional Association for Public Health, invited speaker, Montreal |

## INVITED PRESENTATIONS - NATIONAL

| 1990 | Being Alive Medical Update, Century Cable Television | Televised Lecturer |
| 1992 | Institute on Hospital and Community Psychiatry, Toronto  Symposium Speaker |
| 1992 | Academy of Psychosomatic Medicine Annual Meeting, San Diego | Symposium Speaker |
| 1994 | American Psychiatric Association 150th Annual Meeting, Philadelphia | Workshop Chair |
| 1994 | American Psychiatric Association 150th Annual Meeting, Philadelphia | Workshop Speaker |
| 1994 | American Psychiatric Association 150th Annual Meeting, Philadelphia | Paper Session Co-chair |
| 1995 | Spring Meeting of the Association of Gay and Lesbian Psychiatrists, Miami Beach | Symposium Chair |
| 1996 | American Psychiatric Association 152nd Annual Meeting, New York | Workshop Speaker |
| 1997 | American Psychiatric Association Annual Meeting, San Diego | Workshop Speaker |
| 1997 | Gay and Lesbian Medical Association Annual | Invited Speaker Symposium |
| 1998 | American Psychiatric Association Annual Meeting, Toronto | Workshop Chair |
| 1998 | American Psychiatric Association Annual Meeting, Toronto | Workshop Chair |

| 1998 | American Psychiatric Association Annual Meeting, Toronto | Media Session Chair |
| 1998 | American Psychiatric Association Annual Meeting, Toronto | Media Session Chair |
| 1999 | American Psychiatric Association Annual Meeting, Washington, D.C. | Symposium Chair |
| 1999 | American Psychiatric Association Annual Meeting, Washington, D.C. | Symposium Presenter |
| 1999 | American Psychiatric Association Annual Meeting, Washington, D.C. | Workshop Chair |
| 2000 | American Psychiatric Association Annual Meeting, Chicago | Workshop Chair |
| 2000 | National Youth Leadership Forum On Medicine, University of California, Berkeley | Invited Speaker |
| 2001 | American Psychiatric Association Annual Meeting, New Orleans | Workshop Chair |
| 2001 | American Psychiatric Association Annual Meeting, New Orleans | Media Program Chair |
| 2001 | Association of Gay and Lesbian Psychiatrists    Chair Symposium, New Orleans | |
| 2001 | Harry Benjamin International Gender Dysphoria Association Biennial Meeting, Galveston, Texas | Invited Speaker |
| 2002 | American Psychiatric Association Annual Meeting, Philadelphia | Media Program Chair |
| 2002 | American Psychiatric Association Annual Meeting, Philadelphia | Workshop Chair |
| 2002 | American Psychiatric Association Annual Meeting, Philadelphia | Workshop Chair |
| 2003 | Association of Gay and Lesbian Psychiatrists CME | Chair Conference |
| 2003 | American Psychiatric Association Annual Meeting, San Francisco | Symposium Chair |
| 2003 | American Psychiatric Association Annual Meeting, San Francisco | Symposium Co-Chair |
| 2003 | American Psychiatric Association Annual Meeting, San Francisco | Workshop Chair |
| 2003 | American Public Health Association Annual Meeting, San Francisco | Invited Speaker |
| 2004 | Mission Mental Health Clinic Clinical Conference | Invited Speaker |

| | | |
|---|---|---|
| 2004 | Association of Gay and Lesbian Psychiatrists Conference, New York | Co-Chair |
| 2004 | Mental Health Care Provider Education Program: Los Angeles. Sponsored by the American Psychiatric Association Office of HIV Psychiatry | Invited Speaker |
| 2005 | American Psychiatric Association Annual Meeting, Atlanta | Workshop Speaker |
| 2005 | Association of Gay and Lesbian Psychiatrists Saturday Symposium | Invited Speaker |
| 2008 | Society for the Study of Psychiatry and Culture, San Francisco | Invited Speaker |
| 2009 | American Psychiatric Association Annual Meeting, San Francisco | Symposium Speaker |
| 2011 | National Transgender Health Summit, San Francisco | Invited Speaker |
| 2011 | National Transgender Health Summit, San Francisco | Invited Speaker |
| 2011 | American Psychiatric Association Annual Meeting, Honolulu, HI | Symposium Chair |
| 2011 | American Psychiatric Association Annual Meeting, Honolulu, HI | Symposium Speaker |
| 2011 | World Professional Association for Transgender Health Conference, Atlanta, GA | Invited Speaker Biennial |
| 2011 | World Professional Association for Transgender Health Conference, Atlanta, GA | Invited Speaker Biennial |

|      |                                                                                            | Invited Speaker |
|------|--------------------------------------------------------------------------------------------|-----------------|
| 2011 | World Professional Association for Transgender Health Biennial Conference, Atlanta, GA      |                 |
| 2011 | Institute on Psychiatric Services, San Francisco                                           | Invited Speaker |
| 2012 | Gay and Lesbian Medical Association Annual Meeting                                          | Invited Speaker |
| 2013 | National Transgender Health Summit, Oakland, CA                                             | Invited Speaker |
| 2013 | National Transgender Health Summit, Oakland, CA                                             | Invited Speaker |
| 2013 | National Transgender Health Summit, Oakland, CA                                             | Invited Speaker |
| 2013 | American Psychiatric Association Annual Meeting, San Francisco                              | Invited Speaker |
| 2013 | Gay and Lesbian Medical Association, Denver, CO                                             | Invited Speaker |
| 2014 | American Psychiatric Association Annual Meeting, New York                                   | Invited Speaker |
| 2014 | Institute on Psychiatric Services, San Francisco                                           | Moderator       |
| 2014 | Institute on Psychiatric Services, San Francisco                                           | Invited Speaker |
| 2014 | Institute on Psychiatric Services, San Francisco                                           | Invited Speaker |
| 2015 | National Transgender Health Summit, Oakland, CA                                             | Invited Speaker |
| 2015 | National Transgender Health Summit, Oakland, CA                                             | Invited Speaker |
| 2015 | American Psychiatric Association Annual Meeting, Toronto                                    | Workshop Speaker |
| 2015 | American Psychiatric Association Annual Meeting, Toronto                                    | Course Faculty  |
| 2016 | American Psychiatric Association Annual Meeting                                             | Course Faculty  |
| 2016 | World Professional Association for Transgender Health Global Education Initiative, Atlanta  | Course Faculty  |
| 2016 | World Professional Association for Transgender Health Global Education Initiative, Springfield, MO | Course Faculty |
| 2016 | World Professional Association for Transgender Health Global Education Initiative, Fort Lauderdale, FL | Course Faculty |
| 2017 | World Professional Association for Transgender Health, GEI, Los Angeles                     | Course Faculty  |
|      | World Professional Association for Transgender Health                                       |                 |

Surgeon's Training, Irvine, CA Course Faculty

2017            American Urological Association Annual Meeting, San Francisco CA
                                                    Invited Speaker

2018            World Professional Association for Transgender Health GEI, Portland OR,
                Course Faculty

2018            World Professional Association for Transgender Health GEI, Palm Springs,
                Course Faculty

2019            American Society for Adolescent Psychiatry Annual Meeting, San Francisco,
                Speaker

2019             American Psychiatric Association Annual Meeting, San Francisco, Session
                Chair

2020             Psychiatric Congress, Invited Speaker

2022             World Professional Association for Transgender Health, Montreal, invited
                 speaker

2023             National Transgender Health Summit, San Francisco, invited speaker

2023            American Psychiatric Association Annual Meeting, San Francisco,      invited
                speaker

2023`           US Professional Association for Transgender Health, speaker

2024            World Professional Association for Transgender Health, Lisbon

## INVITED PRESENTATIONS - REGIONAL AND OTHER INVITED PRESENTATIONS

1990            Advanced Group Therapy Seminar, UCLA          Invited Lecturer
                Neuropsychiatric Institute

1991            Joint Project of the Southern California AIDS Interfaith     Symposium
                Council and UCLA School of Medicine                            Speaker

1991            Joint Project of the Southern California AIDS Interfaith    Workshop Panelist
                Council and UCLA School of Medicine

1992            Advanced Group Therapy Seminar, UCLA          Invited Lecturer
                Neuropsychiatric Institute

