IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| PFLAG, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br> Defendants. | Civil Action No. 8:25-cv-337-BAH |

## STATUS REPORT

1. In accordance with this Court's February 13, 2025 Order, Defendants file this status report "apprising the Court of the status of Defendants' compliance" with the Order, and "providing a copy of the written notice" required by the Order. Order at 2, ECF No. 61.

2. On February 13, 2025, counsel for Defendants provided written notice (the "Notice") of the Court's Order to Defendant U.S. Department of Health and Human Services and its subagencies, including, but not limited to, Defendant Health Resources and Services Administration, and Defendant National Institutes of Health, as well as Defendant National Science Foundation.

3. A copy of the Notice is attached as Exhibit A.[1]

---

[1] Counsel for Defendants obtained consent from counsel for Plaintiffs to partially redact email addresses of agency employees that appear in the Notice.

Dated: February 20, 2025                Respectfully submitted,

BRETT A. SHUMATE
Principal Deputy Assistant Attorney General

MICHELLE BENNETT
Assistant Branch Director

*/s/ Christian S. Daniel*
VINITA B. ANDRAPALLIYAL
CHRISTIAN S. DANIEL
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Tel.: (202) 305-0845
vinita.b.andrapalliyal@usdoj.gov

*Counsel for Defendants*