| | |
|---|---|
| **From:** | Bennett, Michelle (CIV) |
| **To:** | Berge, Miranda (HHS/OGC); Jacobs, Anna (NIH/OD) [E]; Ghosh, Sudevi (CDC/OGC); Xu, Tanya (HHS/OGC); Hakimian, Rina (HHS/OGC); ▬▬▬@nsf.gov; ▬▬▬@nsf.gov |
| **Cc:** | Andrapalliyal, Vinita B. (CIV); Daniel, Christian S. (CIV); Graver, Harry (CIV) |
| **Bcc:** | Bennett, Michelle (CIV) |
| **Subject:** | Notice of Temporary Restraining Order in PFLAG v. Trump, 25cv337 (D. Md.) |
| **Date:** | Thursday, February 13, 2025 9:34:00 PM |
| **Attachments:** | 61 - TRO.pdf |
| **Importance:** | High |

HHS Colleagues,

Earlier today, the district court entered the attached temporary restraining order in *PFLAG v. Trump*, 25cv337 (D. Md.). Pursuant to the order, the U.S. Department of Health and Human Services (HHS) and all of its subagencies, including, but not limited to, the Health Resources and Services Administration (HRSA), the National Institutes of Health (NIH), and the National Science Foundation (NSF), as well as their officers, agents, successors, servants, employees, and attorneys, and any other persons who are in active concern or participation with them, are RESTRAINED from conditioning or withholding federal funding based on the fact that a healthcare entity or health professional provides gender affirming medical care to a patient under the age of nineteen under Section 3(g) of Executive Order 14168, entitled *Defending Women From Gender Ideology Extremism and Restoring Biological Truth to the Federal Government* (Defending Women EO), and Section 4 of Executive Order 14187, entitled *Protecting Children from Chemical and Surgical Mutilation* (Protecting Children EO).

HHS and its subagencies, as well as their officers, agents, successors, servants, employees, and attorneys, and any other persons who are in active concern or participation with them may not take any steps to implement, give effect to, or reinstate under a different name the directives in Section 3(g) of the Defending Women EO or Section 4 of the Protecting Children EO that condition or withhold federal funding based on the fact that a healthcare entity or health professional provides gender affirming medical care to a patient under the age of nineteen. HHS and its subagencies must also release any disbursements on funds that were paused due to these Executive Orders.

Please forward this notice and the attached temporary restraining order as necessary to ensure full compliance with the Court's order. Also, please document the steps you take to comply with this temporary restraining order.

If you have any questions, please let us know.

Thanks,
Michelle


Michelle R. Bennett
Assistant Director
U.S. Department of Justice

Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC  20005
202.305.8902 (phone)
202.616.8470 (fax)