IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| PFLAG, INC., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br> *Defendants*. | Civil Action No.  BAH-25-337 |

**[PROPOSED] ORDER ON PLAINTIFFS' MOTION TO EXTEND TEMPORARY RESTRAINING ORDER**

This matter is before the Court on Plaintiffs' Motion to Extend the Temporary Restraining Order.  Finding good cause, the Court **GRANTS** the Motion.  The Temporary Restraining Order is extended to March 13, 2025.

Dated this _____ day of _____, 2025            BY THE COURT:

_____