**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| **CHAMBERS OF**<br>**BRENDAN A. HURSON**<br>**UNITED STATES DISTRICT JUDGE** | **101 WEST LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>**(410) 962-0782**<br>MDD_BAHChambers@mdd.uscourts.gov |

February 21, 2025

LETTER TO ALL COUNSEL OF RECORD

Re:   *PFLAG, Inc., et al., v. Donald J. Trump et al.*
      Civil No. 25-337-BAH

Dear Counsel:

The Court is in receipt of the joint status report, ECF 68, filed on February 18, 2025. In the status report, the Government states: "Defendants do not believe a hearing on Plaintiffs' preliminary-injunction motion is necessary and accordingly do not request a hearing." *Id.*

To briefly recap the Temporary Restraining Order (TRO) litigation, Plaintiffs filed an emergency motion for a TRO on February 5, 2025. ECF 35. On February 7, 2025, the Court held a teleconference with counsel for Plaintiffs and Defendants to set a briefing schedule. ECF 51. On February 11, 2025, Defendants filed a response in opposition to the TRO. ECF 55. On February 12, 2025, Plaintiffs filed a reply. ECF 57. On February 13, 2025, the Court held a two-hour hearing on the TRO motion. ECF 60. After the hearing, the Court issued the TRO, ECF 61, and one day later, issued a written memorandum opinion, ECF 62.

From the Court's perspective, the robust nature of the TRO briefing and oral argument dispenses with the need for a preliminary injunction hearing given the ample record evidence in the case. The Court is prepared, if the parties so stipulate, to decide the preliminary injunction on the papers. **With this in mind, please confer and file a joint status report by Monday, February 24 at 5pm**, indicating the position of each party on holding a preliminary injunction hearing. While there is nothing in the record to indicate that the Government's position has changed, the Court nonetheless directs both parties to respond. To the extent the parties agree that another hearing is unnecessary, the parties are directed to explicitly state as much in a stipulation.

The Court intends to issue the preliminary injunction briefing schedule after receiving the joint status report. The Court notes that Plaintiffs filed a motion to extend the TRO today. ECF 71. **The Court directs Defendants to respond to ECF 71 by Monday, February 24 at 5pm.**

Despite the informal nature of this letter, it is an Order of the Court and shall be docketed as such.

Sincerely,

/s/
Brendan A. Hurson
United States District Judge