IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

PFLAG, INC., et al.

**Plaintiff,**

v.

Donald J. Trump, et al.

**Defendant.**

\*
\*
\*
\*

Case No. 25-337-BAH

## ENTRY OF APPEARANCE IN A CIVIL CASE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for the amicus curiae State of Maryland

I certify that I am admitted to practice in this Court.

February 21, 2025
Date

*James D. Handley*
Signature

James D. Handley 20299
Printed name and bar number

200 Saint Paul Place, 20th Floor Baltimore, MD 21202
Address

jhandley@oag.state.md.us
Email address

410-576-6993
Telephone number

410-576-6955
Fax number