IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| PFLAG, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br> Defendants. | Civil Action No. 8:25-cv-337-BAH |

## DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO EXTEND TEMPORARY RESTRAINING ORDER

Defendants hereby oppose extending the court's February 13, 2025 temporary restraining order. *See* Temporary Restraining Order, ECF No. 61. There is no good cause to extend the order. In accordance with the briefing schedule Defendants proposed in the parties' February 18, 2025 joint status report, Defendants are preparing to file their opposition to Plaintiffs' motion for a preliminary injunction (PI) by noon on Tuesday, February 25, 2025, so that Plaintiffs' motion is fully briefed before the TRO expires on February 27, 2025. *See* Jt. Status Rep., ECF No 68. Moreover, the TRO should not be extended for the additional reasons explained in Defendants' opposition to Plaintiffs' motion for temporary restraining order, ECF No. 55.

Given the imminence of Defendants' proposed deadline for responding to Plaintiffs' PI motion, Defendants request that the Court issue an order setting the briefing schedule for Plaintiffs' PI motion as soon as possible.

Dated: February 21, 2025                    Respectfully submitted,

                                            BRETT A. SHUMATE
                                            Principal Deputy Assistant Attorney General

MICHELLE BENNETT
Assistant Branch Director

*/s/ Vinita B. Andrapalliyal*
VINITA B. ANDRAPALLIYAL
CHRISTIAN S. DANIEL
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Tel.: (202) 305-0845
vinita.b.andrapalliyal@usdoj.gov

*Counsel for Defendants*