IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| PFLAG, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br> Defendants. | Civil Action No. 8:25-cv-337-BAH |

## JOINT STATUS REPORT

In accordance with this Court's February 21, 2025 Letter Order, the parties file this joint status report (JSR) indicating the position of each party on holding a preliminary-injunction hearing. Letter to All Counsel of Record ("Letter Order"), ECF No. 72 (Feb. 21, 2025). As set out below, the parties stipulate that a hearing on Plaintiffs' motion for a preliminary injunction is not necessary.

**Defendants' Position.** As indicated in the parties' prior JSR, Defendants do not believe a hearing on Plaintiffs' motion for preliminary injunction is necessary and accordingly do not request one. Joint Status Report ¶ 4, ECF No. 68. Defendants agree with the Court that "the robust nature of the TRO briefing and oral argument dispenses with the need for a preliminary injunction hearing." Letter Order at 1.

**Plaintiffs' Position.** Plaintiffs agree that a hearing on Plaintiffs' motion for a preliminary injunction (Dkt. 69) is not necessary and that the Court can decide the preliminary injunction motion on the papers, along with the arguments from the February 13, 2025 hearing on Plaintiffs' request for a temporary restraining order. *See* Letter Order, at 1.

Dated: February 21, 2025

Respectfully submitted,

BRETT A. SHUMATE
Principal Deputy Assistant Attorney General

MICHELLE BENNETT
Assistant Branch Director

*/s/ Christian S. Daniel*
VINITA B. ANDRAPALLIYAL
CHRISTIAN S. DANIEL
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Tel.: (202) 305-0845
vinita.b.andrapalliyal@usdoj.gov

*Counsel for Defendants*


*/s/ Omar Gonzalez-Pagan*
Omar Gonzalez-Pagan*
**Lambda Legal Defense
   and Education Fund, Inc.**
120 Wall Street, 19th Floor
New York, NY 10005
Telephone: (212) 809-8585
Facsimile:  (855) 535-2236
ogonzalez-pagan@lambdalegal.org

*Counsel for Plaintiffs*

*\* Admitted pro hac vice.*