# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

_____  *

**Plaintiff,**

                        *

v.                      Case No. _____

DONALD J. TRUMP, in his official capacity as  *
President of the United States, et al.,

**Defendant.**          *

## ENTRY OF APPEARANCE IN A CIVIL CASE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for the American Academy of Pediatrics and Additional National and State Medical and Mental Health Organizations

I certify that I am admitted to practice in this Court.

_____
Date

_____
Signature

_____
Printed name and bar number

_____
Address

_____
Email address

_____
Telephone number

_____
Fax number