IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| PFLAG, INC., et al.,<br><br>　　Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>　　Defendants. | Civil Action No. BAH-25-337 |

**[PROPOSED] ORDER**

Upon consideration of the motion of American Academy of Pediatrics and Additional National and State Medical and Mental Health Organizations for leave to file an *amici curiae* brief in support of Plaintiffs' motion for preliminary injunction, the Motion is hereby **GRANTED** and it is further **ORDERED** that the Brief of *Amici Curiae* attached to the Motion is accepted as filed.

　　**IT IS SO ORDERED.**


Dated: _____        _____
　　　　　　　　　　　　　　　　　Hon. Brendan Hurson
　　　　　　　　　　　　　　　　　U.S. District Judge