# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

|                          |     |                    |
|--------------------------|-----|--------------------|
| **Plaintiff,**           | *   |                    |
|                          | *   |                    |
| **v.**                   |     | **Case No.** _____ |
|                          | *   |                    |
| **Defendant.**           | *   |                    |
|                          | *   |                    |

## <u>DISCLOSURE OF CORPORATE INTEREST</u>

**Check all that apply:**

☐  I certify, as party/counsel in this case that _____
(name of party)

is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

☐  The following corporate affiliations exist with _____ :
(name of party)

_____ .
(names of affiliates)

☐  The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

_____ .
(names of entities with possible financial interests)

☐ In a case based on diversity jurisdiction, the following is a list of all members of

_____ and their states of citizenship:
(name of LLC party)


_____          _____
(name of member)                          (state of citizenship)

_____          _____
(name of member)                          (state of citizenship)

_____          _____
(name of member)                          (state of citizenship)

_____          _____
(name of member)                          (state of citizenship)


Note: If there are additional LLC members, please provide their names and states of citizenship on a separate sheet of paper.


_____
Date

                                          _____
                                          Signature

                                          _____
                                          Printed name and bar number

                                          _____
                                          Address

                                          _____
                                          Email address

                                          _____
                                          Telephone number

                                          _____
                                          Fax number

# EXHIBIT 1

## (List of *Amici Curiae*)

1. The American Academy of Pediatrics

2. The Academic Pediatric Association

3. The American Academy of Child and Adolescent Psychiatry

4. American Academy of Family Physicians

5. The American Academy of Nursing

6. The American College of Obstetricians and Gynecologists

7. The American College of Osteopathic Pediatricians

8. The American College of Physicians

9. The American Pediatric Society

10. Association of Medical School Pediatric Department Chairs, Inc.

11. The Association of American Medical Colleges

12. The Maryland Chapter of the American Academy of Pediatrics

13. The Endocrine Society

14. The National Association of Pediatric Nurse Practitioners

15. The Pediatric Endocrine Society

16. The Society for Adolescent Health and Medicine

17. The Society of Pediatric Nurses

18. The World Professional Association for Transgender Health