# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

PFLAG, INC., et al  *

**Plaintiff,**

*

v.                                              Case No. BAH-25-337

*

DONALD J. TRUMP, et al

**Defendant.**   *

## ENTRY OF APPEARANCE IN A CIVIL CASE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for the  Amicus Communications Workers of America.

I certify that I am admitted to practice in this Court.

2/24/2025

Date

/s/ Kathleen Keller

Signature

Kathleen Keller (Fed. Bar No. 19085)

Printed name and bar number

805 15th Street N.W., Suite 1000, Washington D.C. 20005

Address

kkeller@bredhoff.com

Email address

202-842-2600

Telephone number

202-842-1888

Fax number