IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

PFLAG, Inc., et al.

**Plaintiff,**

v.

President Donald J. Trump, et al.

**Defendant.**

\* \* \* \* \*

Case No. 8:25-cv-00337-BAH

## ENTRY OF APPEARANCE IN A CIVIL CASE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for the Amicus Curiae Do No Harm, Inc.

I certify that I am admitted to practice in this Court.

02/25/2025
Date

Nicole J. Moss
*Digitally signed by Nicole J. Moss*
*Date: 2025.02.25 09:33:32 -05'00'*
Signature

Nicole J. Moss; Bar no. 20222
Printed name and bar number

Cooper & Kirk, PLLC, 1523 New Hampshire Ave., NW, Washington, DC 20036
Address

nmoss@cooperkirk.com
Email address

(202) 220-9636
Telephone number

(202) 220-9601
Fax number