UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| PFLAG, INC., et al.,<br><br>   *Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>   *Defendants*. | Civil Action No. 8:25-cv-337-BAH |

### [PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE BRIEF OF *AMICUS CURIAE* DO NO HARM, INC.

Upon consideration of the motion of Do No Harm, Inc., for leave to file an *amicus curiae* brief in support of Defendants' opposition to Plaintiffs' motion for a preliminary injunction is **GRANTED**, and it is further **ORDERED** that the proposed brief of Do No Harm, Inc., attached to the motion, is accepted as filed.

**SO ORDERED.**

DATED this ___ day of _____, 2025.

                   _____
                   HONORABLE BRENDAN HURSON
                   UNITED STATES DISTRICT JUDGE