IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

PFLAG Inc. ett al.    *

**Plaintiff,**

*

v.                    Case No. 25-337-BAH

Donald J. Trump et al.    *

**Defendant.**    *

### ENTRY OF APPEARANCE IN A CIVIL CASE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for the  Amicus Curiae ALABAMA, ALASKA, ARKANSAS, FLORIDA, GEORGIA, IDAHO, INDIANA, IOWA, KAN

I certify that I am admitted to practice in this Court.

February 25, 2025            */s/ Ian D. Prior*
Date                         Signature

                             Ian D. Prior
                             Printed name and bar number

                             611 Pennslyvania Ave. SE #231
                             Address

                             ian.prior@aflegal.org
                             Email address

                             202-964-3721
                             Telephone number

                             n/a
                             Fax number

EntryofAppearanceCivil (08/2015)