IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

PFLAG, INC, ET AL.  \*

**Plaintiff,**

\*

**v.**  Case No. 8:25-CV-337-BAH

PRESIDENT DONALD J. TRUMP, ET AL.  \*

**Defendant.**  \*

## DISCLOSURE OF CORPORATE INTEREST

**Check all that apply:**

☒ I certify, as party/counsel in this case that __Do No Harm, Inc.__
(name of party)
is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

☐ The following corporate affiliations exist with _____:
(name of party)

_____.
(names of affiliates)

☐ The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

_____.
(names of entities with possible financial interests)

Disclosure of Corporate Interest

☐ In a case based on diversity jurisdiction, the following is a list of all members of

_____ and their states of citizenship:
(name of LLC party)

| (name of member) | (state of citizenship) |
|---|---|
| (name of member) | (state of citizenship) |
| (name of member) | (state of citizenship) |
| (name of member) | (state of citizenship) |

Note: If there are additional LLC members, please provide their names and states of citizenship on a separate sheet of paper.

February 26, 2025

Date

/s/ Nicole J. Moss

Signature

Nicole J. Moss (Bar No. 20222)

Printed name and bar number

1523 New Hampshire Ave., NW

Address

nmoss@cooperkirk.com

Email address

202-220-9600

Telephone number

202-220-9601

Fax number