IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

PFLAG, INC., et al                     *

**Plaintiff,**

                                       *

v.                                     Case No. BAH-25-337

                                       *

DONALD J. TRUMP, et al

                                       *

**Defendant.**                          *

## DISCLOSURE OF CORPORATE INTEREST

**Check all that apply:**

☒ I certify, as party/counsel in this case that Amicus Communications Workers of America
(name of party)
is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

☐ The following corporate affiliations exist with _____:
(name of party)

_____.
(names of affiliates)

☐ The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

_____.
(names of entities with possible financial interests)

☐ In a case based on diversity jurisdiction, the following is a list of all members of

_____ and their states of citizenship:
(name of LLC party)

_____   _____
(name of member)                                                         (state of citizenship)

_____   _____
(name of member)                                                         (state of citizenship)

_____   _____
(name of member)                                                         (state of citizenship)

_____   _____
(name of member)                                                         (state of citizenship)

Note: If there are additional LLC members, please provide their names and states of citizenship on a separate sheet of paper.

2/24/25                                           /s/Kathleen Keller
Date                                               Signature

                                                   Kathleen Keller (Fed. Bar No. 19085)
                                                   Printed name and bar number

                                                   805 15th Street N.W., Suite 1000, Washington D.C. 20005
                                                   Address

                                                   kkeller@bredhoff.com
                                                   Email address

                                                   202-842-2600
                                                   Telephone number

                                                   202-842-1888
                                                   Fax number