**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| PFLAG, INC., et al., | ) |
| *Plaintiffs,* | ) ) ) |
| vs. | ) ) ) Civil Action No. BAH-25-337 |
| DONALD J. TRUMP, in his official capacity as President of the United States, et al., | ) ) ) |
| *Defendants.* | ) ) ) |

**[PROPOSED] ORDER GRANTING COMMUNICATIONS WORKERS OF AMERICA'S MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF**

For good cause shown, Communication Workers of America's Motion for Leave to File Amicus Curiae Brief is **GRANTED.**

**SO ORDERED.**

DATED this ___ day of _____, 2025.

_____
HONORABLE BRENDAN A. HURSON
UNITED STATES DISTRICT JUDGE

Presented by:

/s/ Kathleen Keller
Kathleen Keller (Fed. Bar No. 19085)
BREDHOFF & KAISER P.L.L.C.
805 15th Street N.W.
Suite 1000
Washington D.C. 20005
Telephone: (202) 842-2600
Fax: (202) 842-1888
kkeller@bredhoff.com

Matthew J. Murray (CA Bar 271461)*
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
(415) 421-7151
mmurray@altber.com

*Attorneys for Amicus Communications Workers of America*

*Pro Hac Vice application pending