IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| PFLAG, INC., et al. | * | |
| **Plaintiff,** | | |
| | * | |
| v. | | Case No. 25-337-BAH |
| | * | |
| DONALD J. TRUMP, et al. | | |
| **Defendant.** | * | |

**MOTION FOR ADMISSION PRO HAC VICE**

I, Julia Z. Haller, am a member in good standing of the bar of this Court. I am moving the admission of Edmund G. LaCour Jr. to appear pro hac vice in this case as counsel for the State of Alabama.

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

   State Court & Date of Admission        U.S. Court & Date of Admission

   See attached list

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted pro hac vice in this Court  0  time(s).

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

5. The proposed admittee is familiar with the Maryland Attorneys' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. **The $100.00 fee for admission pro hac vice accompanies this motion.**

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| /s/ Julia Z. Haller | /s/ Edmund G. LaCour Jr. |
| Signature | Signature (signed by Julia Haller with permission of Edmund G. LaCour Jr.) |
| Julia Z. Haller | Edmund G. LaCour Jr. |
| Printed name and bar number | Printed name |
| America First Legal Foundation | Office of the Alabama Attorney General |
| Office name | Office name |
| 611 Washington Avenue S.E., #231, Washington, DC 20003 | 501 Washington Avenue, Montgomery, AL 36130 |
| Address | Address |
| 202.964.3721 | 334.242.7300 |
| Telephone number | Telephone number |
| | 334.353.8400 |
| Fax Number | Fax Number |
| juli.haller@aflegal.org | edmund.lacour@alabamaag.gov |
| Email Address | Email Address |

Edmund G. LaCour Jr.
Bar Membership List
1/2/2025
Page **1** of **2**

| Name of State or Federal Bar or Court | Bar Number (if any) | Date Admitted | Last Renewed | Status with Bar or Court (active, inactive, retired, etc.) |
|---|---|---|---|---|
| State of Alabama | ASB-9182-U81L | 09/30/2011 | | Active |
| State of Texas | 24085422 | 05/2013 | | Inactive |
| U.S. Supreme Court | | 08/10/2015 | | Active |
| 1st Circuit Court of Appeals | 1214521 | 1/2/2025 | | Active |
| 2nd Circuit Court of Appeals | | 5/15/2024 | | Active |
| 3rd Circuit Court of Appeals | | 2017 | | Active |
| 4th Circuit Court of Appeals | | 6/16/2021 | | Active |
| 5th Circuit Court of Appeals | | 2017 | | Active |
| 6th Circuit Court of Appeals | | 2013 | | Active |
| 7th Circuit Court of Appeals | | 8/19/2022 | | Active |
| 8th Circuit Court of Appeals | | 1/30/2024 | | Active |
| 9th Circuit Court of Appeals | | 5/12/2015 | | Active |
| 10th Circuit Court of Appeals | | 12/21/2023 | | Active |
| 11th Circuit Court of Appeals | | 2016 | | Active |
| U.S Court of Appeals, D.C. Circuit | | 05/29/2015 | | Active |

Edmund G. LaCour Jr.
Bar Membership List
1/2/2025
Page **2** of **2**

| Name of State or Federal Bar or Court | Bar Number (if any) | Date Admitted | Last Renewed | Status with Bar or Court (active, inactive, retired, etc.) |
|---|---|---|---|---|
| U.S. Court of Appeals, Federal Circuit | | 07/13/2015 | | Active |
| District of Columbia Bar | | 01/2016 | | Inactive |
| U.S. District Court, Northern District of Alabama | | 12/28/2018 | | Active |
| U.S. District Court, Middle District of Alabama | | 12/26/2018 | | Active |
| U.S. District Court, Southern District of Alabama | | 01/04/2019 | 12/29/2023 | Active |
| U.S. District Court, Northern District of Texas | 24085422 | 09/09/2014 | | Active |
| U.S. District Court, District of North Dakota | | 02/10/2023 | | Active |
| U.S. District Court, Eastern District of Texas | | 01/01/2025 | | Active |
| | | | | |