IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

PFLAG, INC., et al.,
    *Plaintiffs*,

v.

DONALD J. TRUMP, in his official capacity as President of the United States, et al.,
    *Defendants*.

Civil Action No. BAH-25-337

**CONSOLIDATED INDEX OF EXHIBITS IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

| Exhibit | Description |
|---|---|
| A | Declaration of Omar Gonzalez-Pagan ISO Motion for Preliminary Injunction with Exhibits A-1 through A-18. |
| A-1 | HRSA Memorandum |
| A-2 | CDC Grant Termination Letter |
| A-3 | Children's National Statement |
| A-4 | Children's Hospital of Richmond Statement |
| A-5 | UVA Health Statement |
| A-6 | 29 News Article - UVA Health Resumption of Care |
| A-7 | Denver Health Statement |
| A-8 | Letter from Jason Miyares, Attorney General of Virginia, to UVA and VCU |
| A-9 | Children's Hospital of Colorado Letter |
| A-10 | LA Times News Article – Children's Hospital of Los Angeles Cessation |

| Exhibit | Description |
|---|---|
| A-11 | Detroit Free Press News Article – Corewell Health Cessation of Care |
| A-12 | Detroit Free Press News Article – Corewell Health Resumption of Care |
| A-13 | Children's Hospital of Phoenix Letter |
| A-14 | Tucson Sentinel News Article – Prisma Community Care Cessation of Care |
| A-15 | AZ Central News Article – Prisma Community Care Resumption of Care |
| A-16 | White House Statement |
| A-17 | FDA Notice |
| A-18 | CDC Notice |
| B | Declaration of Bruce Boe |
| C | Declaration of Bella Boe |
| D | Declaration of George Goe |
| E | Declaration of Gabe Goe |
| F | Declaration of Rachel Roe |
| G | Declaration of Robert Roe |
| H | Declaration of Claire Coe |
| I | Declaration of Cameron Coe |
| J | Declaration of Lawrence Loe |
| K | Declaration of Dylan Doe |

| Exhibit | Description |
|---|---|
| L | Declaration of Alex Sheldon (Executive Director of GLMA) |
| M | Declaration of Brian K. Bond (CEO of PFLAG, Inc.) |
| N | Declaration of E.M. |
| O | Declaration of Jane Doe 1 |
| P | Declaration of Jane Doe 2 |
| Q | Declaration of Jane Doe 3 |
| R | Declaration of Jane Doe 4 |
| S | Declaration of Jane Doe 5 |
| T | Declaration of Jane Doe 6 |
| U | Declaration of Dr. Peyton Poe |
| V | Declaration of Dr. Kyle Koe |
| W | Declaration of Kristen Chapman |
| X | Declaration of M.V. |
| Y | Declaration of Dr. Jeffrey Birnbaum |
| Z | Declaration of Dr. Natalie Noe |
| AA | Declaration of Dr. Armand Antommaria |
| BB | Declaration of Dr. Dan Karasic |
| CC | Declaration of Dr. Daniel Shumer |
| DD | Declaration of Dr. Jack Turban |

| Exhibit | Description |
|---|---|
| EE | Supplemental Declaration of Omar Gonzalez-Pagan ISO Motion for Preliminary Injunction with Exhibit EE-1 |
| EE-1 | Br. of Amici Curiae Clinical Practice Guideline Experts ISO Pet. & Resp't ISO Pet., *United States v. Skrmetti*, No. 23-477 (U.S. Sept. 3, 2024). |
| FF | Supplemental Declaration of Dr. Armand Antommaria |
| GG | Supplemental Declaration of Dr. Dan Karasic |
| HH | Supplemental Declaration of Dr. Daniel Shumer |
| II | Supplemental Declaration of Dr. Jack Turban |