# Exhibit EE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| PFLAG, INC., et al.,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>    *Defendants*. | Civil Action No. BAH-25-337 |

**SUPPLEMENTAL DECLARATION OF OMAR GONZALEZ-PAGAN IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

I, Omar Gonzalez-Pagan, hereby declare and state:

1. I am over 18 years of age, of sound mind, and fully capable of making this declaration. I have personal knowledge of the facts set forth in this declaration, they are true and correct, and I would be able to testify about these facts if I were called as a witness at a hearing or trial.

2. I am a licensed attorney in the Commonwealth of Massachusetts and the State of New York. I am Senior Counsel and Health Care Strategist at Lambda Legal, and counsel for Plaintiffs in this action.

3. I submit this declaration in support of Plaintiffs' Motion for a Preliminary Injunction.

4. On September 3, 2024, adolescent medicine specialists, pediatricians, clinicians, methodologists, professors, and researchers submitted an *amicus curiae* brief in support of the petitioner in *United States v. Skrmetti*, No. 23-477 (U.S. argued Dec. 4, 2024), which explains that the WPATH guidelines are supported by decades of scientific research and clinical experience and

that the methodological critiques of the WPATH guidelines advanced by certain State Amici are meritless.  Exhibit **EE-1** is a true and correct copy of that *amicus* brief.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    Executed on this 26th day of February, 2025.

                                                    */s/ Omar Gonzalez-Pagan*
                                                  Omar Gonzalez-Pagan