IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

PFLAG, INC., et al.,
    *Plaintiffs*,

v.

DONALD J. TRUMP, in his official capacity as President of the United States, et al.,
    *Defendants*.

Civil Action No. BAH-25-337

## PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiffs PFLAG, Inc. and GLMA: Health Professionals Advancing LGBTQ+ Equality ("GLMA") (collectively, the "Member Organization Plaintiffs"); Gabe Goe, by and through his parent and next friend George Goe; George Goe; Bella Boe, by and through her parent and next friend Bruce Boe; Bruce Boe; Cameron Coe, by and through their parent and next friend Claire Coe; Claire Coe; Robert Roe, by and through his parent and next friend Rachel Roe; Rachel Roe; Lawrence Loe; and Dylan Doe (collectively, the "Individual Plaintiffs") respectfully submit this notice of supplemental authority.

On February 28, 2025, the United States District Court for the Western District of Washington issued the attached order in *Washington v. Trump*, Dkt. No. 233, No. 2:25-cv-00244-LK (W.D. Wash. Feb. 28, 2025), granting in part and denying in part plaintiffs' motion for preliminary injunction regarding the same Executive Orders at issue here.

On February 28, 2025, the United States Court of Appeals for the Fourth Circuit issued the attached order in *CASA, Inc. v. Trump*, Dkt. No. 29, No. 25-1153 (4th Cir. Feb. 28, 2025), denying the government's motion for a partial stay pending appeal of a preliminary injunction issued by the district court.

Dated: March 2, 2025                                  Respectfully submitted,

/s/ *Omar Gonzalez-Pagan*

Joshua Block*  
Harper Seldin*  
Chase Strangio*  
Alexandra R. Johnson*  
**American Civil Liberties Union**  
  **Foundation**  
125 Broad Street, Floor 18  
New York, NY 10004  
Telephone: (212) 549-2500  
Facsimile: (212) 549-2650  
jblock@aclu.org  
hseldin@aclu.org  
cstrangio@aclu.org  
a.johnson@aclu.org  

Deborah A. Jeon (Fed. Bar No. 06905)  
Zoe M. Ginsberg (Fed. Bar No. 30727)  
**American Civil Liberties Union**  
  **Foundation of Maryland**  
3600 Clipper Mill Road, Suite 200  
Baltimore, MD 21211  
Telephone: (410) 889-8555  
Facsimile: (410) 366-7838  
jeon@aclu-md.org  
zginsberg@aclu-md.org  

Catherine E. Stetson**  
Danielle Desaulniers Stempel (Fed. Bar No. 20501, Renewed 1/31/25)  
Kristina Alekseyeva*  
Sam H. Zwingli*  
**Hogan Lovells US LLP**  
555 13th Street, N.W.  
Washington, D.C. 20004  
Telephone: (202) 637-5491  
Facsimile: (202) 637-5910  
cate.stetson@hoganlovells.com  
danielle.stempel@hoganlovells.com  
kristina.alekseyeva@hoganlovells.com  
sam.zwingli@hoganlovells.com  

Omar Gonzalez-Pagan*  
Jennifer C. Pizer*  
**Lambda Legal Defense**  
  **and Education Fund, Inc.**  
120 Wall Street, 19th Floor  
New York, NY 10005  
Telephone: (212) 809-8585  
Facsimile: (855) 535-2236  
ogonzalez-pagan@lambdalegal.org  
jpizer@lambdalegal.org  


Karen L. Loewy*  
**Lambda Legal Defense**  
  **and Education Fund, Inc.**  
815 16th Street NW, Suite 4140  
Washington, DC 20006  
Telephone: (202) 804-6245  
Facsimile: (855) 535-2236  
kloewy@lambdalegal.org  

Nora Huppert*  
**Lambda Legal Defense**  
  **and Education Fund, Inc.**  
65 E. Wacker Place, Suite 2000  
Chicago, IL 60601  
Telephone: (312) 605-3233  
Facsimile: (855) 535-2236  
nhuppert@lambdalegal.org  

Jackson Skeen***  
**Hogan Lovells US LLP**  
125 High Street  
Suite 2010  
Boston, MA 02110  
Telephone: (617) 702-7747  
Facsimile: (617) 371-1037  
jackson.skeen@hoganlovells.com  

*Attorneys for Plaintiffs*

2

*Application for admission pro hac vice granted.
\*\*Application for admission forthcoming.
\*\*\*Application for admission pro hac vice granted and admitted only in D.C. Supervised by principals of the firm admitted in Massachusetts.

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was electronically filed using the Court's CM/ECF system. Service was effected by and through the Court's CM/ECF system.

Dated: March 2, 2025                              */s/ Omar Gonzalez-Pagan*
                                                  Omar Gonzalez-Pagan