## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| PFLAG, INC., et al., *Plaintiffs*, v. DONALD J. TRUMP, in his official capacity as President of the United States, et al., *Defendants*. | Civil Action No. BAH-25-337 (DLF) |

### MOTION TO WITHDRAW KRISTINA ALEKSEYEVA AS COUNSEL FOR PLAINTIFFS

Plaintiffs hereby move to withdraw Kristina Alekseyeva as counsel in this appeal. Ms. Alekseyeva will no longer be associated with the firm of Hogan Lovells beginning March 4, 2025 and will no longer represent plaintiffs in this appeal. Plaintiffs will continue to be represented in this appeal by other counsel of record.

Dated: March 3, 2025

Respectfully submitted,

*/s/ Kristina Alekseyeva*
Kristina Alekseyeva
**Hogan Lovells US LLP**
555 13th Street, N.W.
Washington, D.C. 20004
Telephone: (202) 637-5600
Facsimile:  (202) 637-5910
kristina.alekseyeva@hoganlovells.com

(Admitted *pro hac vice*)

## CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2025, the foregoing document was filed electronically using the Court's CM/ECF system. Service was effected by and through the Court's CM/ECF system.

/s/ Kristina Alekseyeva
Kristina Alekseyeva
