IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

PFLAG, INC., ET AL.,

    Plaintiffs,

v.                                    Civil No. 25-337-BAH

DONALD J. TRUMP ET AL.,

    Defendants.

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

For the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that Plaintiffs' motion for a preliminary injunction, ECF 69, is **GRANTED**.[1] It is further

**ORDERED** that Defendants U.S. Department of Health and Human Services ("HHS"), Robert F. Kennedy, Jr., in his official capacity as Secretary of HHS; the Health Resources and Services Administration ("HRSA"); Diana Espinosa, in her official capacity as Principal Deputy Administrator of HRSA; the National Institutes of Health ("NIH"); Matthew J. Memoli, in his official capacity as Acting NIH Director; the National Science Foundation ("NSF"); Sethuraman Panchanathan, in his official capacity as Director of NSF; any subagencies of Defendant HHS, their officers, agents, successors, servants, employees, and attorneys, and any other persons who are in active concert or participation with them, are **ENJOINED** from conditioning, withholding, or terminating federal funding under Section 3(g) of Executive Order 14,168 and Section 4 of

---

[1] For the purposes of this preliminary injunction, "Defendants" herein refers to all Defendants listed in the amended complaint except President Trump.

Executive Order 14,187, based on the fact that a healthcare entity or health professional provides gender-affirming medical care to a patient under the age of nineteen; it is further

**ORDERED** that Defendants must provide written notice of the Court's preliminary injunction to all Defendants and their employees, contractors, and grantees by March 10, 2025. The written notice shall instruct the aforementioned groups that Defendants may not take any steps to implement, give effect to, or reinstate under a different name the directives in Section 3(g) of Executive Order 14,168 or Section 4 of Executive Order 14,187 that condition or withhold federal funding based on the fact that a healthcare entity or health professional provides gender-affirming medical care to a patient under the age of nineteen. The written notice shall also instruct Defendant agencies to release any disbursements on funds that were paused due to the Executive Orders; it is further

**ORDERED** that the preliminary injunction remains in effect pending further orders from this Court; it is further

**ORDERED** that Defendants shall file a status report on or before March 11, 2025, apprising the Court of the status of Defendants' compliance with this Order, including by providing a copy of the written notice described above; it is further

**ORDERED** that no security bond is required because Defendants will not suffer any costs from the preliminary injunction. Fed. R. Civ. P. 65(c).

Dated: March 4, 2025

Brendan A. Hurson
United States District Judge