**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

PFLAG, INC., *et al.*,

    *Plaintiffs*,

          v.

DONALD J. TRUMP, in his official capacity as
President of the United States, *et al.*,

    *Defendants*.

Civil Action No.  BAH-25-337

**[PROPOSED] ORDER ON PLAINTIFFS' EMERGENCY MOTION TO ENFORCE**
**PRELIMINARY INJUNCTION**

This matter is before the Court on Plaintiffs' Motion to Enforce the Preliminary Injunction. Finding good cause, the Court **GRANTS** the Motion.  The Court hereby directs Defendants and any subagencies, including the Centers for Medicare and Medicaid Services, the Health Resources and Services Administration, and the Substance Abuse and Mental Health Services Administration, to immediately rescind the notices issued on March 5 and 6, 2025 and any other similar notices issued to date indicating that an institution's federal funding is or may be conditioned on whether the federal funding recipient provides gender affirming medical care to people under nineteen, and to post notices of these rescissions on their respective websites.

The Court further orders that all Agency Defendants and their subagencies must provide recipients of the rescission notice with a copy of the Court's enforcement order, the preliminary injunction in this matter, and the Court's March 4, 2025 memorandum opinion.

The Court further orders the Agency Defendants to file with the Court signed confirmation from the leader of each Defendant agency (including all subagencies of HHS) that they have personally received a copy of this enforcement order and have read it.

Dated this _____ day of _____, 2025              BY THE COURT:

                                                     _____
                                                     Brendan A. Hurson
                                                     United States District Judge