# EXHIBIT A



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

Office of the Secretary

Office of the Assistant Secretary for Health
Washington, D.C. 20201

March 7, 2025

Dear Colleagues and Grantees:

Promoting health across the reproductive health lifespan is the Office of Population Affairs (OPA)'s highest priority. There remains a great need and opportunity to ensure children and youth are receiving all the appropriate care and services they need to thrive.

As you may know, the Department of Health and Human Services (HHS), through Centers for Medicare and Medicaid Services (CMS), sent a Quality and Safety Special Alert Memo (QSSAM) yesterday, alerting providers to the dangerous chemical and surgical mutilation of children, including interventions that cause sterilization. The QSSAM reminds providers of their duty to serve all patients, especially children, with dignity and adherence to the highest standard of care that is informed by robust evidence and the utmost scientific integrity. The memo notes that the U.S. is now an outlier in the treatment of gender-dysphoria in children, as the United Kingdom, Sweden, and Finland have recently issued restrictions on the use of puberty blockers and cross-sex hormones for children. Moving forward, OPA will review and re-align, to the extent allowed by law, OPA policies, grants, and programs in light of the concerns discussed in the QSSAM and may begin taking steps in the future to appropriately update its policies to protect children from chemical and surgical mutilation. OPA may also consider rescoping, delaying, or potentially cancelling new grants in the future depending on the nature of the work and any future policy change(s) OPA may make. OPA will follow any applicable substantive and procedural requirements in taking any future action, effective immediately.

Thank you for your continued partnership with HHS and OPA and for your cooperation as we work together to improve the health and well-being of the children of this country and to Make America Healthy Again. The QSSAM's message to providers on the dangerous chemical and surgical mutilation of children, including interventions that cause sterilization, is informed by a growing body of evidence and protective policies across the world. OPA may begin taking steps to update its policies to protect children from chemical and surgical mutilation.

Sincerely,

Leith J. States, M.D.
Acting Assistant Secretary for Health

Attachment:
CMS QSSAM-25-02-Hospitals, Protecting Children from Chemical and Surgical Mutilation