# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| PFLAG, INC., *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civil Action No. 8:25-cv-337<br>) |
| DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, | )<br>)<br>) |
| Defendants. | )<br>)<br>) |

## **PROPOSED ORDER**

Having considered Plaintiffs' motion to enforce the preliminary injunction and Defendants' opposition, Plaintiffs' motion is DENIED.

IT IS SO ORDERED.


Date: March _____, 2025                           _____
                                                                    BRENDAN A. HURSON
                                                                    UNITED STATES DISTRICT JUDGE