IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|   |   |
|---|---|
| PFLAG, INC., *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 8:25-cv-337-BAH |
| | ) |
| DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## STATUS REPORT

Defendants respectfully submit this status report regarding the Court's preliminary injunction, entered on March 4, 2025. *See* ECF No. 116 ("Order").

1. This Court entered a preliminary injunction on the evening of March 4, 2025. The Court's Order directed, among other things, that "Defendants must provide written notice of the Court's preliminary injunction to all Defendants and their employees, contractors, and grantees by March 10, 2025." Order at 2. The Order also directed that "Defendants shall file a status report on or before March 11, 2025, apprising the Court of the status of Defendants' compliance with this Order, including by providing a copy of the written notice described above." *Id.*

2. Consistent with that directive, counsel for Defendants notified the Defendants by the morning of March 5, 2025, that the Court had entered a preliminary injunction. Counsel for Defendants followed up today with a written notice ("Notice") to the Defendants of the preliminary injunction, with the instruction that the Notice should be disseminated to employees, contractors, and grantees as applicable.

3. A copy of the Notice is attached hereto.

Dated: March 10, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

MICHELLE BENNETT
Assistant Branch Director

*/s/ Christian S. Daniel*
VINITA B. ANDRAPALLIYAL
Senior Trial Counsel
CHRISTIAN S. DANIEL
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Tel.: (202) 305-0845
vinita.b.andrapalliyal@usdoj.gov
christian.s.daniel@usdoj.gov

*Counsel for Defendants*