To:     Agencies, Employees, Contractors, and Grantees
          U.S. Department of Health & Human Services
          National Science Foundation

From: Vinita B. Andrapalliyal, Christian S. Daniel, Michelle R. Bennett

Date: March 10, 2025

Re: Notice of Court Order, *PFLAG v. Trump*, 8:25-cv-337-BAH (D.Md.)

---

## NOTICE OF COURT ORDER

You are hereby advised that a preliminary injunction has been entered in the case of *PFLAG v. Trump*, No. 8:25-cv-337-BAH (D.Md.), ECF No. 116 (March 4, 2025). You are receiving this Notice pursuant to the Court's directive that notice of the order be provided "to all Defendants and agencies and their employees, contractors, and grantees by March 10, 2025." A copy of the Court's Order is attached for reference.

Plaintiffs challenged Section 4 of Executive Order (EO) 14,187, *Protecting Children from Chemical and Surgical Mutilation* (Jan. 28, 2025), which directs the heads of departments and agencies "that provide[] research or educational grants to medical institutions" to, "consistent with applicable law and in coordination with the Director of the Office of Management and Budget, immediately take appropriate steps to ensure that institutions receiving Federal research or education grants end the chemical and surgical mutilation of children." EO 14,187 § 4. Plaintiffs also challenged Section 3(g) of Executive Order 14,168, *Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government*, which directed agency heads to "take all necessary steps, as permitted by law," to "assess grant conditions and grantee preferences and ensure grant funds do not promote gender ideology."

In response, the Court entered a preliminary injunction prohibiting certain actions by the Defendants, which is effective immediately. This preliminary injunction supersedes the Court's prior temporary restraining order. All Defendants—including their employees, contractors, and grantees—must immediately comply with the Court's Order. Please refer to the enclosed Order for its full terms.

To assist in your compliance, here is a summary of the key terms:

1. **Defendants and all their respective officers, agents, successors, servants, employees, and attorneys, and any person in active concert or participation with them, are enjoined from conditioning, withholding, or terminating federal funding under Section 3(g) of EO 14,168 and Section 4 of EO 14,187, based on the fact that a healthcare entity or health professional provides gender-affirming medical care to a patient under the age of nineteen.**

2. **Defendants and their employees, contractors, and grantees are to receive written notice that Defendants may not take any steps to implement, give effect to, or reinstate under a different name the directives in Section 3(g) of EO 14,168 or**

    **Section 4 of EO 14,187 that condition or withhold federal funding based on the fact that a healthcare entity or health professional provides gender-affirming medical care to a patient under nineteen.**

3. **Defendants and their employees, contractors, and grantees are to receive written notice that Defendant agencies are to release any disbursements on funds that were paused due to Section 3(g) of EO 14,168 or Section 4 of EO 14,187.**

If you have any questions about the scope or effect of the Court's Order, please contact your agency's Office of General Counsel or your grant officer, as appropriate. Thank you for your attention to this matter.