AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. BAH-25-337

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Donald J. Trump, President
was received by me on *(date)* 02/07/2025 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* Certified U.S. Mail, Postage Prepaid, Return Receipt Requested
Delivered on 2/13/2025

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 03/05/2025

*Server's signature*

Kenyon North, Jr. Paralegal
*Printed name and title*

Jenner & Block LLP
1099 New York Ave., NW, Ste. 900
Washington, D.C. 20001

*Server's address*

Additional information regarding attempted service, etc:

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)       $
☐ Return Receipt (electronic)     $           Postmark
☐ Certified Mail Restricted Delivery  $        Here
☐ Adult Signature Required        $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage and Fees
$

FEB 07 2025

**DONALD J. TRUMP**
Office of the President
1600 Pennsylvania Ave. NW
Washington, DC 20220

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7018 1830 0000 2002 1706 6347

ALERT: SEVERE WEATHER IN THE MIDWEST & SOUTHWEST THROUGH THE MIDSOUTH, AND…

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

**70181830000217066347**

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item has been delivered to an agent. The item was picked up at USPS at 4:21 am on February 13, 2025 in WASHINGTON, DC 20220.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered to Agent

**Delivered to Agent, Picked up at USPS**
WASHINGTON, DC 20220
February 13, 2025, 4:21 am

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates                                                              ⌄

USPS Tracking Plus®                                                                ⌄

Product Information                                                                ⌄

See Less ⌃

Track Another Package

Feedback