AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. BAH-25-337

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Dorothy A. Fink, Acting Secretary of the U.S. Department of Health and Human Services__
was received by me on *(date)* __02/07/2025__.

❏ I personally served the summons on the individual at *(place)* _____
on *(date)* _____; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____; or

❏ I returned the summons unexecuted because _____; or

☑ Other *(specify):* Certified U.S. Mail, Postage Prepaid, Return Receipt Requested
Delivered on 2/12/2025

My fees are $ __0.00__ for travel and $ __0.00__ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __03/05/2025__

*Server's signature*

Kenyon North, Jr. Paralegal
*Printed name and title*

Jenner & Block LLP
1099 New York Ave., NW, Ste. 900
Washington, D.C. 20001
*Server's address*

Additional information regarding attempted service, etc:

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

**OFFICIAL USE**

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy) $ _____
☐ Return Receipt (electronic) $ _____   Postmark
☐ Certified Mail Restricted Delivery $ _____   Here
☐ Adult Signature Required $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage
$

Total Postage and Fees
$

DOROTHY A. FINK
U.S. Department of Health and Human Services
200 Independence Ave. SW
Washington, DC 20201

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7018 1830 0002 1706 6345

ALERT: SEVERE WEATHER IN THE MIDWEST & SOUTHWEST THROUGH THE MIDSOUTH, AND...

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

**70181830000217066385**

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 8:02 am on February 12, 2025 in WASHINGTON, DC 20201.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Front Desk/Reception/Mail Room**

WASHINGTON, DC 20201
February 12, 2025, 8:02 am

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates**  ⌄

**USPS Tracking Plus®**  ⌄

**Product Information**  ⌄

See Less ⌃

Track Another Package

Feedback