AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. BAH-25-337

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Erek L. Barron, U.S. Attorney for the District of Maryland__

was received by me on *(date)* __02/07/2025__.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Certified U.S. Mail, Postage Prepaid, Return Receipt Requested Delivered on 2/10/2025

My fees are $ __0.00__ for travel and $ __0.00__ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __03/05/2025__

*Server's signature*

Kenyon North, Jr. Paralegal
*Printed name and title*

Jenner & Block LLP
1099 New York Ave., NW, Ste. 900
Washington, D.C. 20001

*Server's address*

Additional information regarding attempted service, etc:




ALERT: SEVERE WEATHER IN THE MIDWEST & SOUTHWEST THROUGH THE MIDSOUTH, AND…

## USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

**70181830000217066392**

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 12:48 pm on February 10, 2025 in BALTIMORE, MD 21201.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered

Delivered, Front Desk/Reception/Mail Room

BALTIMORE, MD 21201
February 10, 2025, 12:48 pm

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

See Less ⌃

Track Another Package

Feedback