AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. BAH-25-337

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __National Institutes of Health__

was received by me on *(date)* __02/07/2025__ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: Certified U.S. Mail, Postage Prepaid, Return Receipt Requested
Delivered on 2/13/2025

My fees are $ __0.00__ for travel and $ __0.00__ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __03/05/2025__

*Server's signature*

Kenyon North, Jr. Paralegal
*Printed name and title*

Jenner & Block LLP
1099 New York Ave., NW, Ste. 900
Washington, D.C. 20001
*Server's address*

Additional information regarding attempted service, etc:

