IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

_____
                                                    )
PFLAG, INC., *et al.*,                              )
                                                    )
            Plaintiffs,             )
                                                    )
            v.                      )   Civil Action No. 8:25-cv-337-BAH
                                                    )
DONALD J. TRUMP, in his official capacity as        )
President of the United States, *et al.*,           )
                                                    )
            Defendants.             )
_____)

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that all Defendants in the above-captioned case hereby appeal to the United States Court of Appeals for the Fourth Circuit from this Court's Memorandum Opinion (ECF No. 115) and Order (ECF No. 116), both entered March 4, 2025.

Dated: March 21, 2025                    Respectfully submitted,

                                       YAAKOV M. ROTH
                                       Acting Assistant Attorney General

                                       MICHELLE BENNETT
                                       Assistant Branch Director

                                       */s/ Christian S. Daniel*
                                       VINITA B. ANDRAPALLIYAL
                                       Senior Trial Counsel
                                       CHRISTIAN S. DANIEL
                                       Trial Attorney
                                       United States Department of Justice
                                       Civil Division, Federal Programs Branch
                                       1100 L Street NW
                                       Washington, DC 20530
                                       Tel.: (202) 305-0845
                                       vinita.b.andrapalliyal@usdoj.gov
                                       christian.s.daniel@usdoj.gov

                                       *Counsel for Defendants*