FILED: March 24, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1279

(8:25-cv-00337-BAH)

_____

PFLAG, INC.; AMERICAN ASSOCIATION OF PHYSICIANS FOR HUMAN RIGHTS, INC., d/b/a GLMA: Health Professionals Advancing LGBTQ Equality; GABE GOE, by and through his parent and next friend George Goe; GEORGE GOE; BELLA BOE, by and through her parent and next friend Bruce Boe; BRUCE BOE; CAMERON COE, by and through their parent and next friend Claire Coe; CLAIRE COE; ROBERT ROE, by and through his parent and next friend Rachel Roe; RACHEL ROE; LAWRENCE LOE; DYLAN DOE

    Plaintiffs - Appellees

v.

DONALD J. TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; DOROTHY FINK, in her official capacity as Acting Secretary of the U.S. Department of Health; HEALTH RESOURCES AND SERVICES ADMINISTRATION; DIANA ESPINOSA, in her official capacity as Principal Deputy Administrator of the Health Resources and Services Administration; NATIONAL INSTITUTES OF HEALTH; MATTHEW J. MEMOLI, in his official capacity as Acting NIH Director; NATIONAL SCIENCE FOUNDATION; SETHURAMAN PANCHANATHAN, in his official capacity as Director of the National Science Foundation; STATE OF WEST VIRGINIA

    Defendants - Appellants

---

This case has been opened on appeal.

| Originating Court | United States District Court for the District of Maryland at Greenbelt |
|---|---|

| | |
|---|---|
| Originating Case Number | 8:25-cv-00337-BAH |
| Date notice of appeal filed in originating court: | 03/21/2025 |
| Appellants | Diana Espinosa, Dorothy A. Fink, Health Resources and Services Administration, Matthew J. Memoli, National Institutes of Health, National Science Foundation, Sethuraman Panchanathan, State of West Virginia, Donald J. Trump, U.S. Department of Health and Human Services |
| Appellate Case Number | 25-1279 |
| Case Manager | Anisha Walker 804-916-2704 |