IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

PFLAG, INC., *et al.*,

        Plaintiffs,

        v.

DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,

        Defendants.

Civil Action No. 8:25-cv-337

**<u>ORDER</u>**

Having considered the parties' joint motion for a limited partial stay, the motion is GRANTED.

Defendants' deadline for responding to the Amended Complaint and any deadlines triggered by Rule 16(b), including the submission of a conference report under Rule 26(f), are hereby STAYED pending the resolution of Defendants' pending appeal of the preliminary injunction before the Fourth Circuit.

The stay of the deadline for Defendants to respond to the Amended Complaint and of the deadlines triggered by Rule 16(b) shall not affect the ability of Plaintiffs to (1) seek leave to amend their Amended Complaint or seek additional preliminary injunctive relief on the basis of further actions by the Government or (2) move to enforce the preliminary injunction during the pendency of the appeal.

It is further ORDERED that within 7 days of the Fourth Circuit panel's decision, the parties file a joint status report advising the Court of their respective positions on whether the stay should be continued pending further appellate proceedings before the en banc Fourth Circuit

or the Supreme Court.

    IT IS SO ORDERED.

Date: April __8__, 2025

/s/
HON. BRENDAN A. HURSON
UNITED STATES DISTRICT JUDGE