# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND
### OFFICE OF THE CLERK

Catherine M. Stavlas, Clerk of Court
David E. Ciambruschini, Chief Deputy

Reply to Northern Division Address

April 8, 2025

Joseph Ray Jordan
#60818-054
FCI-1, P.O. Box 1000
Butner, NC 27509

Re: Case No. BAH-25-337

Dear Counsel/Party:

The Clerk received your Notice of Judicial Conflict on April 7, 2025; however, it is deficient in the area(s) checked below and is being returned to you.

**Noncompliance with L.R. 101 or 102**

- ☐ Member of bar has not signed the document.
- ☐ Business entities other than sole proprietorships must be represented by counsel.

**Noncompliance with L.R. 102 and FRCivP 5**

- ☐ Certificate of service not affixed to document.
- ☐ Certificate of service not dated and/or not signed.

**Noncompliance with L.R. 104 or 105**

- ☐ Discovery materials should not be filed unless in support of a motion or by court order.
- ☐ Discovery motion filed contrary to L.R. 104.7.
- ☐ Motion to compel filed contrary to L.R. 104.8.

**Miscellaneous**

- ☐ Document does not contain original signature.
- ☐ Document relates to more than one file. Original and appropriate copies are required for each file unless the cases have been consolidated for all purposes.
- ☐ Offer of judgment should not be filed with the Court until it has been accepted. Fed. R. Civ. P. 68.
- ☒ Other: Filer is not a party to this case.

4/8/25

Brendan A. Hurson Date
United States District Judge

cc: Other counsel/party
Return pleading letter (Rev. 02/2011)

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

**Visit the U.S. District Court's Website at www.mdd.uscourts.gov**