TO THE CHAMBERS OF:

Judge Brendan A. Hurson
Courthouse Chambers
101 W. Lombard St.
Baltimore, MD 21201-2605



Re: Pflag v. Trump*
Case No. 25-cv-337

## NOTICE OF JUDICIAL CONFLICT

    Pursuant to the U.S. Constitution (Articles II & III) and Title 28 U.S.C. Section 455(a), your Honor is hereby presented with legal notice of circumstances that appear to create a judicial conflict of interest in the above - and all similar cases - involving President Donald J. Trump. Furthermore, you are hereby reminded, of your duty - under Section 455(a), and Canons 1 and 2 (b) of the Code of Conduct For United States Judges - to disclose the circumstances (described below) to all parties in the above identified case, and any similar litigation over which your Honor is presiding.

    When a district court judge presides over a case in which the constitutionality of an executive order, or the lawfulness of executive action, is at issue, that judge has a conflict of interest - because, unlike Supreme Court justices (that sit on the highest court in the land, and thus do not seek promotion), a lower court judge relies upon the President of the United States (whose actions are at issue in the case) for an appointment to a higher court.

    In other words, Article II, Section 2 of the Constitution gives the President - the defendant in the case - the ability to increase your Honor's power, pay, and prestige by nominating you for a position on the Court of Appeals or Supreme Court! And under those circumstances, your Honor's impartiality "might reasonably be questioned." (There exists the potential of extrajudicial influence that could cause a judge (in such circumstances) to favor the defendant to obtain ultimate financial gain, or to be harsher on him to avoid the appearance of partiality.)

    The purpose of Section 455(a) is to avoid the appearance of partiality. Liljeberg v. Health Services, 486 U.S. 847, 868 (1988). And so, whenever it appears to a reasonable person that a judge has an interest in the outcome of the litigation, recusal is mandated, even when no actual partiality exists.

    For these reasons, your Honor should recuse yourself from the above case, and any case involving Presidential affairs, and must notify all parties in the above case, of the circumstances identified herein.

Date: 3/31/2025
3/31/2025

Respectfully yours,

Joseph Ray Jordan
JJORDAN8054@EMAILINTERFACE.ORG
Reg. No. 60818-054
FCI-1, P.O. Box 1000
Butner, NC 27509-1000

CC: Adm. Office of The U.S. Courts, Federal Judicial Bldg. 20544