IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

_____
)
PFLAG, INC., *et al.*,                              )
                                                    )
                Plaintiffs,                   )
                                                    )
               v.                                )   Civil Action No. 8:25-cv-337
                                                    )
DONALD J. TRUMP, in his official capacity as        )
President of the United States, *et al.*,           )
                                                    )
                Defendants.                   )
_____)

## NOTICE

1. Defendants hereby provide notice to the Court of certain past actions by the Centers for Disease Control and Prevention ("CDC") related to the parties' prior briefing on, and the Court's opinion granting, Plaintiffs' motion for preliminary injunction.

2. In Plaintiffs' Memorandum in Support of Plaintiffs' Motion for a Preliminary Injunction, ECF No. 69-1, Plaintiffs cited a CDC notice to grant recipients. *See id*. at 6–7. In Defendants' Memorandum in Opposition to Plaintiffs' Motion for a Preliminary Injunction, ECF No. 90, Defendants stated that the cited CDC notice was "now-rescinded." *Id*. at 9. Defendants further stated that "no agency defendant has revoked or denied any particular grants as a result of the EOs." *Id*. at 9; *see also id*. at 7. In the Court's opinion, the Court stated that Defendants "characterize the CDC notice as 'now rescinded,' but provide no further information on this alleged recission." *See* Memorandum Opinion at 6 n.11, ECF No. 115.

3. In their Memorandum in Opposition to Plaintiffs' Motion for a Preliminary Injunction, Defendants intended to convey that no funding was currently revoked or

actually withheld on the basis of the EOs. Defendants provide the information herein to clarify their statements and the actions taken by CDC prior to the Court's decision granting Plaintiffs' motion for preliminary injunction.

4. On January 31, 2025, CDC sent grant recipients the notice attached as Exhibit 1 and referenced in the Court's opinion. On February 11, 2025, via the agency's grant administration system, GrantSolutions, CDC notified grant recipients that it had rescinded the notice. *See* Exhibit 2.

5. Also on January 31, 2025, CDC terminated 17 grants. *See* Exs. 3–19. Each termination notice stated, *inter alia*, that the termination was "in accordance with the President's Executive Order, Defending Women from Gender Ideology Extremism and Restoring Biological Truth to Federal Government." *Id.* at 5. No funds were de-obligated based on these terminations. On February 11, 2025, CDC reinstated each of those grants through individual Notices of Award. *See* Exs. 20–36.[1]

---

[1] Unique identifying numbers of grant recipients have been redacted from each Notice.

Dated: April 21, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

MICHELLE BENNETT
Assistant Branch Director

*/s/ Christian S. Daniel*
VINITA B. ANDRAPALLIYAL
Senior Counsel
CHRISTIAN S. DANIEL
ROBERT C. BOMBARD
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Tel.: (202) 305-0845
vinita.b.andrapalliyal@usdoj.gov
christian.s.daniel@usdoj.gov
robert.bombard2@usdoj.gov

*Counsel for Defendants*