## View / Reply to Grant Message 

**Subject:** UPDATE: Temporary Restraining Order
**Communication Type:** Correspondence  **Category:** Bulk Message

| AUTHOR | MESSAGE | DATE / TIME | ACTIONS |
|---|---|---|---|
| Shirley Byrd | In compliance with the Temporary Restraining Order issued on January 31, 2025, in the United States District Court in the District of Rhode Island, the purpose of this communication is to rescind the following CDC communications effective immediately:January 29, 2025: Cease DEI Activities on ALL CDC funded awardsJanuary 31, 2025: Cease ALL Activities Promoting Gender IdeologyPlease direct questions to PRISM@cdc.gov | 02/11/2025 09:09 AM EST | |

**Add Reply**

