**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

Centers for Disease Control and Prevention

Notice of Award
Award# 6 NU62PS924690-04-01
FAIN# NU62PS924690
Federal Award Date: 01/31/2025

## Recipient Information

1. **Recipient Name**
   ALTAMED HEALTH SERVICES CORPORATION
   2040 Camfield Avenue
   Los Angeles, CA 90040-1502
   [NO DATA]

2. **Congressional District of Recipient**
   40
3. **Payment System Identifier (ID)**
4. **Employer Identification Number (EIN)**
5. **Data Universal Numbering System (DUNS)**
6. **Recipient's Unique Entity Identifier (UEI)**
7. **Project Director or Principal Investigator**
   Mrs. Marcy Kaplan
   Director of HIV Services
   MKAPLAN@ALTAMED.ORG
   2135026158

8. **Authorized Official**
   Mr. Paul Tropea
   Director of Grants, Finance & Analysis
   ptropea@AltaMed.org
   3238897352

### Federal Agency Information
CDC Office of Financial Resources

9. **Awarding Agency Contact Information**
   Ms. Chamarla Brame
   Grants Management Specialist
   qpv3@cdc.gov
   404.498.4134

10. **Program Official Contact Information**
    Nasima Marguerite Camp
    Program Officer
    yul9@cdc.gov
    404-639-8246

## Federal Award Information

11. **Award Number**
    6 NU62PS924690-04-01
12. **Unique Federal Award Identification Number (FAIN)**
    NU62PS924690
13. **Statutory Authority**
    Sections 301 and 318 of the PHS Act [42 U.S.C. 241 and 247(c)], as amended

14. **Federal Award Project Title**
    Comprehensive High-Impact HIV Prevention Programs for Community-Based Organizations

15. **Assistance Listing Number**
    93.939
16. **Assistance Listing Program Title**
    HIV Prevention Activities_Non-Governmental Organization Based

17. **Award Action Type**
    Terminate
18. **Is the Award R&D?**
    No

## Summary Federal Award Financial Information

| | |
|---|---|
| 19. Budget Period Start Date 07/01/2024 - End Date 01/31/2025 | |
| 20. Total Amount of Federal Funds Obligated by this Action | $0.00 |
| 20a. Direct Cost Amount | $0.00 |
| 20b. Indirect Cost Amount | $0.00 |
| 21. Authorized Carryover | $0.00 |
| 22. Offset | $0.00 |
| 23. Total Amount of Federal Funds Obligated this budget period | $441,625.00 |
| 24. Total Approved Cost Sharing or Matching, where applicable | $0.00 |
| 25. Total Federal and Non-Federal Approved this Budget Period | $441,625.00 |
| 26. Period of Performance Start Date 07/01/2021 - End Date 01/31/2025 | |
| 27. Total Amount of the Federal Award including Approved Cost Sharing or Matching this Period of Performance | $1,766,500.00 |

28. **Authorized Treatment of Program Income**
    ADDITIONAL COSTS
29. **Grants Management Officer – Signature**
    Ms. Stephanie Latham
    Team Lead, Grants Management Officer

30. **Remarks**

# DEPARTMENT OF HEALTH AND HUMAN SERVICES
## Centers for Disease Control and Prevention

Notice of Award

Award# 6 NU62PS924690-04-01
FAIN# NU62PS924690
Federal Award Date: 01/31/2025

| Recipient Information | |
|---|---|
| **Recipient Name** | |
| ALTAMED HEALTH SERVICES CORPORATION | |
| 2040 Camfield Avenue | |
| Los Angeles, CA 90040-1502 | |
| [NO DATA] | |
| **Congressional District of Recipient** | |
| 40 | |
| **Payment Account Number and Type** | |
| **Employer Identification Number (EIN) Data** | |
| **Universal Numbering System (DUNS)** | |
| **Recipient's Unique Entity Identifier (UEI)** | |

**31. Assistance Type**
Cooperative Agreement

**32. Type of Award**
Other

### 33. Approved Budget
(Excludes Direct Assistance)

I. Financial Assistance from the Federal Awarding Agency Only
II. Total project costs including grant funds and all other financial participation

| | | |
|---|---|---:|
| a. | Salaries and Wages | $238,578.00 |
| b. | Fringe Benefits | $64,416.00 |
| | c. Total Personnel Costs | $302,994.00 |
| d. | Equipment | $0.00 |
| e. | Supplies | $11,051.00 |
| f. | Travel | $2,901.00 |
| g. | Construction | $0.00 |
| h. | Other | $39,203.00 |
| i. | Contractual | $0.00 |
| j. | **TOTAL DIRECT COSTS** | $356,149.00 |
| k. | **INDIRECT COSTS** | $85,476.00 |
| l. | **TOTAL APPROVED BUDGET** | $441,625.00 |
| m. | Federal Share | $441,625.00 |
| n. | Non-Federal Share | $0.00 |

### 34. Accounting Classification Codes

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | ASSISTANCE LISTING | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---:|---|
| 1-92102PG | 21NU62PS924690 | PS | 41.51 | 93.939 | $0.00 | 75-21-0950 |
| 2-92102PG | 21NU62PS924690 | PS | 41.51 | 93.939 | $0.00 | 75-22-0950 |
| 3-92102PG | 21NU62PS924690 | PS | 41.51 | 93.939 | $0.00 | 75-23-0950 |
| 4-92102PG | 21NU62PS924690 | PS | 41.51 | 93.939 | $0.00 | 75-24-0950 |



**DEPARTMENT OF HEALTH AND HUMAN SERVICES** Notice of Award

Centers for Disease Control and Prevention

Award# 6 NU62PS924690-04-01
FAIN# NU62PS924690
Federal Award Date: 01/31/2025

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |

# AWARD ATTACHMENTS

ALTAMED HEALTH SERVICES CORPORATION                    6 NU62PS924690-04-01

1. Terms

**TERMS AND CONDITIONS OF AWARD**

**Termination**: The purpose of this amendment is to terminate this award in accordance with the President's Executive Order, Defending Women from Gender Ideology Extremism and Restoring Biological Truth to Federal Government and Office of Personnel Management guidance issued January 29, 2025.

No additional activities can be conducted, and no additional costs may be incurred. Un-obligated balances will be de-obligated.

**Closeout**: Submit all closeout reports identified below within 120 days of the period of performance end date of January 31, 2025. Submit the documentation as a "Grant Closeout" amendment in GrantSolutions. The reporting timeframe is the full period of performance. Please note, if you fail to submit timely and accurate reports, CDC may also pursue other enforcement actions per 45 CFR PART 75.371.

**Final Performance/Progress Report:** This report should include the information specified in the Notice of Funding Opportunity (NOFO). At a minimum, the report will include the following: • Statement of progress made toward the achievement of originally stated aims. • Description of results (positive or negative) considered significant. • List of publications resulting from the project, with plans, if any, for further publication.

**Final Federal Financial Report (FFR, SF-425)**: The FFR should only include those funds authorized and expended during the timeframe covered by the report. The final report must indicate the exact balance of unobligated funds and may not reflect any unliquidated obligations. Should the amount not match with the final expenditures reported to the Payment Management System (PMS), you will be required to update your reports to PMS accordingly.

**Equipment and Supplies - Tangible Personal Property Report (SF-428)**: A completed SF-428 detailing all major equipment acquired with a unit acquisition cost of $5,000 or more. If no equipment was acquired under the award, a negative report is required