

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

Notice of Award

Award# 6 NU62PS924784-03-01
FAIN# NU62PS924784
Federal Award Date: 01/31/2025

| Recipient Information | Federal Award Information |
|---|---|
| **1. Recipient Name** <br> WHITMAN-WALKER CLINIC INC <br> 1377 R St. NW Ste 200 <br> Washington, DC 20009-6293 <br> [NoPhoneRecord] | **11. Award Number** <br> 6 NU62PS924784-03-01 <br> **12. Unique Federal Award Identification Number (FAIN)** <br> NU62PS924784 <br> **13. Statutory Authority** <br> Sections 301 and 318(b) of the Public Health Service Act; 42 USC Sections 241 and 247c(a), as amended |
| **2. Congressional District of Recipient** <br> 98 <br> **3. Payment System Identifier (ID)** <br> ▓▓▓▓▓ <br> **4. Employer Identification Number (EIN)** <br> ▓▓▓▓▓ <br> **5. Data Universal Numbering System (DUNS)** <br> ▓▓▓▓▓ <br> **6. Recipient's Unique Entity Identifier (UEI)** <br> ▓▓▓▓▓ | **14. Federal Award Project Title** <br> Community to Care: Expanding Access to Status-Neutral Services for Gender Diverse People in DC <br> **15. Assistance Listing Number** <br> 93.944 <br> **16. Assistance Listing Program Title** <br> Human Immunodeficiency Virus (HIV)/Acquired Immunodeficiency Virus Syndrome (AIDS) Surveillance <br> **17. Award Action Type** <br> Terminate <br> **18. Is the Award R&D?** <br> No |
| **7. Project Director or Principal Investigator** <br> Britt Walsh <br> Principal Investigator <br> bwalsh@whitman-walker.org <br> 202-797-4457 | **Summary Federal Award Financial Information** |
| **8. Authorized Official** <br> Ms. Meghan Davies <br> N/A <br> mdavies@whitman-walker.org <br> 202-797-4454 | **19. Budget Period Start Date** 06/30/2024 - **End Date** 01/31/2025 <br> **20. Total Amount of Federal Funds Obligated by this Action** $0.00 <br>   20a. Direct Cost Amount $0.00 <br>   20b. Indirect Cost Amount $0.00 <br> **21. Authorized Carryover** $0.00 <br> **22. Offset** $0.00 <br> **23. Total Amount of Federal Funds Obligated this budget period** $500,000.00 <br> **24. Total Approved Cost Sharing or Matching, where applicable** $0.00 <br> **25. Total Federal and Non-Federal Approved this Budget Period** $500,000.00 <br> **26. Period of Performance Start Date** 06/30/2022 - **End Date** 01/31/2025 <br> **27. Total Amount of the Federal Award including Approved Cost Sharing or Matching this Period of Performance** $1,500,000.00 |
| **Federal Agency Information** <br> CDC Office of Financial Resources | |
| **9. Awarding Agency Contact Information** <br> Mrs. Benita Bosier-Ingram <br> Grant Management Specialist <br> ula8@cdc.gov <br> 404-638-7434 | **28. Authorized Treatment of Program Income** <br> ADDITIONAL COSTS <br> **29. Grants Management Officer – Signature** <br> Ms. Stephanie Latham <br> Team Lead, Grants Management Officer |
| **10. Program Official Contact Information** <br> Kashif Iqbal <br> Health Scientist <br> kai9@cdc.gov <br> 4047188556 | |

**30. Remarks**

# DEPARTMENT OF HEALTH AND HUMAN SERVICES
## Centers for Disease Control and Prevention

**Notice of Award**

Award# 6 NU62PS924784-03-01
FAIN# NU62PS924784
Federal Award Date: 01/31/2025

## Recipient Information

**Recipient Name**
WHITMAN-WALKER CLINIC INC
1377 R St. NW Ste 200
Washington, DC 20009-6293
[NoPhoneRecord]

**Congressional District of Recipient**
98

**Payment Account Number and Type**

**Employer Identification Number (EIN) Data**

**Universal Numbering System (DUNS)**

**Recipient's Unique Entity Identifier (UEI)**

**31. Assistance Type**
Cooperative Agreement

**32. Type of Award**
Other

### 33. Approved Budget
(Excludes Direct Assistance)

I. Financial Assistance from the Federal Awarding Agency Only
II. Total project costs including grant funds and all other financial participation

| | |
|---|---:|
| a.  Salaries and Wages | $168,682.00 |
| b.  Fringe Benefits | $102,120.00 |
| c.  Total Personnel Costs | $270,802.00 |
| d.  Equipment | $0.00 |
| e.  Supplies | $1,432.00 |
| f.  Travel | $4,500.00 |
| g.  Construction | $0.00 |
| h.  Other | $35,943.00 |
| i.  Contractual | $100,000.00 |
| j.  **TOTAL DIRECT COSTS** | **$412,677.00** |
| k.  **INDIRECT COSTS** | **$87,323.00** |
| l.  **TOTAL APPROVED BUDGET** | **$500,000.00** |
| m.  Federal Share | $500,000.00 |
| n.  Non-Federal Share | $0.00 |

### 34. Accounting Classification Codes

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | ASSISTANCE LISTING | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---:|---|
| 2-9390JT6 | 22NU62PS924784 | PS | 41.51 | 93.944 | $0.00 | 75-22-0950 |
| 3-9390JT6 | 22NU62PS924784 | PS | 41.51 | 93.944 | $0.00 | 75-23-0950 |
| 4-9390JT6 | 22NU62PS924784 | PS | 41.51 | 93.944 | $0.00 | 75-24-0950 |



**DEPARTMENT OF HEALTH AND HUMAN SERVICES** Notice of Award

Centers for Disease Control and Prevention

Award# 6 NU62PS924784-03-01
FAIN# NU62PS924784
Federal Award Date: 01/31/2025

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---:|---:|---:|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |

# AWARD ATTACHMENTS

WHITMAN-WALKER CLINIC INC                                                              6 NU62PS924784-03-01

1. TERMINATION

**TERMS AND CONDITIONS OF AWARD**

**Termination**: The purpose of this amendment is to terminate this award in accordance with the President's Executive Order, Defending Women from Gender Ideology Extremism and Restoring Biological Truth to Federal Government and Office of Personnel Management guidance issued January 29, 2025.

No additional activities can be conducted, and no additional costs may be incurred. Un-obligated balances will be de-obligated.

**Closeout**: Submit all closeout reports identified below within 120 days of the period of performance end date of January 31, 2025. Submit the documentation as a "Grant Closeout" amendment in GrantSolutions. The reporting timeframe is the full period of performance. Please note, if you fail to submit timely and accurate reports, CDC may also pursue other enforcement actions per 45 CFR PART 75.371.

**Final Performance/Progress Report:** This report should include the information specified in the Notice of Funding Opportunity (NOFO). At a minimum, the report will include the following: • Statement of progress made toward the achievement of originally stated aims. • Description of results (positive or negative) considered significant. • List of publications resulting from the project, with plans, if any, for further publication.

**Final Federal Financial Report (FFR, SF-425)**: The FFR should only include those funds authorized and expended during the timeframe covered by the report. The final report must indicate the exact balance of unobligated funds and may not reflect any unliquidated obligations. Should the amount not match with the final expenditures reported to the Payment Management System (PMS), you will be required to update your reports to PMS accordingly.

**Equipment and Supplies - Tangible Personal Property Report (SF-428)**: A completed SF-428 detailing all major equipment acquired with a unit acquisition cost of $5,000 or more. If no equipment was acquired under the award, a negative report is required