

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
Centers for Disease Control and Prevention

Notice of Award
Award# 6 NU65PS923752-03-02
FAIN# NU65PS923752
Federal Award Date: 02/11/2025

## Recipient Information

1. **Recipient Name**
   PUERTO RICAN CULTURAL CENTER
   2739 W Division St # 41
   Chicago, IL 60622-2854
   [NO DATA]

2. **Congressional District of Recipient**
   04
3. **Payment System Identifier (ID)**
4. **Employer Identification Number (EIN)**
5. **Data Universal Numbering System (DUNS)**
6. **Recipient's Unique Entity Identifier (UEI)**
7. **Project Director or Principal Investigator**
   Ms. Dezarae Rodriguez
   Project Director
   dezaraerodriguez@prcc-chgo.org
   331-444-6472
8. **Authorized Official**
   Mr. Jose Lopez
   Authorzing Business Official
   joseelopez@prcc-chgo.org
   773-394-4935

### Federal Agency Information
CDC Office of Financial Resources

9. **Awarding Agency Contact Information**
   Mr. Keith Preciados
   Grants Management Specialist
   zpw9@cdc.gov
   770-488-5392

10. **Program Official Contact Information**
    Veronica McCants
    vrm0@cdc.gov
    404.639.5194

## Federal Award Information

11. **Award Number**
    6 NU65PS923752-03-02
12. **Unique Federal Award Identification Number (FAIN)**
    NU65PS923752
13. **Statutory Authority**
    This program is authorized under Sections 301 and 318(a) of the Public Health Service Act; 42 USC Sections 241 and 247c(a), as amended.
14. **Federal Award Project Title**
    High-Impact HIV Prevention Project for YTG of Color in Chicago
15. **Assistance Listing Number**
    93.939
16. **Assistance Listing Program Title**
    HIV Prevention Activities_Non-Governmental Organization Based
17. **Award Action Type**
    NGA Revision
18. **Is the Award R&D?**
    No

### Summary Federal Award Financial Information

| | |
|---|---|
| 19. Budget Period Start Date 04/01/2024 - End Date 03/31/2025 | |
| 20. Total Amount of Federal Funds Obligated by this Action | $0.00 |
| 20a. Direct Cost Amount | $0.00 |
| 20b. Indirect Cost Amount | $0.00 |
| 21. Authorized Carryover | $0.00 |
| 22. Offset | $0.00 |
| 23. Total Amount of Federal Funds Obligated this budget period | $400,000.00 |
| 24. Total Approved Cost Sharing or Matching, where applicable | $0.00 |
| 25. Total Federal and Non-Federal Approved this Budget Period | $400,000.00 |
| 26. Period of Performance Start Date 04/01/2022 - End Date 03/31/2027 | |
| 27. Total Amount of the Federal Award including Approved Cost Sharing or Matching this Period of Performance | $1,262,500.00 |

28. **Authorized Treatment of Program Income**
    ADDITIONAL COSTS
29. **Grants Management Officer – Signature**
    Ms. Stephanie Latham
    Team Lead, Grants Management Officer

30. **Remarks**

# DEPARTMENT OF HEALTH AND HUMAN SERVICES
## Centers for Disease Control and Prevention

Notice of Award

Award# 6 NU65PS923752-03-02
FAIN# NU65PS923752
Federal Award Date: 02/11/2025

## Recipient Information

**Recipient Name**
PUERTO RICAN CULTURAL CENTER
2739 W Division St # 41
Chicago, IL 60622-2854
[NO DATA]

**Congressional District of Recipient**
04

**Payment Account Number and Type**

**Employer Identification Number (EIN) Data**

**Universal Numbering System (DUNS)**

**Recipient's Unique Entity Identifier (UEI)**

**31. Assistance Type**
Cooperative Agreement

**32. Type of Award**
Other

### 33. Approved Budget
(Excludes Direct Assistance)

I. Financial Assistance from the Federal Awarding Agency Only
II. Total project costs including grant funds and all other financial participation

| | | |
|---|---|---:|
| a. | Salaries and Wages | $266,333.00 |
| b. | Fringe Benefits | $57,491.00 |
| | c. Total Personnel Costs | $323,824.00 |
| d. | Equipment | $0.00 |
| e. | Supplies | $10,600.00 |
| f. | Travel | $3,573.00 |
| g. | Construction | $0.00 |
| h. | Other | $50,003.00 |
| i. | Contractual | $12,000.00 |
| j. | TOTAL DIRECT COSTS | $400,000.00 |
| k. | INDIRECT COSTS | $0.00 |
| l. | TOTAL APPROVED BUDGET | $400,000.00 |
| m. | Federal Share | $400,000.00 |
| n. | Non-Federal Share | $0.00 |

### 34. Accounting Classification Codes

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | ASSISTANCE LISTING | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---:|---|
| 2-93908J1 | 22NU65PS923752 | PS | 41.51 | 93.939 | $0.00 | 75-22-0950 |
| 2-9390JS5 | 22NU65PS923752 | PS | 41.51 | 93.939 | $0.00 | 75-22-0950 |
| 3-93908J1 | 22NU65PS923752 | PS | 41.51 | 93.939 | $0.00 | 75-23-0950 |
| 3-9390JS5 | 22NU65PS923752 | PS | 41.51 | 93.939 | $0.00 | 75-23-0950 |
| 3-9390KZS | 22NU65PS923752 | PS | 41.51 | 93.939 | $0.00 | 75-23-0950 |
| 4-93908J1 | 22NU65PS923752 | PS | 41.51 | 93.939 | $0.00 | 75-24-0950 |
| 4-9390JS5 | 22NU65PS923752 | PS | 41.51 | 93.939 | $0.00 | 75-24-0950 |



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**  Notice of Award
Centers for Disease Control and Prevention

Award# 6 NU65PS923752-03-02
FAIN# NU65PS923752
Federal Award Date: 02/11/2025

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---:|---:|---:|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |

# AWARD ATTACHMENTS

| PUERTO RICAN CULTURAL CENTER | 6 NU65PS923752-03-02 |
|---|---|

1. Terms and Conditions

**TERMS AND CONDITIONS OF AWARD**

In compliance with the Temporary Restraining Order issued on January 31, 2025, in the United States District Court in the District of Rhode Island, the purpose of this amendment is to **rescind** the **Termination** Notice of Award issued January 31, 2025.

All the other terms and conditions issued with the original award remain in effect throughout the budget period unless otherwise changed, in writing, by the Grants Management Officer.