

# DEPARTMENT OF HEALTH AND HUMAN SERVICES
## Centers for Disease Control and Prevention

**Notice of Award**

Award# 6 NU65PS923756-03-02
FAIN# NU65PS923756
Federal Award Date: 02/11/2025

## Recipient Information

1. **Recipient Name**
   SOMEONE CARES INC OF ATLANTA
   1950 Spectrum Cir SE Ste 140A
   Marietta, GA 30067-8470

2. **Congressional District of Recipient**
   06
3. **Payment System Identifier (ID)**
4. **Employer Identification Number (EIN)**
5. **Data Universal Numbering System (DUNS)**
6. **Recipient's Unique Entity Identifier (UEI)**
7. **Project Director or Principal Investigator**
   Mr. Ronnie Bass
   Executive Director
   ronniebass@s1catl.org
   678-921-2706 x 100
8. **Authorized Official**
   Mr. Winston Liburd
   Grantee
   adolphusliburd@s1catl.org
   6789212706 Ext.104

### Federal Agency Information
CDC Office of Financial Resources

9. **Awarding Agency Contact Information**
   Mr. Anthony Fultz
   Grant Management Specialist
   qjj7@cdc.gov
   (404)498-4033

10. **Program Official Contact Information**
    Ronald Buchanan
    GSF8@cdc.gov
    404-639-5200

## Federal Award Information

11. **Award Number**
    6 NU65PS923756-03-02
12. **Unique Federal Award Identification Number (FAIN)**
    NU65PS923756
13. **Statutory Authority**
    This program is authorized under Sections 301 and 318(a) of the Public Health Service Act; 42 USC Sections 241 and 247c(a), as amended.
14. **Federal Award Project Title**
    Someone Cares high-impact HIV prevention program for Young Transgender Persons of Color
15. **Assistance Listing Number**
    93.939
16. **Assistance Listing Program Title**
    HIV Prevention Activities_Non-Governmental Organization Based
17. **Award Action Type**
    NGA Revision
18. **Is the Award R&D?**
    No

## Summary Federal Award Financial Information

| | |
|---|---|
| 19. Budget Period Start Date 04/01/2024 - End Date 03/31/2025 | |
| 20. Total Amount of Federal Funds Obligated by this Action | $0.00 |
| 20a. Direct Cost Amount | $0.00 |
| 20b. Indirect Cost Amount | $0.00 |
| 21. Authorized Carryover | $0.00 |
| 22. Offset | $0.00 |
| 23. Total Amount of Federal Funds Obligated this budget period | $400,000.00 |
| 24. Total Approved Cost Sharing or Matching, where applicable | $0.00 |
| 25. Total Federal and Non-Federal Approved this Budget Period | $400,000.00 |
| 26. Period of Performance Start Date 04/01/2022 - End Date 03/31/2027 | |
| 27. Total Amount of the Federal Award including Approved Cost Sharing or Matching this Period of Performance | $1,200,000.00 |

28. **Authorized Treatment of Program Income**
    ADDITIONAL COSTS
29. **Grants Management Officer – Signature**
    Ms. Stephanie Latham
    Team Lead, Grants Management Officer

30. **Remarks**

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

Centers for Disease Control and Prevention

Notice of Award

Award# 6 NU65PS923756-03-02
FAIN# NU65PS923756
Federal Award Date: 02/11/2025

| Recipient Information | | |
|---|---|---|
| **Recipient Name** | | |
| SOMEONE CARES INC OF ATLANTA | | |
| 1950 Spectrum Cir SE Ste 140A | | |
| Marietta, GA 30067-8470 | | |
| | | |
| **Congressional District of Recipient** | | |
| 06 | | |
| **Payment Account Number and Type** | | |
| **Employer Identification Number (EIN) Data** | | |
| **Universal Numbering System (DUNS)** | | |
| **Recipient's Unique Entity Identifier (UEI)** | | |

| 33. Approved Budget (Excludes Direct Assistance) | |
|---|---|
| I. Financial Assistance from the Federal Awarding Agency Only | |
| II. Total project costs including grant funds and all other financial participation | |
| a. Salaries and Wages | $220,810.00 |
| b. Fringe Benefits | $67,678.00 |
| c. Total Personnel Costs | $288,488.00 |
| d. Equipment | $0.00 |
| e. Supplies | $20,346.00 |
| f. Travel | $10,898.00 |
| g. Construction | $0.00 |
| h. Other | $47,917.00 |
| i. Contractual | $2,000.00 |
| j. TOTAL DIRECT COSTS | $369,649.00 |
| k. INDIRECT COSTS | $30,351.00 |
| l. TOTAL APPROVED BUDGET | $400,000.00 |
| m. Federal Share | $400,000.00 |
| n. Non-Federal Share | $0.00 |

**31. Assistance Type**
Cooperative Agreement

**32. Type of Award**
Other

**34. Accounting Classification Codes**

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | ASSISTANCE LISTING | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---|---|
| 2-93908J1 | 22NU65PS923756 | PS | 41.51 | 93.939 | $0.00 | 75-22-0950 |
| 2-9390JS5 | 22NU65PS923756 | PS | 41.51 | 93.939 | $0.00 | 75-22-0950 |
| 3-93908J1 | 22NU65PS923756 | PS | 41.51 | 93.939 | $0.00 | 75-23-0950 |
| 3-9390JS5 | 22NU65PS923756 | PS | 41.51 | 93.939 | $0.00 | 75-23-0950 |
| 4-93908J1 | 22NU65PS923756 | PS | 41.51 | 93.939 | $0.00 | 75-24-0950 |
| 4-9390JS5 | 22NU65PS923756 | PS | 41.51 | 93.939 | $0.00 | 75-24-0950 |



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**  Notice of Award
Centers for Disease Control and Prevention

Award# 6 NU65PS923756-03-02
FAIN# NU65PS923756
Federal Award Date: 02/11/2025

## Direct Assistance

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |

# AWARD ATTACHMENTS

| SOMEONE CARES INC OF ATLANTA | 6 NU65PS923756-03-02 |
|---|---|

1. Terms and Conditions

**TERMS AND CONDITIONS OF AWARD**

In compliance with the Temporary Restraining Order issued on January 31, 2025, in the United States District Court in the District of Rhode Island, the purpose of this amendment is to **rescind** the **Termination** Notice of Award issued January 31, 2025.

All the other terms and conditions issued with the original award remain in effect throughout the budget period unless otherwise changed, in writing, by the Grants Management Officer.