

DEPARTMENT OF HEALTH AND HUMAN SERVICES
Centers for Disease Control and Prevention

Notice of Award
Award#   6 NU65PS923761-03-02
FAIN#   NU65PS923761
Federal Award Date: 02/11/2025

| Recipient Information | Federal Award Information |
|---|---|
| 1. Recipient Name<br>BIRMINGHAM AIDS OUTREACH INC<br>PO BOX 550070<br>Birmingham, AL 35255-0070<br>205-322-4197 | 11. Award Number<br>6 NU65PS923761-03-02<br>12. Unique Federal Award Identification Number (FAIN)<br>NU65PS923761<br>13. Statutory Authority<br>This program is authorized under Sections 301 and 318(a) of the Public Health Service Act; 42 USC Sections 241 and 247c(a), as amended.<br>14. Federal Award Project Title<br>Transgender Comprehensive High Impact Prevention Project (T-CHIP) |
| 2. Congressional District of Recipient<br>06<br>3. Payment System Identifier (ID)<br>4. Employer Identification Number (EIN)<br>5. Data Universal Numbering System (DUNS)<br>6. Recipient's Unique Entity Identifier (UEI) | 15. Assistance Listing Number<br>93.939<br>16. Assistance Listing Program Title<br>HIV Prevention Activities_Non-Governmental Organization Based<br>17. Award Action Type<br>NGA Revision<br>18. Is the Award R&D?<br>No |
| 7. Project Director or Principal Investigator<br>Mr. Josh Bruce<br>Director of New Initiatives<br>Josh@birminghamaidsoutreach.org<br>2053224197 | |

### Summary Federal Award Financial Information

| | |
|---|---:|
| 19. Budget Period Start Date  04/01/2024  - End Date  03/31/2025 | |
| 20. Total Amount of Federal Funds Obligated by this Action | $0.00 |
| 20a. Direct Cost Amount | $0.00 |
| 20b. Indirect Cost Amount | $0.00 |
| 21. Authorized Carryover | $0.00 |
| 22. Offset | $0.00 |
| 23. Total Amount of Federal Funds Obligated this budget period | $400,000.00 |
| 24. Total Approved Cost Sharing or Matching, where applicable | $0.00 |
| 25. Total Federal and Non-Federal Approved this Budget Period | $400,000.00 |
| 26. Period of Performance Start Date 04/01/2022  - End Date 03/31/2027 | |
| 27. Total Amount of the Federal Award including Approved Cost Sharing or Matching this Period of Performance | $2,950,000.00 |

8. Authorized Official
Mr. Christopher Creamer
christopher@birminghamaidsoutreach.org
205 322 4197

### Federal Agency Information
CDC Office of Financial Resources

9. Awarding Agency Contact Information
Ms. Chamarla Brame
Grants Management Specialist
qpv3@cdc.gov
404.498.4134

10. Program Official Contact Information
Ms. Tanisha Quintanilla
Project Officer
DHP/PDIB
jbk3@cdc.gov
404-639-1991

28. Authorized Treatment of Program Income
ADDITIONAL COSTS
29. Grants Management Officer – Signature
Ms. Stephanie Latham
Team Lead, Grants Management Officer

30. Remarks

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

**Centers for Disease Control and Prevention**

Notice of Award

Award# 6 NU65PS923761-03-02
FAIN# NU65PS923761
Federal Award Date: 02/11/2025

## Recipient Information

**Recipient Name**
BIRMINGHAM AIDS OUTREACH INC
PO BOX 550070
Birmingham, AL 35255-0070
205-322-4197

**Congressional District of Recipient**
06

**Payment Account Number and Type**

**Employer Identification Number (EIN) Data**

**Universal Numbering System (DUNS)**

**Recipient's Unique Entity Identifier (UEI)**

**31. Assistance Type**
Cooperative Agreement

**32. Type of Award**
Other

### 33. Approved Budget
(Excludes Direct Assistance)

I. Financial Assistance from the Federal Awarding Agency Only
II. Total project costs including grant funds and all other financial participation

| | | |
|---|---|---|
| a. | Salaries and Wages | $229,175.00 |
| b. | Fringe Benefits | $69,355.00 |
| | c. Total Personnel Costs | $298,530.00 |
| d. | Equipment | $1,632.00 |
| e. | Supplies | $39,329.00 |
| f. | Travel | $10,000.00 |
| g. | Construction | $0.00 |
| h. | Other | $20,656.00 |
| i. | Contractual | $0.00 |
| j. | TOTAL DIRECT COSTS | $370,147.00 |
| k. | INDIRECT COSTS | $29,853.00 |
| l. | TOTAL APPROVED BUDGET | $400,000.00 |
| m. | Federal Share | $400,000.00 |
| n. | Non-Federal Share | $0.00 |

### 34. Accounting Classification Codes

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | ASSISTANCE LISTING | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---|---|
| 2-93908J1 | 22NU65PS923761 | PS | 41.51 | 93.939 | $0.00 | 75-22-0950 |
| 2-9390JS5 | 22NU65PS923761 | PS | 41.51 | 93.939 | $0.00 | 75-22-0950 |
| 3-93908J1 | 22NU65PS923761 | PS | 41.51 | 93.939 | $0.00 | 75-23-0950 |
| 3-9390JS5 | 22NU65PS923761 | PS | 41.51 | 93.939 | $0.00 | 75-23-0950 |
| 4-93908J1 | 22NU65PS923761 | PS | 41.51 | 93.939 | $0.00 | 75-24-0950 |
| 4-9390JS5 | 22NU65PS923761 | PS | 41.51 | 93.939 | $0.00 | 75-24-0950 |



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**  Notice of Award
Centers for Disease Control and Prevention

Award# 6 NU65PS923761-03-02
FAIN# NU65PS923761
Federal Award Date: 02/11/2025

## Direct Assistance

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |

# AWARD ATTACHMENTS

| | |
|---|---|
| BIRMINGHAM AIDS OUTREACH INC | 6 NU65PS923761-03-02 |

1. Terms and Conditions

**TERMS AND CONDITIONS OF AWARD**

In compliance with the Temporary Restraining Order issued on January 31, 2025, in the United States District Court in the District of Rhode Island, the purpose of this amendment is to **rescind** the **Termination** Notice of Award issued January 31, 2025.

All the other terms and conditions issued with the original award remain in effect throughout the budget period unless otherwise changed, in writing, by the Grants Management Officer.