**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
**Centers for Disease Control and Prevention**

Notice of Award
Award# 6 NU62PS924651-04-02
FAIN# NU62PS924651
Federal Award Date: 02/11/2025

## Recipient Information

1. **Recipient Name**
   SOMEONE CARES INC OF ATLANTA
   1950 Spectrum Cir SE Ste 140A
   Marietta, GA 30067-8470

2. **Congressional District of Recipient**
   06
3. **Payment System Identifier (ID)**
4. **Employer Identification Number (EIN)**
5. **Data Universal Numbering System (DUNS)**
6. **Recipient's Unique Entity Identifier (UEI)**
7. **Project Director or Principal Investigator**
   Mr. Ronnie Bass
   Executive Director
   ronniebass@s1catl.org
   678-921-2706 x 100

8. **Authorized Official**
   Probyn Cope
   Finance Director
   Probyncope@s1catl.org
   678-921-2706

### Federal Agency Information
CDC Office of Financial Resources

9. **Awarding Agency Contact Information**
   Mr. Anthony Fultz
   Grant Management Specialist
   qjj7@cdc.gov
   (404)498-4033

10. **Program Official Contact Information**
    Ronald Buchanan
    GSF8@cdc.gov
    404-639-5200

## Federal Award Information

11. **Award Number**
    6 NU62PS924651-04-02
12. **Unique Federal Award Identification Number (FAIN)**
    NU62PS924651
13. **Statutory Authority**
    Sections 301 and 318 of the PHS Act [42 U.S.C. 241 and 247(c)], as amended

14. **Federal Award Project Title**
    REAL/T (Reaching, Educating, Assisting and Liberating Transgender) Family

15. **Assistance Listing Number**
    93.939
16. **Assistance Listing Program Title**
    HIV Prevention Activities_Non-Governmental Organization Based

17. **Award Action Type**
    NGA Revision
18. **Is the Award R&D?**
    No

### Summary Federal Award Financial Information

| # | Item | Amount |
|---|------|-------:|
| 19. | Budget Period Start Date 07/01/2024 - End Date 06/30/2025 | |
| 20. | Total Amount of Federal Funds Obligated by this Action | $0.00 |
| | 20a. Direct Cost Amount | $0.00 |
| | 20b. Indirect Cost Amount | $0.00 |
| 21. | Authorized Carryover | $0.00 |
| 22. | Offset | $0.00 |
| 23. | Total Amount of Federal Funds Obligated this budget period | $441,625.00 |
| 24. | Total Approved Cost Sharing or Matching, where applicable | $0.00 |
| 25. | Total Federal and Non-Federal Approved this Budget Period | $441,625.00 |
| 26. | Period of Performance Start Date 07/01/2021 - End Date 06/30/2026 | |
| 27. | Total Amount of the Federal Award including Approved Cost Sharing or Matching this Period of Performance | $2,097,069.00 |

28. **Authorized Treatment of Program Income**
    ADDITIONAL COSTS

29. **Grants Management Officer – Signature**
    Ms. Stephanie Latham
    Team Lead, Grants Management Officer

30. **Remarks**

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

Centers for Disease Control and Prevention

Notice of Award

Award# 6 NU62PS924651-04-02
FAIN# NU62PS924651
Federal Award Date: 02/11/2025

## Recipient Information

**Recipient Name**
SOMEONE CARES INC OF ATLANTA
1950 Spectrum Cir SE Ste 140A
Marietta, GA 30067-8470

**Congressional District of Recipient**
06

**Payment Account Number and Type**

**Employer Identification Number (EIN) Data**

**Universal Numbering System (DUNS)**

**Recipient's Unique Entity Identifier (UEI)**

**31. Assistance Type**
Cooperative Agreement

**32. Type of Award**
Other

## 33. Approved Budget
(Excludes Direct Assistance)

I. Financial Assistance from the Federal Awarding Agency Only
II. Total project costs including grant funds and all other financial participation

| | | |
|---|---|---:|
| a. | Salaries and Wages | $223,375.00 |
| b. | Fringe Benefits | $68,464.00 |
| | c. Total Personnel Costs | $291,839.00 |
| d. | Equipment | $0.00 |
| e. | Supplies | $23,163.00 |
| f. | Travel | $21,272.00 |
| g. | Construction | $0.00 |
| h. | Other | $66,871.00 |
| i. | Contractual | $2,000.00 |
| j. | TOTAL DIRECT COSTS | $405,145.00 |
| k. | INDIRECT COSTS | $36,480.00 |
| l. | TOTAL APPROVED BUDGET | $441,625.00 |
| m. | Federal Share | $441,625.00 |
| n. | Non-Federal Share | $0.00 |

## 34. Accounting Classification Codes

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | ASSISTANCE LISTING | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---:|---|
| 1-92102PG | 21NU62PS924651 | PS | 41.51 | 93.939 | $0.00 | 75-21-0950 |
| 2-92102PG | 21NU62PS924651 | PS | 41.51 | 93.939 | $0.00 | 75-22-0950 |
| 3-92102PG | 21NU62PS924651 | PS | 41.51 | 93.939 | $0.00 | 75-23-0950 |
| 3-9390JV6 | 21NU62PS924651 | PS | 41.51 | 93.939 | $0.00 | 75-23-0950 |
| 4-92102PG | 21NU62PS924651 | PS | 41.51 | 93.939 | $0.00 | 75-24-0950 |



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**    Notice of Award

Centers for Disease Control and Prevention

Award#   6 NU62PS924651-04-02
FAIN#   NU62PS924651
Federal Award Date: 02/11/2025

### Direct Assistance

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---:|---:|---:|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |

# AWARD ATTACHMENTS

| | |
|---|---|
| SOMEONE CARES INC OF ATLANTA | 6 NU62PS924651-04-02 |

1. Terms and Conditions

**TERMS AND CONDITIONS OF AWARD**

In compliance with the Temporary Restraining Order issued on January 31, 2025, in the United States District Court in the District of Rhode Island, the purpose of this amendment is to **rescind** the **Termination** Notice of Award issued January 31, 2025.

All the other terms and conditions issued with the original award remain in effect throughout the budget period unless otherwise changed, in writing, by the Grants Management Officer.