

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
Centers for Disease Control and Prevention

Notice of Award
Award#  6 NU62PS924657-04-02
FAIN#  NU62PS924657
Federal Award Date: 02/11/2025

| Recipient Information | Federal Award Information |
|---|---|
| **1. Recipient Name**<br>PUERTO RICAN CULTURAL CENTER<br>2753 W Division St<br>Chicago, IL 60622-2854<br>[NO DATA] | **11. Award Number**<br>6 NU62PS924657-04-02<br>**12. Unique Federal Award Identification Number (FAIN)**<br>NU62PS924657<br>**13. Statutory Authority**<br>317(k)(2) and 318 of the Public Health Services Act, 42 U.S.C. sections 247 (k)(2) and 247c, as amended |
| **2. Congressional District of Recipient**<br>05<br>**3. Payment System Identifier (ID)**<br>**4. Employer Identification Number (EIN)**<br>**5. Data Universal Numbering System (DUNS)**<br>**6. Recipient's Unique Entity Identifier (UEI)** | **14. Federal Award Project Title**<br>Comprehensive High-Impact HIV Prevention Program in Chicago<br>**15. Assistance Listing Number**<br>93.939<br>**16. Assistance Listing Program Title**<br>HIV Prevention Activities_Non-Governmental Organization Based<br>**17. Award Action Type**<br>NGA Revision<br>**18. Is the Award R&D?**<br>No |
| **7. Project Director or Principal Investigator**<br>Ms. Dezarae Rodriguez<br>Project Director<br>dezaraerodriguez@prcc-chgo.org<br>331-444-6472 | |
| **8. Authorized Official**<br>Ms. Nathalie Tirado<br>nathaliet@prcc-chgo.org<br>(773) 598-9225 | |

| Summary Federal Award Financial Information | |
|---|---:|
| **19. Budget Period Start Date** 07/01/2024 - End Date 06/30/2025 | |
| **20. Total Amount of Federal Funds Obligated by this Action** | $0.00 |
| 20a. Direct Cost Amount | $0.00 |
| 20b. Indirect Cost Amount | $0.00 |
| **21. Authorized Carryover** | $0.00 |
| **22. Offset** | $0.00 |
| **23. Total Amount of Federal Funds Obligated this budget period** | $441,625.00 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | $0.00 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | $441,625.00 |
| **26. Period of Performance Start Date** 07/01/2021 - End Date 06/30/2026 | |
| **27. Total Amount of the Federal Award including Approved Cost Sharing or Matching this Period of Performance** | $1,766,500.00 |

**Federal Agency Information**
CDC Office of Financial Resources

**9. Awarding Agency Contact Information**
Mr. Keith Preciados
Grants Management Specialist
zpw9@cdc.gov
770-488-5392

**10. Program Official Contact Information**
Veronica McCants
vrm0@cdc.gov
404.639.5194

**28. Authorized Treatment of Program Income**
ADDITIONAL COSTS

**29. Grants Management Officer – Signature**
Ms. Stephanie Latham
Team Lead, Grants Management Officer

**30. Remarks**

# DEPARTMENT OF HEALTH AND HUMAN SERVICES
## Centers for Disease Control and Prevention

**Notice of Award**

Award# 6 NU62PS924657-04-02
FAIN# NU62PS924657
Federal Award Date: 02/11/2025

## Recipient Information

**Recipient Name**
PUERTO RICAN CULTURAL CENTER
2753 W Division St
Chicago, IL 60622-2854
[NO DATA]

**Congressional District of Recipient**
05

**Payment Account Number and Type**

**Employer Identification Number (EIN) Data**

**Universal Numbering System (DUNS)**

**Recipient's Unique Entity Identifier (UEI)**

**31. Assistance Type**
Cooperative Agreement

**32. Type of Award**
Other

## 33. Approved Budget
(Excludes Direct Assistance)

I. Financial Assistance from the Federal Awarding Agency Only
II. Total project costs including grant funds and all other financial participation

| | |
|---|---:|
| a. Salaries and Wages | $321,700.00 |
| b. Fringe Benefits | $61,123.00 |
| c. Total Personnel Costs | $382,823.00 |
| d. Equipment | $0.00 |
| e. Supplies | $15,788.00 |
| f. Travel | $7,356.00 |
| g. Construction | $0.00 |
| h. Other | $35,658.00 |
| i. Contractual | $0.00 |
| j. TOTAL DIRECT COSTS | $441,625.00 |
| k. INDIRECT COSTS | $0.00 |
| l. TOTAL APPROVED BUDGET | $441,625.00 |
| m. Federal Share | $441,625.00 |
| n. Non-Federal Share | $0.00 |

## 34. Accounting Classification Codes

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | ASSISTANCE LISTING | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---:|---|
| 1-92102PG | 21NU62PS924657 | PS | 41.51 | 93.939 | $0.00 | 75-21-0950 |
| 2-92102PG | 21NU62PS924657 | PS | 41.51 | 93.939 | $0.00 | 75-22-0950 |
| 3-92102PG | 21NU62PS924657 | PS | 41.51 | 93.939 | $0.00 | 75-23-0950 |
| 4-92102PG | 21NU62PS924657 | PS | 41.51 | 93.939 | $0.00 | 75-24-0950 |



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
Centers for Disease Control and Prevention

Notice of Award

Award# 6 NU62PS924657-04-02
FAIN# NU62PS924657
Federal Award Date: 02/11/2025

## Direct Assistance

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---:|---:|---:|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |

# AWARD ATTACHMENTS

| PUERTO RICAN CULTURAL CENTER | 6 NU62PS924657-04-02 |
|---|---|

1. Terms and Conditions

**TERMS AND CONDITIONS OF AWARD**

In compliance with the Temporary Restraining Order issued on January 31, 2025, in the United States District Court in the District of Rhode Island, the purpose of this amendment is to **rescind** the **Termination** Notice of Award issued January 31, 2025.

All the other terms and conditions issued with the original award remain in effect throughout the budget period unless otherwise changed, in writing, by the Grants Management Officer.