

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Centers for Disease Control and Prevention

Notice of Award

Award# 6 NU62PS924690-04-02
FAIN# NU62PS924690
Federal Award Date: 02/11/2025

## Recipient Information

**1. Recipient Name**
ALTAMED HEALTH SERVICES CORPORATION
2040 Camfield Avenue
Los Angeles, CA 90040-1502
[NO DATA]

**2. Congressional District of Recipient**
40

**3. Payment System Identifier (ID)**
▮▮▮▮▮▮▮▮

**4. Employer Identification Number (EIN)**
▮▮▮▮▮▮▮▮

**5. Data Universal Numbering System (DUNS)**
▮▮▮▮▮▮

**6. Recipient's Unique Entity Identifier (UEI)**
▮▮▮▮▮▮▮▮

**7. Project Director or Principal Investigator**
Mrs. Marcy Kaplan
Director of HIV Services
MKAPLAN@ALTAMED.ORG
2135026158

**8. Authorized Official**
Mr. Paul Tropea
Director of Grants, Finance & Analysis
ptropea@AltaMed.org
3238897352

### Federal Agency Information
CDC Office of Financial Resources

**9. Awarding Agency Contact Information**
Ms. Chamarla Brame
Grants Management Specialist
qpv3@cdc.gov
404.498.4134

**10.Program Official Contact Information**
Nasima Marguerite Camp
Program Officer
yul9@cdc.gov
404-639-8246

## Federal Award Information

**11. Award Number**
6 NU62PS924690-04-02

**12. Unique Federal Award Identification Number (FAIN)**
NU62PS924690

**13. Statutory Authority**
Sections 301 and 318 of the PHS Act [42 U.S.C. 241 and 247(c)], as amended

**14. Federal Award Project Title**
Comprehensive High-Impact HIV Prevention Programs for Community-Based Organizations

**15. Assistance Listing Number**
93.939

**16. Assistance Listing Program Title**
HIV Prevention Activities_Non-Governmental Organization Based

**17. Award Action Type**
NGA Revision

**18. Is the Award R&D?**
No

## Summary Federal Award Financial Information

| | | |
|---|---|---|
| **19. Budget Period Start Date** 07/01/2024 **- End Date** 06/30/2025 | | |
| **20. Total Amount of Federal Funds Obligated by this Action** | | $0.00 |
| 20a. Direct Cost Amount | | $0.00 |
| 20b. Indirect Cost Amount | | $0.00 |
| **21.** Authorized Carryover | | $0.00 |
| **22.** Offset | | $0.00 |
| **23.** Total Amount of Federal Funds Obligated this budget period | | $441,625.00 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | | $0.00 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | | $441,625.00 |
| **26.** Period of Performance Start Date 07/01/2021 **- End Date** 06/30/2026 | | |
| **27.** Total Amount of the Federal Award including Approved Cost Sharing or Matching this Period of Performance | | $1,766,500.00 |

**28. Authorized Treatment of Program Income**
ADDITIONAL COSTS

**29. Grants Management Officer – Signature**
Ms. Stephanie Latham
Team Lead, Grants Management Officer

## 30. Remarks

DEPARTMENT OF HEALTH AND HUMAN SERVICES    Notice of Award

Centers for Disease Control and Prevention

Award# 6 NU62PS924690-04-02
FAIN# NU62PS924690
Federal Award Date: 02/11/2025

## Recipient Information

**Recipient Name**
ALTAMED HEALTH SERVICES CORPORATION
2040 Camfield Avenue
Los Angeles, CA 90040-1502
[NO DATA]

**Congressional District of Recipient**
40

**Payment Account Number and Type**

**Employer Identification Number (EIN) Data**

**Universal Numbering System (DUNS)**

**Recipient's Unique Entity Identifier** (UEI)

---

**31. Assistance Type**
Cooperative Agreement

**32. Type of Award**
Other

---

**33. Approved Budget**
(Excludes Direct Assistance)

I.  Financial Assistance from the Federal Awarding Agency Only
II. Total project costs including grant funds and all other financial participation

| | |
|---|---|
| a.  Salaries and Wages | $238,578.00 |
| b.  Fringe Benefits | $64,416.00 |
| c.  Total Personnel Costs | $302,994.00 |
| d.  Equipment | $0.00 |
| e.  Supplies | $11,051.00 |
| f.  Travel | $2,901.00 |
| g.  Construction | $0.00 |
| h.  Other | $39,203.00 |
| i.  Contractual | $0.00 |
| j.  TOTAL DIRECT COSTS | $356,149.00 |
| k.  INDIRECT COSTS | $85,476.00 |
| l.  TOTAL APPROVED BUDGET | $441,625.00 |
| m.  Federal Share | $441,625.00 |
| n.  Non-Federal Share | $0.00 |

---

**34. Accounting Classification Codes**

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | ASSISTANCE LISTING | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---|---|
| 1-92102PG | 21NU62PS924690 | PS | 41.51 | 93.939 | $0.00 | 75-21-0950 |
| 2-92102PG | 21NU62PS924690 | PS | 41.51 | 93.939 | $0.00 | 75-22-0950 |
| 3-92102PG | 21NU62PS924690 | PS | 41.51 | 93.939 | $0.00 | 75-23-0950 |
| 4-92102PG | 21NU62PS924690 | PS | 41.51 | 93.939 | $0.00 | 75-24-0950 |



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

Centers for Disease Control and Prevention

Notice of Award

Award# 6 NU62PS924690-04-02

FAIN# NU62PS924690

Federal Award Date: 02/11/2025

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |

# AWARD ATTACHMENTS

ALTAMED HEALTH SERVICES CORPORATION                    6 NU62PS924690-04-02

1. Terms and Conditions

**TERMS AND CONDITIONS OF AWARD**

In compliance with the Temporary Restraining Order issued on January 31, 2025, in the United States District Court in the District of Rhode Island, the purpose of this amendment is to **rescind** the **Termination** Notice of Award issued January 31, 2025.

All the other terms and conditions issued with the original award remain in effect throughout the budget period unless otherwise changed, in writing, by the Grants Management Officer.