# DEPARTMENT OF HEALTH AND HUMAN SERVICES
## Centers for Disease Control and Prevention

**Notice of Award**

Award# 6 NU62PS924781-03-04
FAIN# NU62PS924781
Federal Award Date: 02/11/2025

## Recipient Information

1. **Recipient Name**
   CARE RESOURCE COMMUNITY HEALTH CENTERS INC
   3510 Biscayne Blvd FL 3rd
   Miami, FL 33137-3840
   --

2. **Congressional District of Recipient**
   24

3. **Payment System Identifier (ID)**

4. **Employer Identification Number (EIN)**

5. **Data Universal Numbering System (DUNS)**

6. **Recipient's Unique Entity Identifier (UEI)**

7. **Project Director or Principal Investigator**
   Mr. Douglas Steele
   dosteele@careresource.org
   305-576-1234 x 358

8. **Authorized Official**
   Dr. Steven Santiago
   Chief Executive Officer
   ssantiago@careresource.org
   305-576-1234 x 234

### Federal Agency Information
CDC Office of Financial Resources

9. **Awarding Agency Contact Information**
   Mrs. Benita Bosier-Ingram
   Grant Management Specialist
   ula8@cdc.gov
   404-638-7434

10. **Program Official Contact Information**
    Rupa Patel
    Program Officer
    ntw4@cdc.gov
    404-498-5224

## Federal Award Information

11. **Award Number**
    6 NU62PS924781-03-04
12. **Unique Federal Award Identification Number (FAIN)**
    NU62PS924781
13. **Statutory Authority**
    Sections 301 and 318(b) of the Public Health Service Act; 42 USC Sections 241 and 247c(a), as amended
14. **Federal Award Project Title**
    Project sTrenGth (Status-neutral Transgender-serving Organizations Ending Together HIV)
15. **Assistance Listing Number**
    93.944
16. **Assistance Listing Program Title**
    Human Immunodeficiency Virus (HIV)/Acquired Immunodeficiency Virus Syndrome (AIDS) Surveillance
17. **Award Action Type**
    NGA Revision
18. **Is the Award R&D?**
    No

## Summary Federal Award Financial Information

| # | Item | Amount |
|---|------|-------:|
| 19. | Budget Period Start Date 06/30/2024 - End Date 06/29/2025 | |
| 20. | Total Amount of Federal Funds Obligated by this Action | $0.00 |
| | 20a. Direct Cost Amount | $0.00 |
| | 20b. Indirect Cost Amount | $0.00 |
| 21. | Authorized Carryover | $0.00 |
| 22. | Offset | $0.00 |
| 23. | Total Amount of Federal Funds Obligated this budget period | $500,000.00 |
| 24. | Total Approved Cost Sharing or Matching, where applicable | $0.00 |
| 25. | Total Federal and Non-Federal Approved this Budget Period | $500,000.00 |
| 26. | Period of Performance Start Date 06/30/2022 - End Date 06/29/2026 | |
| 27. | Total Amount of the Federal Award including Approved Cost Sharing or Matching this Period of Performance | $1,599,164.00 |

28. **Authorized Treatment of Program Income**
    ADDITIONAL COSTS

29. **Grants Management Officer – Signature**
    Ms. Stephanie Latham
    Team Lead, Grants Management Officer

30. **Remarks**

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

**Centers for Disease Control and Prevention**

Notice of Award

Award# 6 NU62PS924781-03-04
FAIN# NU62PS924781
Federal Award Date: 02/11/2025

| Recipient Information | |
|---|---|
| **Recipient Name** | |
| CARE RESOURCE COMMUNITY HEALTH CENTERS INC | |
| 3510 Biscayne Blvd FL 3rd | |
| Miami, FL 33137-3840 | |
| -- | |
| **Congressional District of Recipient** | |
| 24 | |
| **Payment Account Number and Type** | |
| ▓▓▓▓ | |
| **Employer Identification Number (EIN) Data** | |
| ▓▓▓▓ | |
| **Universal Numbering System (DUNS)** | |
| ▓▓▓▓ | |
| **Recipient's Unique Entity Identifier (UEI)** | |
| ▓▓▓▓ | |

**31. Assistance Type**
Cooperative Agreement

**32. Type of Award**
Other

**33. Approved Budget**
(Excludes Direct Assistance)

I. Financial Assistance from the Federal Awarding Agency Only
II. Total project costs including grant funds and all other financial participation

| | | |
|---|---|---|
| a. | Salaries and Wages | $202,569.00 |
| b. | Fringe Benefits | $56,763.00 |
| | c. Total Personnel Costs | $259,332.00 |
| d. | Equipment | $0.00 |
| e. | Supplies | $12,618.00 |
| f. | Travel | $0.00 |
| g. | Construction | $0.00 |
| h. | Other | $60,000.00 |
| i. | Contractual | $115,000.00 |
| j. | TOTAL DIRECT COSTS | $446,950.00 |
| k. | INDIRECT COSTS | $53,050.00 |
| l. | TOTAL APPROVED BUDGET | $500,000.00 |
| m. | Federal Share | $500,000.00 |
| n. | Non-Federal Share | $0.00 |

**34. Accounting Classification Codes**

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | ASSISTANCE LISTING | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---|---|
| 2-9390JT6 | 22NU62PS924781 | PS | 41.51 | 93.944 | $0.00 | 75-22-0950 |
| 3-9390JT6 | 22NU62PS924781 | PS | 41.51 | 93.944 | $0.00 | 75-23-0950 |
| 4-9390JT6 | 22NU62PS924781 | PS | 41.51 | 93.944 | $0.00 | 75-24-0950 |



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**  Notice of Award
Centers for Disease Control and Prevention

Award# 6 NU62PS924781-03-04
FAIN# NU62PS924781
Federal Award Date: 02/11/2025

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---:|---:|---:|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |

# AWARD ATTACHMENTS

CARE RESOURCE COMMUNITY HEALTH CENTERS INC                6 NU62PS924781-03-04

1. Terms and Conditions

**TERMS AND CONDITIONS OF AWARD**

In compliance with the Temporary Restraining Order issued on January 31, 2025, in the United States District Court in the District of Rhode Island, the purpose of this amendment is to **rescind** the **Termination** Notice of Award issued January 31, 2025.

All the other terms and conditions issued with the original award remain in effect throughout the budget period unless otherwise changed, in writing, by the Grants Management Officer.