1993            UCSF School of Nursing  Invited Lecturer

1995            UCSF/SFGH Department of Medicine Clinical Care        Invited Speaker
                Conference

1996            UCSF School of Nursing  Invited Speaker

| | | Invited Speaker |
|---|---|---|
| 1996 | Psychopharmacology for the Primary Care AIDS/Clinician, Invited Lecturer series of four lectures, UCSF Department of Medicine | |
| 1996 | UCSF AIDS Health Project Psychotherapy Internship Training Program | |
| 1996 | UCSF/SFGH Department of Medicine AIDS Quarterly Update | Invited Speaker |
| 1996 | San Francisco General Hospital, Division of Addiction Medicine | Invited Speaker |
| 1996 | UCSF Langley Porter Psychiatric Hospital and Clinics Rounds | Invited Speaker Grand |
| 1997 | UCSF School of Nursing  Invited Speaker | |
| 1997 | UCSF Department of Medicine AIDS Program | Invited Speaker |
| 1997 | Northern California Psychiatric Society Annual Meeting, Monterey | Workshop Speaker |
| 1997 | San Francisco General Hospital Department of Psychiatry Invited Speaker Grand Rounds | |
| 1997 | San Francisco General Hospital Department of Psychiatry Invited Speaker Grand Rounds | |
| 1997 | Northern California Psychiatric Society LGBT Committee  Chair Fall Symposium | |
| 1997 | Progress Foundation, San Francisco       Invited Speaker | |
| 1998 | San Francisco General Hospital Department of Psychiatry Invited Speaker Grand Rounds | |
| 1999 | Northern California Psychiatric Society Annual Meeting,  Invited Speaker  Santa Rosa | |
| 1999 | Northern California Psychiatric Society Annual Meeting,  Invited Speaker  Santa Rosa | |
| 1999 | University of California, Davis, Department of Psychiatry  Invited Speaker Grand Rounds | |
| 1999 | California Pacific Medical Center Department of  Invited Speaker Psychiatry Grand Rounds | |
| 1999 | San Francisco General Hospital Department of Psychiatry Discussant Departmental Case Conference | |
| 2000 | Langley Porter Psychiatric Hospital and Clinics       Invited Speaker Consultation Liaison Seminar | |
| 2000 | San Francisco General Hospital, Psychopharmacology  Invited Speaker Seminar | |

| | | |
|---|---|---|
| 2000 | UCSF Transgender Health Conference, Laurel Heights Conference Center | Invited Speaker |
| 2000 | Psychiatry Course for UCSF Second Year Medical Students | Invited Lecturer |
| 2000 | Community Consortium Treatment Update Symposium, California Pacific Medical Center, Davies Campus | Invited Speaker |
| 2000 | San Francisco General Hospital Department of Psychiatry Grand Rounds | Invited Speaker |
| 2001 | Psychiatry Course for UCSF Second Year Medical Students | Invited Lecturer |
| 2003 | Tom Waddell Health Center Inservice | Invited Speaker |
| 2003 | San Francisco Veterans Affairs Outpatient Clinic | Invited Speaker |
| 2004 | San Francisco General Hospital Psychiatric Emergency Service Clinical Conference | Invited Speaker |
| 2004 | South of Market Mental Health Clinic, San Francisco | Invited Speaker |
| 2005 | Northern Psychiatric Psychiatric Society Annual Meeting | Invited Speaker |
| 2005 | Equality and Parity: A Statewide Action for Transgender Prevention and Care, San Francisco | Invited Speaker HIV |
| 2005 | San Francisco General Hospital Department of Psychiatry Grand Rounds. | Invited Speaker |
| 2006 | SFGH/UCSF Department of Psychiatry Grand Rounds | Invited Speaker |
| 2007 | UCSF Department of Medicine, HIV/AIDS Grand Rounds, Positive Health Program | Invited Speaker |
| 2007 | California Pacific Medical Center LGBT Health San Francisco LGBT Community Center | Invited Speaker Symposium, |
| 2007 | UCSF CME Conference, Medical Management of HIV/AIDS, Fairmont Hotel, San Francisco | Invited Speaker |
| 2008 | UCSF Department of Medicine, Positive Health Program, HIV/AIDS Grand Rounds | Invited Speaker |
| 2008 | San Francisco General Hospital Psychiatry Grand Rounds | Invited Speaker |
| 2008 | UCSF CME Conference, Medical Management of HIV/AIDS, Fairmont Hotel, San Francisco | Invited Speaker |
| 2010 | Northern California Psychiatric Society Annual Meeting, Monterey, CA | Invited Speaker |
| 2011 | Transgender Mental Health Care Across the Life Span, Stanford University | Invited Speaker |
| 2011 | San Francisco General Hospital Department of Psychiatry Grand Rounds | Invited Speaker |

| | | | Invited Speaker |
|---|---|---|---|
| 2012 | UCSF AIDS Health Project | Invited Speaker 2012 San Francisco Veterans Affairs Medical Center. | |
| 2013 | Association of Family and Conciliation Courts Conference, Invited Speaker Los Angeles, CA | | |
| 2014 | UCSF Transgender Health elective | Invited Speaker | |
| 2014 | UCSF Department of Psychiatry Grand Rounds | Invited Speaker | |
| 2014 | California Pacific Medical Center Department of  Invited Speaker Psychaitry Grand Rounds | | |
| 2014 | UCLA Semel Institute Department of Psychiatry Grand  Invited Speaker Rounds | | |
| 2015 | UCSF Transgender Health elective | Invited Speaker | |
| 2015 | Fenway Health Center Boston, MA (webinar) | Invited Speaker | |
| 2015 | Transgender Health Symposium, Palm Springs | Invited Speaker | |
| 2015 | Transgender Health Symposium, Palm Springs | Co-Chair | |
| 2015 | Santa Clara Valley Medical Center Grand Rounds | Invited Speaker | |
| 2016 | UCSF School of Medicine Transgender Health elective  Invited Speaker | | |
| 2016 | Langley Porter Psychiatric Institute APC Case Conference Invited Speaker (2 session series) | | |
| 2016 | Zuckerberg San Francisco General Department of Psychiatry Grand Rounds | Invited Speaker | |
| 2016 | UCSF Mini-Medical School Lectures to the Public | Invited Speaker | |
| 2021 | Los Angeles County Department of Mental Health, Invited Speaker | | |
| 2023 | Alameda County Department of Behavioral Health, Invited Speaker | | |


## CONTINUING EDUCATION AND PROFESSIONAL DEVELOPMENT ACTIVITIES

| | |
|---|---|
| 2005 | Northern California Psychiatric Society |
| 2005 | Northern California Psychiatric Society Annual Meeting, Napa |
| 2005 | Association of Gay and Lesbian Psychiatrist Annual Conference |
| 2006 | Annual Meeting, American Psychiatric Association, Atlanta |
| 2006 | Annual Meeting, American Psychiatric Association, Toronto |
| 2006 | Institute on Psychiatric Services, New York |
| 2007 | Association of Gay and Lesbian Psychiatrists Annual Conference |

| | |
|---|---|
| 2007 | American Psychiatric Association Annual Meeting, San Diego |
| 2007 | The Medical Management of HIV/AIDS, a UCSF CME Conference |
| 2008 | Society for the Study of Psychiatry and Culture, San Francisco |
| 2009 | American Psychiatric Association, San Francisco |
| 2009 | World Professional Association for Transgender Health, Oslo, Norway |
| 2010 | Annual Meeting of the Northern California Psychiatric Society, Monterey, CA |
| 2011 | Transgender Mental Health Care Across the Life Span, Stanford University |
| 2011 | National Transgender Health Summit, San Francisco |
| 2011 | American Psychiatric Association Annual Meeting, Honolulu, HI |
| 2011 | World Professional Association for Transgender Health Biennial Conference, Atlanta, GA |
| 2011 | Institute on Psychiatric Services, San Francisco |
| 2012 | Gay and Lesbian Medical Association Annual Meeting, San Francisco |
| 2013 | National Transgender Health Summit, Oakland, CA |
| 2013 | American Psychiatric Association Annual Meeting, San Francisco |
| 2013 | Gay and Lesbian Medical Association, Denver, CO |
| 2014 | American Psychiatric Association Annual Meeting, New York |
| 2014 | Institute on Psychiatric Services, San Francisco |
| 2015 | European Professional Association for Transgender Health, Ghent, Belgium |
| 2015 | National Transgender Health Summit, Oakland |
| 2015 | American Psychiatric Association Annual Meeting, Toronto |
| 2016 | American Psychiatric Association Annual Meeting, Atlanta |
| 2016 | World Professional Association for Transgender Health, Amsterdam |

## GOVERNMENT AND OTHER PROFESSIONAL SERVICE

| | |
|---|---|
| 1998 - 2002 | City and County of San Francisco Human Rights  Member Commission LGBT Advisory Committee |

I am the chair of the American Psychiatric Association Workgroup on Gender Dysphoria, which developed a CME course fort the 2015  and 2016 APA Annual Meetings, and has an larger educational mission to train American psychiatrists to better care for transgender patients.  I have been leading education efforts in transgender health at APA meetings since 1998. On the APA Workgroup on Gender Dysphoria, I am a co-author of a paper of transgender issues that has been approved by the American Psychiatric Association as a resource document and is in press for the American Journal of Psychiatry.  I am also the sole author of the chapter on transgender care in the American Psychiatric Press's Clinical Manual of Cultural Psychiatry, Second Edition.

I have been active internationally in transgender health through my work as a member of the Board of Directors of the World Professional Association for Transgender Health. I am an author of the WPATH Standards of Care, Version 7, and am Chapter Lead for the Mental Health Chapter of  SOC 8.
I chaired of the WPATH Public Policy Committee and was a member of the Global Education Initiative, which developed a specialty certification program in transgender health. I helped plan the 2016 WPATH Amsterdam conference, and was on the scientific committee for the last four biennial international conferences. I was on the founding committee of USPATH, the national affiliate of WPATH, and I chaired the inaugural USPATH conference, in Los Angeles in 2017. As a member of the steering committee of the WPATH Global Educational Initiative, I helped train over 2000 health providers in transgender health, and helped develop a board certification program and examination in transgender health.

**UNIVERSITY SERVICE  UC SYSTEM AND MULTI-CAMPUS SERVICE**

1991 – 2003  HIV/AIDS Task Force  Member

1992 - 1993  HIV Research Group  Member

| | | |
|---|---|---|
| 1992 - 1997 | Space Committee | Member |
| 1992 -  2003 | Gay, Lesbian and Bisexual Issues Task Force | Member |
| 1994 - 1997 | SFGH Residency Training Committee | Member |
| 1996 - 1997 | Domestic Partners Benefits Subcommittee. | Chair |
| 1996 - 2000 | Chancellor's Advisory Committee on Gay, Lesbian, and Transgender Issues. | Member Bisexual |
| 1996 - 2003 | HIV/AIDS Task Force | Co-Chair |
| 1996 - 2003 | Cultural Competence and Diversity Program | Member |

2009 - present Medical Advisory Board, UCSF Center of Excellence for  Member Transgender Health

2010 - 2013 Steering Committee, Child Adolescent Gender Center          Member

2011 – 2017 Mental Health Track, National Transgender Health Summit Chair

## DEPARTMENTAL SERVICE

1991 - 2003 San Francisco General Hospital, Department of Psychiatry, Member  HIV/AIDS Task Force

1992 - 1993  San Francisco General Hospital, Department of Psychiatry, Member  HIV Research Group

1992 - 1997        San Francisco General Hospital, Department of Psychiatry, Member  Space Committee

1992 - 2003        San Francisco General Hospital, Department of Psychiatry, Member  GLBT Issues Task Force

1994 - 1997        San Francisco General Hospital, Department of Psychiatry, Member Residency Training Committee

1996 - 2003         San Francisco General Hospital, Department of Psychiatry, Member  Cultural Competence and Diversity Program

1996 - 2003        San Francisco General Hospital, Department of Psychiatry, Co-Chair HIV/AIDS Task Force

2012 - 2020 San Francisco Department of Public Health Gender  Member Competence Trainings Committee

2013 - 2020 San Francisco Department of Public Health Transgender        Member Health Implementation Task Force

2014 - 2020San Francisco General Hospital, Department of Psychiatry, Member  Transgender Surgery Planning Workgroup

## PEER REVIEWED PUBLICATIONS

1. Berliner JA, Frank HJL, **Karasic D**, Capdeville M. Lipoprotein-induced insulin resistance in aortic endothelium. Diabetes. 1984; 33:1039-44.

2. Bradberry CW, **Karasic DH**, Deutch AY, Roth RH. Regionally-specific alterations in mesotelencephalic dopamine synthesis in diabetic rats: association with precursor tyrosine. Journal of Neural Transmission. General Section, 1989; 78:221-9.

3. Targ EF, **Karasic DH**, Bystritsky A, Diefenbach PN, Anderson DA, Fawzy FI. Structured group therapy and fluoxetine to treat depression in HIV-positive persons. Psychosomatics. 1994; 35:132-7.

4. Karasic DH. Homophobia and self-destructive behaviors. The Northern California Psychiatric Physician. 1996; 37 Nov.-Dec. Reprinted by the Washington State Psychiatric Society and the Southern California Psychiatric Society newsletters.

5. Karasic D. Anxiety and anxiety disorders. Focus. 1996 Nov; 11(12):5-6. PMID: 12206111

6. Polansky JS, **Karasic DH**, Speier PL, Hastik KL, Haller E. Homophobia: Therapeutic and training considerations for psychiatry. Journal of the Gay and Lesbian Medical Association. 1997 1(1) 41-47.

7.  Karasic DH. Progress in health care for transgendered people. Editorial. Journal of the Gay and Lesbian Medical Association, 4(4) 2000 157-8.

8.  Perry S, **Karasic D**. Depression, adherence to HAART, and survival. Focus: A Guide to AIDS Research and Counseling. 2002 17(9) 5-6.

9.  Fraser L, **Karasic DH**, Meyer WJ, Wylie, K. Recommendations for Revision of the DSM Diagnosis of Gender Identity Disorder in Adults. International Journal of Transgenderism. Volume 12, Issue 2. 2010, Pages 80-85.

10. Coleman, E., Bockting, W., Botzer, M., Cohen-Kettenis, P., DeCuypere, G., Feldman, J., Fraser, L., Green, J., Knudson, G., Meyer, W., Monstrey, S., **Karasic D** and 22 others. (2011). Standards of Care for the Health of Transsexual, Transgender, and Gender Nonconforming People, 7th Version.  International Journal of Transgenderism, 13:165-232, 2011

11. Tsai AC, **Karasic DH**, et al. Directly Observed Antidepressant Medication Treatment and HIV Outcomes Among Homeless and Marginally Housed HIV-Positive Adults: A Randomized Controlled Trial. American Journal of Public Health. February 2013, Vol. 103, No. 2, pp. 308-315.

12. Tsai AC, Mimmiaga MJ, Dilley JW, Hammer GP, **Karasic DH**, Charlebois ED, Sorenson JL, Safren SA, Bangsberg DR. Does Effective Depression Treatment Alone Reduce Secondary HIV Transmission Risk? Equivocal Findings from a Randomized Controlled Trial. AIDS and Behavior, October 2013, Volume 17, Issue 8, pp 2765-2772.

13. **Karasic DH**. Protecting Transgender Rights Promotes Transgender Health. LGBT Health. 2016 Aug; 3(4):245-7. PMID: 27458863

14. Winter S, Diamond M, Green J, **Karasic D**, Reed T, Whittle S, Wylie K. Transgender people: health at the margins of society. Lancet. 2016 Jul 23;388(10042):390-400. doi: 10.1016/S0140-6736(16)00683-8. Review./> PMID: 27323925

15. Grelotti DJ, Hammer GP, Dilley JW, **Karasic DH**, Sorensen JL, Bangsberg DR, Tsai AC. Does substance use compromise depression treatment in persons with HIV? Findings from a randomized controlled trial. AIDS Care. 2016 Sep 2:1-7. [Epub ahead of print]/> PMID: 27590273

16. Strang JF, Meagher H, Kenworthy L, de Vries AL, Menvielle E, Leibowitz S, Janssen A, Cohen-Kettenis P, Shumer DE, Edwards-Leeper L, Pleak RR, Spack N, **Karasic DH**, Schreier H, Balleur A, Tishelman A, Ehrensaft D, Rodnan L, Kuschner ES, Mandel F, Caretto A, Lewis HC, Anthony LG.
    Initial Clinical Guidelines for Co-Occurring Autism Spectrum Disorder and Gender Dysphoria or Incongruence in Adolescents. J Clin Child Adolesc Psychol. 2016 Oct 24:1-11. [Epub ahead of print]/> PMID: 27775428

17. Milrod C, **Karasic DH**. Age Is Just a Number: WPATH-Affiliated Surgeons' Experiences and Attitudes Toward Vaginoplasty in Transgender Females Under 18 Years of Age in the United States. J Sex Med 2017;14:624–634.

18. William Byne, Dan H. Karasic, Eli Coleman, A. Evan Eyler, Jeremy D. Kidd, Heino F.L. Meyer-Bahlburg, Richard R. Pleak, and Jack Pula.Gender Dysphoria in Adults:

An Overview and Primer for Psychiatrists.Transgender Health.Dec 2018.57-A3.http://doi.org/10.1089/trgh.2017.0053

19. Identity recognition statement of the world professional association for transgender health (WPATH). International Journal of Transgenderism. 2018 Jul 3; 19(3):1-2. Knudson KG, Green GJ, Tangpricha TV, Ettner ER, Bouman BW, Adrian AT, Allen AL, De Cuypere DG, Fraser FL, Hansen HT, **Karasic KD**, Kreukels KB, Rachlin RK, Schechter SL, Winter WS, Committee and Board of Direct

20. **Karasic, DH** & Fraser, L  Multidisciplinary Care and the Standards of Care for Transgender and Gender Non-conforming Individuals. Schechter, L & Safa, B. (Eds.) Gender Confirmation Surgery, Clinics in Plastic Surgery Special Issue, Vol 45, Issue 3, pp 295-299. 2018 Elsevier,Philadelphia.  https://doi.org/10.1016/j.cps.2018.03.016

21. Milrod C, Monto M, **Karasic DH.** Recommending or Rejecting "the Dimple": WPATHAffiliated Medical Professionals' Experiences and Attitudes Toward GenderConfirming Vulvoplasty in Transgender Women. J Sex Med. 2019 Apr;16(4):586-595. doi:
10.1016/j.jsxm.2019.01.316. Epub 2019 Mar 2.

22. ICD-11 and gender incongruence of childhood: a rethink is needed. Lancet Child Adolesc Health. 2019 10; 3(10):671-673. Winter S, Ehrensaft D, Telfer M, T'Sjoen G, Koh J, Pickstone-Taylor S, Kruger A, Griffin L, Foigel M, De Cuypere G, **Karasic D**. PMID: 31439494.

23. Gender Dysphoria in Adults: An Overview and Primer for Psychiatrists. Focus (Am Psychiatr Publ). 2020 Jul; 18(3):336-350. Byne W, **Karasic DH**, Coleman E, Eyler AE, Kidd JD, Meyer-Bahlburg HFL, Pleak RR, Pula J. PMID: 33343244; PMCID: PMC7587914.

24.        WPATH Standards of Care for the Health of Transgender and Gender Diverse People,  Version 8. E. Coleman, A. E. Radix, W. P. Bouman, G. R. Brown, A. L. C. de Vries, M. B. Deutsch, R. Ettner, L. Fraser, M. Goodman, J. Green, A. B. Hancock, T. W. Johnson, **D. H. Karasic**… J. Arcelus (2022) Standards of Care for the Health of Transgender and Gender Diverse People, Version 8, International
Journal of Transgender Health, 23:sup1, S1-S259, DOI: 10.1080/26895269.2022.2100644

## BOOKS AND CHAPTERS

1. **Karasic DH**, Dilley JW.  Anxiety and depression: Mood and HIV disease.  In: The UCSF AIDS Health Project Guide to Counseling: Perspectives on Psychotherapy, Prevention, and Therapeutic Practice. Dilley JW and Marks R,  eds. Jossey-Bass. San Francisco, 1998,  pp.227-248.

2. **Karasic DH**, Dilley JW. Human immunodeficiency-associated psychiatric disorders. In: The AIDS Knowledge Base, Third Edition. Cohen PT, Sande MA, Volberding PA, eds. Lippincott-Williams &Wilkens, Philadelphia, 1999, pp. 577-584.

3. **Karasic DH** and Drescher J. eds.  Sexual and Gender Diagnoses of the Diagnostic and Statistical Manual (DSM): A Reevaluation. 2005. Haworth Press, Binghamton, NY. (Book Co-Editor)

4. **Karasic DH**. Transgender and Gender Nonconforming Patients. In: Clinical Manual of Cultural Psychiatry, Second Edition. Lim RF ed.  pp 397-410. American Psychiatric Publishing, Arlington VA. 2015.

5. **Karasic DH**. Mental Health Care of the Transgender Patient. In: Comprehensive Care of the Transgender Patient, Ferrando CA ed. pp. 8-11.  Elsevier, 2019.

6. **Karasic DH.** The Mental Health Assessment for Surgery. In: Gender Confirmation Surgery – Principles and Techniques for an Emerging Field. Schechter L ed. Springer Nature, in press 2019.


**OTHER PUBLICATIONS**

1. **Karasic DH**, Dilley JW. HIV-associated psychiatric disorders: Treatment issues.  In: Cohen P, Sande MA, Volberding P, eds., The AIDS  Knowledge Base. Waltham, MA: The Medical Publishing Group/ Massachusetts Medical Society. 1994. pp. 5.31-1-5.

2. **Karasic DH**, Dilley JW.  HIV-associated psychiatric disorders:  Clinical syndromes and diagnosis.  In:  Cohen P, Sande MA, Volberding P, eds., The AIDS  Knowledge Base, Second Edition. Waltham, MA: The Medical Publishing Group/Massachusetts Medical Society. 1994 pp. 5.30-1-5.

3. **Karasic DH**. A primer on transgender care. In: Gender and sexuality. The Carlat Report Psychiatry. April 2012. Vol 10, Issue 4.

4. **Karasic D and Ehrensaft D.** We must put an end to gender conversion therapy for kids. Wired. 7/6/15.


**EXPERT WITNESS AND CONSULTATION ON TRANSGENDER CARE AND RIGHTS**


2008  Consultant, California Department of State Hospitals

2012  Dugan v. Lake, Logan UT

2012 XY v. Ontario http://www.canlii.org/en/on/onhrt/doc/2012/2012hrto726/2012hrto726.html

2014 Cabading v California Baptist University

2014 CF v. Alberta
   http://www.canlii.org/en/ab/abqb/doc/2014/2014abqb237/2014abqb237.html

2017 United Nations Development Programme consultant, transgender health care and legal rights in the Republic of Vietnam; Hanoi.

2017- 2018 Forsberg v Saskatchewan; Saskatchewan Human Rights v Saskatchewan
https://canliiconnects.org/en/summaries/54130
https://canliiconnects.org/en/cases/2018skqb159

2018 United Nations Development Programme consultant, transgender legal rights in
Southeast Asia; Bangkok.

2018 Consultant, California Department of State Hospitals

2019, 2021 Consultant/Expert, Disability Rights Washington

2019, 2021 Consultant/Expert, ACLU Washington

2021 Consultant, California Department of Corrections and Rehabilitation

2021 Expert, Kadel v. Folwell, 1:19-cv-00272 (M.D.N.C.).

2021   Expert, Drew Glass v. City of Forest Park - Case No. 1:20-cv-914 (Southern
District Ohio)

2021-2022 Expert, Brandt et al v. Rutledge et al. 4:21-cv-00450 (E.D. Ark.)

2021-2022 Expert, Fain v. Crouch, 3:20-cv-00740 (S.D.W. Va.)

2022 Expert, C.P. v. Blue Cross Blue Shield of Illinois, No. 3:20-cv-06145-RJB (W.D. Wash.)

2022-3 Expert, Dekker, et al. v. Weida, et al., No. 4:22-cv-00325-RH-MAF

2019-2023 Expert, Disability Rights Washington v Washington State Department of
Corrections

2023 Expert, K.C. et al. v Individual Members of the Indiana Licensing Board, et al-  No. 1:23-
CV-595

2023 Expert, Doe, et al v Ladapo -No. 4:23-cv-00114-RH-MAF

2023 Expert, Doe et al v Thornbury -No. 3:23-cv-00230-DJH

2024 Expert Voe v Mansfield, *No. 1:23-CV-864-LCB-LPA*

2024 Expert *Boe v. Marshall, No. 2:22-cv-184-LCB (N.D. Ala.)*

2024 Expert *.B. v. Premera Blue Cross, No. 3:20-cv-06145-RJB (W.D. Wash.)*

2024 Expert *Misanin v. Wilson, No. 2:24-cv-04734-BHH (D.S.C.)*

# **<u>Exhibit B</u>**

# **BIBLIOGRAPHY**

Achille, C., Taggart, T., Eaton, N. R., Osipoff, J., Tafuri, K., Lane, A., & Wilson, T. A. (2020). Longitudinal impact of gender-affirming endocrine intervention on the mental health and well-being of transgender youths: preliminary results. *International journal of pediatric endocrinology*, *2020*, 8.

Aldridge, Z., Patel, S., Guo, B., Nixon, E., Bouman, W. P., Witcomb, G. L., & Arcelus, J. (2021). Long-term effect of gender-affirming hormone treatment on depression and anxiety symptoms in transgender people: A prospective cohort study. *Andrology*, 9(6), 1808-1816.

Allen, L. R., Watson, L. B., Egan, A. M., & Moser, C. N. (2019). Well-being and suicidality among transgender youth after gender-affirming hormones. *Clinical Practice in Pediatric Psychology, 7*(3), 302–311.

Almazan, A. N., & Keuroghlian, A. S. (2021). Association Between Gender-Affirming Surgeries and Mental Health Outcomes. *JAMA surgery*, 156(7), 611–618.

American Academy of Child and Adolescent Psychiatry (2019). Statement Responding to Efforts to ban Evidence-Based Care for Transgender and Gender Diverse Youth, https://www.aacap.org/AACAP/Latest_News/AACAP_Statement_Responding_to_Efforts-to_ban_Evidence-Based_Care_for_Transgender_and_Gender_Diverse.aspx.

American Academy of Family Physicians (2020). Care for the Transgender and Nonbinary Patient, www.aafp.org/about/policies/all/transgender-nonbinary.html.

American Academy of Pediatrics (2018). Policy Statement:  Ensuring Comprehensive Care and Support for Transgender and Gender Diverse Children and Adolescents, https://pediatrics.aappublications.org/content/142/4/e20182162.

American College of Obstetricians and Gynecologists (2021). Committee Opinion No. 823: Health Care for Transgender and Gender Diverse Individuals, https://www.acog.org/clinical/clinical-guidance/committee-opinion/articles/2021/03/health-care-for-transgender-and-gender-diverse-individuals.

American Medical Association. (2023). AMA Resolution: Clarification of Evidence-Based Gender-Affirming Care. https://policysearch.ama-assn.org/policyfinder/detail/gender%20affirming%20care?uri=%2FAMADoc%2FHOD-185.927.xml

American Medical Association. (2023). Issue Brief: Sex and gender in medical education: Best practices for sex and gender diversity in medical education. https://www.ama-assn.org/system/files/cme-issue-brief-sex-gender-medical-education.pdf

American Medical Association (2021). Letter to National Governor's Association , https://searchlf.ama-assn.org/letter/documentDownload?uri=%2Funstructured%2Fbinary%2Fletter%2FLETTERS%2F2021-4-26-Bill-McBride-opposing-anti-trans-bills-Final.pdf.

American Medical Association and GLMA (2019). Issue Brief: Health insurance coverage for gender-affirming care of transgender patients, https://www.ama-assn.org/system/files/2019-03/transgender-coverage-issue-brief.pdf.

American Psychiatric Association. (2022). Diagnostic and statistical manual of mental disorders (5th ed., text rev.). Arlington, VA: American Psychiatric Publishing.

American Psychiatric Association. (2013). Diagnostic and Statistical Manual of Mental Disorders (5th ed.). Arlington, VA: American Psychiatric Publishing.

American Psychiatric Association. (2020). Position Statement on Treatment of Transgender (Trans) and Gender Diverse Youth. https://www.psychiatry.org/getattachment/8665a2f2-0b73-4477-8f60-79015ba9f815/Position-Treatment-of-Transgender-Gender-Diverse-Youth.pdf

American Psychiatric Association (2018). Position Statement on Access to Care for Transgender and Gender Diverse Individuals, https://www.psychiatry.org/File%20Library/About-APA/Organization-Documents-Policies/Policies/Position-2018-Access-to-Care-for-Transgender-and-Gender-Diverse-Individuals.pdf.

American Psychological Association. (2024). APA Policy Statement on Affirming Evidence-Based Inclusive Care for Transgender, Gender Diverse, and Nonbinary Individuals, Addressing Misinformation, and the Role of Psychological Practice and Science. https://www.apa.org/about/policy/transgender-nonbinary-inclusive-care.pdf

American Psychological Association (2021). APA Resolution on Gender Identity Change Efforts, https://www.apa.org/about/policy/resolution-gender-identity-change-efforts.pdf.

American Psychological Association (2015). Guidelines for psychological practice with transgender and gender nonconforming people. *American Psychologist*, 70, 832-864.

Ascha, M., Sasson, D. C., Sood, R., Cornelius, J. W., Schauer, J. M., Runge, A., Muldoon, A. L., Gangopadhyay, N., Simons, L., Chen, D., Corcoran, J. F., & Jordan, S. W. (2022). Top Surgery and Chest Dysphoria Among Transmasculine and Nonbinary Adolescents and Young Adults. *JAMA pediatrics*, *176*(11), 1115–1122.

Baker, K. E., Wilson, L. M., Sharma, R., Dukhanin, V., McArthur, K., & Robinson, K. A. (2021). Hormone therapy, mental health, and quality of life among transgender people: A systematic review. *Journal of the Endocrine Society*, 5(4), 1-16.

Barrett D., Heale R. (2020). What are Delphi studies? *Evidence-Based Nursing*, 23:68-69.

Bauer, G. R., Scheim, A. I., Pyne, J., Travers, R., & Hammond, R. (2015). Intervenable factors associated with suicide risk in transgender persons: a respondent driven sampling study in Ontario, Canada. *BMC public health*, *15*, 525.

Boskey, E. R., Jolly, D., Kant, J. D., & Ganor, O. (2023). Prospective Evaluation of Psychosocial Changes After Chest Reconstruction in Transmasculine and Non-Binary Youth. *The Journal of adolescent health: official publication of the Society for Adolescent Medicine*, *73*(3), 503–509.

Brik, T., Vrouenraets, L. J. J. J., de Vries, M. C., & Hannema, S. E. (2020). Trajectories of Adolescents Treated with Gonadotropin-Releasing Hormone Analogues for Gender Dysphoria. *Archives of sexual behavior*, *49*(7), 2611–2618.

Bruce, L., Khouri, A. N., Bolze, A., Ibarra, M., Richards, B., Khalatbari, S., Blasdel, G., Hamill, J. B., Hsu, J. J., Wilkins, E. G., Morrison, S. D., & Lane, M. (2023). Long-Term Regret and Satisfaction With Decision Following Gender-Affirming Mastectomy. *JAMA surgery*, e233352. Advance online publication. https://doi.org/10.1001/jamasurg.2023.3352

Bustos, V. P., Bustos, S. S., Mascaro, A., Del Corral, G., Forte, A. J., Ciudad, P., Kim, E. A., Langstein, H. N., & Manrique, O. J. (2021). Regret after Gender-affirmation Surgery: A Systematic Review and Meta-analysis of Prevalence. *Plastic and reconstructive surgery. Global open*, *9*(3), e3477.

Byne, W., Karasic, D. H., Coleman, E., Eyler, A. E., Kidd, J. D., Meyer-Bahlburg, H. F. L., … Pula, J. (2018). Gender dysphoria in adults: An overview and primer for psychiatrists. *Transgender Health*, *3*(1), 57-70.

Cavve, B. S., Bickendorf, X., Ball, J., Saunders, L. A., Thomas, C. S., Strauss, P., Chaplyn, G., Marion, L., Siafarikas, A., Ganti, U., Wiggins, A., Lin, A., & Moore, J. K. (2024). Reidentification With Birth-Registered Sex in a Western Australian Pediatric Gender Clinic Cohort. *JAMA pediatrics*, *178*(5), 446–453.

Chelliah, P., Lau, M., & Kuper, L. E. (2024). Changes in Gender Dysphoria, Interpersonal Minority Stress, and Mental Health Among Transgender Youth After One Year of Hormone Therapy. *The Journal of Adolescent Health*, S1054-139X(24)00005-3.

Chen D, Berona J, Chan YM, Ehrensaft D, Garofalo R, Hidalgo MA, Rosenthal SM, Tishelman AC, Olson-Kennedy J. (2023). Psychosocial Functioning in Transgender Youth after 2 Years of Hormones. *New England Journal of Med*. 2023 Jan 19;388(3):240-250.

Coleman, E., Radix, A. E., Bouman, W. P., Brown, G. R., de Vries, A. L. C., Deutsch, M. B., Ettner, R., Fraser, L., Goodman, M., Green, J., Hancock, A. B., Johnson, T. W., Karasic, D. H., Knudson, G. A., Leibowitz, S. F., Meyer-Bahlburg, H. F. L., Monstrey, S. J., Motmans, J., Nahata, L., Nieder, T. O., … Arcelus, J. (2022). Standards of Care for the Health of Transgender and Gender Diverse People, Version 8. *International journal of transgender health*, *23*(Suppl 1), S1–S259.

Coleman, E., Bockting, W., Botzer, M., Cohen-Kettenis, P., DeCuypere, G., Feldman, J., ... & Zucker, K. (2012). Standards of care for the health of transsexual, transgender, and gender-nonconforming people, version 7. *International Journal of Transgenderism*, 13(4), 165-232.

Colizzi, M., Costa, R., & Todarello, O. (2014). Transsexual patients' psychiatric comorbidity and positive effect of cross-sex hormonal treatment on mental health: results from a longitudinal study. *Psychoneuroendocrinology*, *39*, 65–73.

Colizzi, M., Costa, R., Pace, V., & Todarello, O. (2013). Hormonal treatment reduces psychobiological distress in gender identity disorder, independently of the attachment style. *The journal of sexual medicine*, *10*(12), 3049–3058.

Colton-Meier, S. L., Fitzgerald, K. M., Pardo, S. T., & Babcock, J. (2011). The effects of hormonal gender affirmation treatment on mental health in female-to-male transsexuals. *Journal of Gay & Lesbian Mental Health*, 15(3), 281-299.

Costa, R., Dunsford, M., Skagerberg, E., Holt, V., Carmichael, P., & Colizzi, M. (2015). Psychological Support, Puberty Suppression, and Psychosocial Functioning in Adolescents with Gender Dysphoria. *The journal of sexual medicine*, *12*(11), 2206–2214.

Crissman, H. P., Berger, M. B., Graham, L. F., & Dalton, V. K. (2017). Transgender Demographics: A Household Probability Sample of US Adults, 2014. *American journal of public health*, *107*(2), 213–215.

Dai, D., Charlton, B. M., Boskey, E. R., Hughes, L. D., Hughto, J. M. W., Orav, E. J., & Figueroa, J. F. (2024). Prevalence of Gender-Affirming Surgical Procedures Among Minors and Adults in the US. *JAMA network open*, *7*(6), e2418814.

Daniel, H., & Butkus, R. (2015). Lesbian, gay, bisexual, and transgender health disparities: Executive summary of a policy position paper from the American College of Physicians. *Annals of Internal Medicine, 163*(2), 135-137.

Danker, S., Narayan, S. K., Bluebond-Langner, R., Schechter, L. S., & Berli, J. U. (2018). Abstract: A Survey Study of Surgeons' Experience with Regret and/or Reversal of Gender-Confirmation Surgeries. *Plastic and Reconstructive Surgery Global Open*, *6*(9 Suppl), 189-189.

de Vries, A. L. C., McGuire, J. K., Steensma, T. D., Wagenaar, E. C. F., Doreleijers, T. A. H., & Cohen-Kettenis, P. T. (2014). Young Adult Psychological Outcome After Puberty Suppression and Gender Reassignment. *Pediatrics*, *134*(4), 696-704.

de Vries, A. L., Steensma, T. D., Doreleijers, T. A., & Cohen-Kettenis, P. T. (2011). Puberty suppression in adolescents with gender identity disorder: a prospective follow-up study. *The journal of sexual medicine*, *8*(8), 2276–2283.

Deutsch, M.B. (ed.). (2016). Guidelines for the Primary and Gender-Affirming Care of Transgender and Gender Nonbinary People (2d ed.). San Francisco, CA: UCSF Center of Excellence for Transgender Health.

Dhejne, C., Öberg, K., Arver, S., & Landén, M. (2014). An analysis of all applications for sex reassignment surgery in Sweden, 1960-2010: prevalence, incidence, and regrets. *Archives of Sexual Behavior*, *43*(8), 1535–1545.

Dhejne, C., Lichtenstein, P., Boman, M., Johansson, A. L., Långström, N., & Landén, M. (2011). Long-term follow-up of transsexual persons undergoing sex reassignment surgery: cohort study in Sweden. *PloS one*, *6*(2), e16885.

Dopp, Alex R., Allison Peipert, John Buss, Robinson De Jesús-Romero, Keytin Palmer, and Lorenzo Lorenzo-Luaces. (2024). Interventions for Gender Dysphoria and Related Health Problems in Transgender and Gender-Expansive Youth: A Systematic Review of Benefits and Risks to Inform Practice, Policy, and Research. Santa Monica, CA: RAND Corporation. https://www.rand.org/pubs/research_reports/RRA3223-1.html.

Drescher, J., Haller, E., & Yarbrough, E. (2018). Position statement on access to care for transgender and gender diverse individuals. Caucus of LGBTQ Psychiatrists and the Council on Minority Mental Health and Health Disparities, American Psychiatric Association.

Durwood, L., McLaughlin, K. A., & Olson, K. R. (2017). Mental Health and Self-Worth in Socially Transitioned Transgender Youth. *Journal of the American Academy of Child and Adolescent Psychiatry*, *56*(2), 116–123.e2.

Endocrine Society (2020). Transgender Health, an Endocrine Society position statement, https://www.endocrine.org/advocacy/position-statements/transgender-health.

Ehrensaft, D. (2017). Gender nonconforming youth: current perspectives. *Adolescent health, medicine and therapeutics*, *8*, 57–67.

Fisher, Alessandra & Cocchetti, Carlotta. (2020). Biological basis of gender identity. 10.1016/B978-0-12-815968-2.00009-8.

Fleming, P. S., Koletsi, D., Ioannidis, J. P., & Pandis, N. (2016). High quality of the evidence for medical and other health-related interventions was uncommon in Cochrane systematic reviews. *Journal of clinical epidemiology*, *78*, 34–42.

Fisher, A. D., Castellini, G., Ristori, J., Casale, H., Cassioli, E., Sensi, C., Fanni, E., Amato, A. M., Bettini, E., Mosconi, M., Dèttore, D., Ricca, V., & Maggi, M. (2016). Cross-Sex Hormone Treatment and Psychobiological Changes in Transsexual Persons: Two-Year Follow-Up Data. *The Journal of clinical endocrinology and metabolism*, *101*(11), 4260–4269.

Green, A. E., DeChants, J. P., Price, M. N., & Davis, C. K. (2022). Association of Gender-Affirming Hormone Therapy With Depression, Thoughts of Suicide, and Attempted Suicide Among Transgender and Nonbinary Youth. *The Journal of adolescent health: official publication of the Society for Adolescent Medicine*, *70*(4), 643–649.

Guyatt, G., Oxman, A. D., Akl, E. A., Kunz, R., Vist, G., Brozek, J., Norris, S., Falck-Ytter, Y., Glasziou, P., & deBeer, H. (2011). GRADE guidelines: 1. Introduction—GRADE evidence profiles and summary of findings tables. *Journal of Clinical Epidemiology*, *64*(4), 383–394.

Hatswell AJ, Baio G, Berlin JA, Irs A, Freemantle N. (2016). Regulatory approval of pharmaceuticals without a randomised controlled study: analysis of EMA and FDA approvals 1999-2014. *BMJ Open*. 2016 Jun 30;6(6):e011666.

Hembree, W. C., Cohen-Kettenis, P. T., Gooren, L., Hannema, S., Meyer, W. J., Murad, M. H., … T'Sjoen, G. G. (2017). Endocrine treatment of genderdysphoric/gender-incongruent persons:

An Endocrine Society clinical practice guideline. *The Journal of Clinical Endocrinology & Metabolism*, *102*(11), 3869-3903.

Herman, J.L., Flores, A.R., O'Neill, K.K. (2022). How Many Adults and Youth Identify as Transgender in the United States? The Williams Institute, UCLA School of Law.

Herman, J. (2013). Costs and Benefits of Providing Transition-related Health Care Coverage in Employee Health Benefits Plans: Findings from a Survey of Employers. The Williams Institute, UCLA School of Law. Retrieved from https://escholarship.org/uc/item/5z

Howick, J., Koletsi, D., Pandis, N., Fleming, P. S., Loef, M., Walach, H., Schmidt, S., & Ioannidis, J. P. A. (2020). The quality of evidence for medical interventions does not improve or worsen: a metaepidemiological study of Cochrane reviews. *Journal of clinical epidemiology*, *126*, 154–159.

Hsu, Chia-Chien and Sandford, Brian A. (2019). "The Delphi Technique: Making Sense of Consensus," Practical Assessment, Research, and Evaluation: Vol. 12, Article 10.

Institute of Medicine (2011). Clinical Practice Guidelines We Can Trust. Washington, DC: The National Academies Press.

Inwards-Breland D. Mental Health Outcomes and Receipt of Gender Affirming Care. Presented at the American Academy of Pediatrics 2021 Virtual Conference & Exhibition.

Kaltiala, R, Heino, E., Työläjärvi, & Suomalainen, L. (2020). Adolescent development and psychosocial functioning after starting cross-sex hormones for gender dysphoria. *Nordic Journal of Psychiatry*, 74, 213–219.

Keo-Meier, C. L., Herman, L. I., Reisner, S. L., Pardo, S. T., Sharp, C., & Babcock, J. C. (2015). Testosterone treatment and MMPI-2 improvement in transgender men: a prospective controlled study. *Journal of consulting and clinical psychology*, *83*(1), 143–156.

Korpaisarn, S., & Safer, J. D. (2019). Etiology of Gender Identity. *Endocrinology and metabolism clinics of North America*, *48*(2), 323–329.

Kuper, L.E., Stewart, S., Preston, S., Lau, M., & Lopez, X. (2020). Body Dissatisfaction and Mental Health Outcomes of Youth on Gender-Affirming Hormone Therapy. *Pediatrics*. 145. e20193006.

Lane, M., Ives, G. C., Sluiter, E. C., Waljee, J. F., Yao, T. H., Hu, H. M., & Kuzon, W. M. (2018). Trends in Gender-affirming Surgery in Insured Patients in the United States. *Plastic and reconstructive surgery. Global open*, *6*(4), e1738.

Lopez, X., Marinkovic, M., Eimicke, T., Rosenthal, S.M., & Olshan, J.S. (2017). Statement on gender-affirmative approach to care from the pediatric endocrine society special interest group on transgender health. *Current Opinion in Pediatrics*. 29(4): 475-480.

McGregor, K., McKenna, J. L., Williams, C. R., Barrera, E. P., & Boskey, E. R. (2024). Association of Pubertal Blockade at Tanner 2/3 With Psychosocial Benefits in Transgender and Gender Diverse Youth at Hormone Readiness Assessment. *The Journal of adolescent health : official publication of the Society for Adolescent Medicine*, *74*(4), 801–807.

Mehringer, J. E., Harrison, J. B., Quain, K. M., Shea, J. A., Hawkins, L. A., & Dowshen, N. L. (2021). Experience of Chest Dysphoria and Masculinizing Chest Surgery in Transmasculine Youth. *Pediatrics*, *147*(3), e2020013300.

Movsisyan, A., Melendez-Torres, G. J., & Montgomery, P. (2016). Outcomes in systematic reviews of complex interventions never reached "high" GRADE ratings when compared with those of simple interventions. *Journal of clinical epidemiology*, *78*, 22–33.

Murad, M. H., Elamin, M. B., Garcia, M. Z., Mullan, R. J., Murad, A., Erwin, P. J., & Montori, V. M. (2010). Hormonal therapy and sex reassignment: A systematic review and meta-analysis of quality of life and psychosocial outcomes. *Clinical Endocrinology*, 72(2), 214-231.

Nguyen, H. B., Chavez, A. M., Lipner, E., Hantsoo, L., Kornfield, S. L., Davies, R. D., & Epperson, C. N. (2018). Gender-Affirming Hormone Use in Transgender Individuals: Impact on Behavioral Health and Cognition. *Current psychiatry reports*, *20*(12), 110.

Nobili, A., Glazebrook, C., & Arcelus, J. (2018). Quality of life of treatment-seeking transgender adults: A systematic review and meta-analysis. *Reviews in endocrine & metabolic disorders*, *19*(3), 199–220.

Oda, H., & Kinoshita, T. (2017). Efficacy of hormonal and mental treatments with MMPI in FtM individuals: cross-sectional and longitudinal studies. *BMC psychiatry*, *17*(1), 256.

Olson, K. R., Durwood, L., Horton, R., Gallagher, N. M., & Devor, A. (2022). Gender Identity 5 Years After Social Transition. *Pediatrics*, *150*(2), e2021056082.

Olson-Kennedy, J., Warus, J., Okonta, V., Belzer, M., & Clark, L. F. (2018). Chest Reconstruction and Chest Dysphoria in Transmasculine Minors and Young Adults: Comparisons of Nonsurgical and Postsurgical Cohorts. *JAMA pediatrics*, *172*(5), 431–436.

Owen-Smith, A. A., Gerth, J., Sineath, R. C., Barzilay, J., Becerra-Culqui, T. A., Getahun, D., Giammattei, S., Hunkeler, E., Lash, T. L., Millman, A., Nash, R., Quinn, V. P., Robinson, B., Roblin, D., Sanchez, T., Silverberg, M. J., Tangpricha, V., Valentine, C., Winter, S., . . . Goodman, M. (2018). Association between gender confirmation treatments and perceived gender congruence, body image satisfaction, and mental health in a cohort of transgender individuals. *Journal of Sexual Medicine, 15*(4), 591-600.

Padula, W. V., Heru, S., & Campbell, J. D. (2016). Societal Implications of Health Insurance Coverage for Medically Necessary Services in the U.S. Transgender Population: A Cost-Effectiveness Analysis. *Journal of general internal medicine*, *31*(4), 394–401.

Park, R. H., Liu, Y. T., Samuel, A., Gurganus, M., Gampper, T. J., Corbett, S. T., Shahane, A., & Stranix, J. T. (2022). Long-term Outcomes After Gender-Affirming Surgery: 40-Year Follow-up Study. *Annals of plastic surgery*, *89*(4), 431–436.

Pediatric Endocrine Society (2021). Pediatric Endocrine Society Opposes Bills that Harm Transgender youth, https://pedsendo.org/news-announcements/the-pediatric-endocrine-society-opposes-bills-that-harm-transgender-youth-2/.

Pediatric Endocrine Society (2020). Position Statement: Transgender Health. https://www.endocrine.org/-/media/a65106b6ae7f4d2394a1ebeba458591d.ashx.

Pfafflin, F., & Junge, A. (1998). Sex reassignment: Thirty years of international follow-up studies after sex reassignment surgery, a comprehensive review, 1961-1991. (Jacobson & Meir, trans.).

Rae, J. R., Gülgöz, S., Durwood, L., DeMeules, M., Lowe, R., Lindquist, G., & Olson, K. R. (2019). Predicting early-childhood gender transitions. *Psychological Science*, 30(5), 669-681.

Rafferty, J., Committee on Psychosocial Aspects of Child and Family Health, Committee on Adolescence, & Section on Lesbian, Gay, Bisexual, and Transgender Health and Wellness (2018). Ensuring Comprehensive Care and Support for Transgender and Gender-Diverse Children and Adolescents. *Pediatrics*, *142*(4), e20182162.

Roblin, D., Sanchez, T., Silverberg, M. J., Tangpricha, V., Valentine, C., Winter, S., Woodyatt, C., … Goodman, M. (2018). Association Between Gender Confirmation Treatments and Perceived Gender Congruence, Body Image Satisfaction, and Mental Health in a Cohort of Transgender Individuals. *The journal of sexual medicine*, *15*(4), 591–600.

Saraswat, A., Weinand, J.D., & Safer, J. (2015). Evidence supporting the biologic nature of gender identity. *Endocrine Practice, 21 2*, 199-204.

Shang Z. (2023). Use of Delphi in health sciences research: A narrative review. *Medicine*, *102*(7), e32829.

Sheehan, J., Sherman, K. A., Lam, T., & Boyages, J. (2008). Regret associated with the decision for breast reconstruction: the association of negative body image, distress and surgery characteristics with decision regret. *Psychology & health*, *23*(2), 207–219.

Shelemy, L., Cotton, S., Crane, C., & Knight, M. (2024). Systematic review of prospective adult mental health outcomes following affirmative interventions for gender dysphoria. *International Journal of Transgender Health*, 1–21.

Smith, Y., Van Goozen, S., Kuiper, A., & Cohen-Kettenis, P. (2005). Sex reassignment: Outcomes and predictors of treatment for adolescent and adult transsexuals. *Psychological Medicine* 35(1): 89-99.

Steensma, T. D., McGuire, J. K., Kreukels, B. P., Beekman, A. J., & Cohen-Kettenis, P. T. (2013). Factors associated with desistence and persistence of childhood gender dysphoria: a

quantitative follow-up study. *Journal of the American Academy of Child and Adolescent Psychiatry*, *52*(6), 582–590.

Substance Abuse and Mental Health Services Administration. (2015). Ending Conversion Therapy: Supporting and Affirming LGBTQ Youth. HHS Publication No. (SMA) 15-4928. Rockville, MD: Substance Abuse and Mental Health Services Administration.

Tang, A., Hojilla, J. C., Jackson, J. E., Rothenberg, K. A., Gologorsky, R. C., Stram, D. A., Mooney, C. M., Hernandez, S. L., & Yokoo, K. M. (2022). Gender-Affirming Mastectomy Trends and Surgical Outcomes in Adolescents. *Annals of plastic surgery*, *88*(4 Suppl), S325–S331.

Thornton, S. M., Edalatpour, A., & Gast, K. M. (2024). A systematic review of patient regret after surgery- A common phenomenon in many specialties but rare within gender-affirmation surgery. *American journal of surgery*, S0002-9610(24)00238-1. Advance online publication.

Tordoff, D. M., Wanta, J. W., Collin, A., Stepney, C., Inwards-Breland, D. J., & Ahrens, K. (2022). Mental Health Outcomes in Transgender and Nonbinary Youths Receiving Gender-Affirming Care. *JAMA network open*, *5*(2), e220978.

T'Sjoen, G., Arcelus, J., Gooren, L., Klink, D. T., & Tangpricha, V. (2019). Endocrinology of Transgender Medicine. *Endocrine reviews*, *40*(1), 97–117.

Turan, Ş., Aksoy Poyraz, C., Usta Sağlam, N. G., Demirel, Ö. F., Haliloğlu, Ö., Kadıoğlu, P., & Duran, A. (2018). Alterations in Body Uneasiness, Eating Attitudes, and Psychopathology Before and After Cross-Sex Hormonal Treatment in Patients with Female-to-Male Gender Dysphoria. *Archives of sexual behavior*, *47*(8), 2349–2361.

Turban J.L., King, D., Kobe, J., Reisner, S.L., & Keuroghlian, A.S. (2022). Access to gender-affirming hormones during adolescents and mental health outcomes among transgender adults. *PLoS One*. 17(1):e0261039.

Turban, J. L., King, D., Carswell, J. M., & Keuroghlian, A. S. (2020). Pubertal Suppression for Transgender Youth and Risk of Suicidal Ideation. *Pediatrics*, *145*(2), e20191725.

U.S. Department of Health and Human Services, Agency for Healthcare Research and Quality (2015). Off-Label Drugs: What You Need to Know. https://www.ahrq.gov/patients-consumers/patient-involvement/off-label-drug-usage.html (last accessed Feb. 15, 2023).

van de Grift, T. C., Elaut, E., Cerwenka, S. C., Cohen-Kettenis, P. T., & Kreukels, B. (2018). Surgical Satisfaction, Quality of Life, and Their Association After Gender-Affirming Surgery: A Follow-up Study. *Journal of sex & marital therapy*, *44*(2), 138–148.

van der Loos, M. A. T. C., Hannema, S. E., Klink, D. T., den Heijer, M., & Wiepjes, C. M. (2022). Continuation of gender-affirming hormones in transgender people starting puberty suppression in adolescence: a cohort study in the Netherlands. *The Lancet. Child & adolescent health*, *6*(12), 869–875.

van der Miesen, A. I. R., Steensma, T. D., de Vries, A. L. C., Bos, H., & Popma, A. (2020). Psychological Functioning in Transgender Adolescents Before and After Gender-Affirmative Care Compared With Cisgender General Population Peers. *Journal of Adolescent Health*, 66(6), 699-704.

Wallien, M. S., & Cohen-Kettenis, P. T. (2008). Psychosexual outcome of gender-dysphoric children. *Journal of the American Academy of Child and Adolescent Psychiatry*, *47*(12), 1413–1423.

What We Know Project, Ctr. for the Study of Inequality, Cornell Univ. (2018). What does the scholarly research say about the effect of gender transition on transgender well-being? (online literature review), *available at* https://whatweknow.inequality.cornell.edu/topics/lgbt-equality/what-does-the-scholarly-research-say-about-the-well-being-of-transgender-people/.

White Hughto, J. M.W., & Reisner, S. L. (2016). A systematic review of the effects of hormone therapy on psychological functioning and quality of life in transgender individuals. *Transgender Health*, 1(1), 21-31.

Wiepjes, C.M., Nota, N. M., de Blok, C.J., Klaver, M., de Vries, A.L., Wensing-Kruger, S.A., ... & Gooren, L.J. (2018). The Amsterdam cohort of gender dysphoria study (1972–2015): trends in prevalence, treatment, and regrets. *The Journal of Sexual Medicine*, 15(4), 582-590.

Wierckx, K., Van Caenegem, E., Schreiner, T., Haraldsen, I., Fisher, A. D., Toye, K., Kaufman, J. M., & T'Sjoen, G. (2014). Cross-sex hormone therapy in trans persons is safe and effective at short-time follow-up: results from the European network for the investigation of gender incongruence. *The journal of sexual medicine*, *11*(8), 1999–2011.

Wittich, C. M., Burkle, C. M., & Lanier, W. L. (2012). Ten common questions (and their answers) about off-label drug use. *Mayo Clinic proceedings*, *87*(10), 982–990.

World Health Organization. (2018). Gender Incongruence. In International Classification of Diseases, 11th Revision, https://icd.who.int/browse11/l-m/en#/http%3A%2F%2Fid.who.int%2Ficd%2Fentity%2F411470068.

Word Health Organization: Regional Office for Europe. WHO/Europe brief – transgender health in the context of ICD-11, https://perma.cc/ABZ4-KMPT?view-mode=client-side&type=image.

World Medical Association. (2017, February 17). WMA statement on transgender people, https://www.wma.net/policies-post/wma-statement-on-transgender-people/.

World Professional Association for Transgender Health. (2018). WPATH Position on

World Professional Association for Transgender Health. (2016). Position Statement on Medical Necessity of Treatment, Sex Reassignment, and Insurance Coverage in the U.S.A. https://www.wpath.org/newsroom/medical-necessity-statement.

Zhang, Q., Goodman, M., Adams, N., Corneil, T., Hashemi, L., Kreukels, B., Motmans, J., Snyder, R., & Coleman, E. (2020). Epidemiological considerations in transgender health: A

systematic review with focus on higher quality data. *International journal of transgender health*, *21*(2), 125–137.

Zucker, K. J., Cohen-Kettenis, P. T., Drescher, J., Meyer-Bahlburg, H. F., Pfäfflin, F., & Womack, W. M. (2013). Memo outlining evidence for change for gender identity disorder in the DSM-5. *Archives of sexual behavior*, *42*(5), 901–914.

Zucker, K., et al (2010) Puberty-Blocking Hormonal Therapy for Adolescents with Gender Identity Disorder: A Descriptive Clinical Study, *Journal of Gay & Lesbian Mental Health*, 15:1, 58-82.