

# DEPARTMENT OF HEALTH AND HUMAN SERVICES
## Centers for Disease Control and Prevention

**Notice of Award**

Award# 6 NU62PS924783-03-02
FAIN# NU62PS924783
Federal Award Date: 02/11/2025

## Recipient Information

**1. Recipient Name**
COMMUNITY HEALTH PROJECT, INC.
356 W 18th St
New York, NY 10011-4401
[NoPhoneRecord]

**2. Congressional District of Recipient**
08

**3. Payment System Identifier (ID)**
██████████

**4. Employer Identification Number (EIN)**
██████████

**5. Data Universal Numbering System (DUNS)**
██████████

**6. Recipient's Unique Entity Identifier (UEI)**
██████████

**7. Project Director or Principal Investigator**
Dr. Asa Radix
Principal Investigator
aradix@callen-lorde.org
212-271-7275

**8. Authorized Official**
Mr. Patrick McGovern
Chief Executive Officer
pmcgovern@callen-lorde.org
(212) 271-7200 X 852

### Federal Agency Information
CDC Office of Financial Resources

**9. Awarding Agency Contact Information**
Mrs. Benita Bosier-Ingram
Grant Management Specialist
ula8@cdc.gov
404-638-7434

**10. Program Official Contact Information**
Dejené Parrish
Public Health Analyst
xht6@cdc.gov
404.639.8382

## Federal Award Information

**11. Award Number**
6 NU62PS924783-03-02

**12. Unique Federal Award Identification Number (FAIN)**
NU62PS924783

**13. Statutory Authority**
Sections 301 and 318(b) of the Public Health Service Act; 42 USC Sections 241 and 247c(a), as amended

**14. Federal Award Project Title**
Callen-Lorde Transcend Program to Provide Status Neutral Services for Black, Hispanic and Multi-racial Transgender and Gender Diverse New Yorkers

**15. Assistance Listing Number**
93.944

**16. Assistance Listing Program Title**
Human Immunodeficiency Virus (HIV)/Acquired Immunodeficiency Virus Syndrome (AIDS) Surveillance

**17. Award Action Type**
NGA Revision

**18. Is the Award R&D?**
No

## Summary Federal Award Financial Information

| | |
|---|---:|
| **19. Budget Period Start Date** 06/30/2024 **- End Date** 06/29/2025 | |
| **20. Total Amount of Federal Funds Obligated by this Action** | $0.00 |
| 20a. Direct Cost Amount | $0.00 |
| 20b. Indirect Cost Amount | $0.00 |
| **21. Authorized Carryover** | $0.00 |
| **22. Offset** | $0.00 |
| **23. Total Amount of Federal Funds Obligated this budget period** | $500,000.00 |
| **24. Total Approved Cost Sharing or Matching, where applicable** | $0.00 |
| **25. Total Federal and Non-Federal Approved this Budget Period** | $500,000.00 |
| **26. Period of Performance Start Date** 06/30/2022 **- End Date** 06/29/2026 | |
| **27. Total Amount of the Federal Award including Approved Cost Sharing or Matching this Period of Performance** | $1,581,155.00 |

**28. Authorized Treatment of Program Income**
ADDITIONAL COSTS

**29. Grants Management Officer – Signature**
Ms. Stephanie Latham
Team Lead, Grants Management Officer

## 30. Remarks

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**    Notice of Award

Centers for Disease Control and Prevention

Award#  6 NU62PS924783-03-02
FAIN#  NU62PS924783
Federal Award Date: 02/11/2025

## Recipient Information

**Recipient Name**
COMMUNITY HEALTH PROJECT, INC.
356 W  18th St
New York, NY 10011-4401
[NoPhoneRecord]

**Congressional District of Recipient**
08

**Payment Account Number and Type**

**Employer Identification Number (EIN) Data**

**Universal Numbering System (DUNS)**

**Recipient's Unique Entity Identifier  (UEI)**

**31. Assistance Type**
Cooperative Agreement

**32. Type of Award**
Other

### 33. Approved Budget
(Excludes Direct Assistance)

I.  Financial Assistance from the Federal Awarding Agency Only
II. Total project costs including grant funds and all other financial participation

| | |
|---|---:|
| a.  Salaries and Wages | $243,575.00 |
| b.  Fringe Benefits | $104,737.00 |
| c.  Total Personnel Costs | $348,312.00 |
| d.  Equipment | $0.00 |
| e.  Supplies | $0.00 |
| f.  Travel | $3,688.00 |
| g.  Construction | $0.00 |
| h.  Other | $0.00 |
| i.  Contractual | $50,000.00 |
| j.  **TOTAL DIRECT COSTS** | **$402,000.00** |
| k.  **INDIRECT COSTS** | **$98,000.00** |
| l.  **TOTAL APPROVED BUDGET** | **$500,000.00** |
| m.  Federal Share | $500,000.00 |
| n.  Non-Federal Share | $0.00 |

### 34. Accounting Classification Codes

| FY-ACCOUNT NO. | DOCUMENT NO. | ADMINISTRATIVE CODE | OBJECT CLASS | ASSISTANCE LISTING | AMT ACTION FINANCIAL ASSISTANCE | APPROPRIATION |
|---|---|---|---|---|---:|---|
| 2-9390JT6 | 22NU62PS924783 | PS | 41.51 | 93.944 | $0.00 | 75-22-0950 |
| 3-9390JT6 | 22NU62PS924783 | PS | 41.51 | 93.944 | $0.00 | 75-23-0950 |
| 4-9390JT6 | 22NU62PS924783 | PS | 41.51 | 93.944 | $0.00 | 75-24-0950 |



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**   Notice of Award

Centers for Disease Control and Prevention

Award#  6 NU62PS924783-03-02
FAIN#   NU62PS924783
Federal Award Date:  02/11/2025

**Direct Assistance**

| BUDGET CATEGORIES | PREVIOUS AMOUNT (A) | AMOUNT THIS ACTION (B) | TOTAL (A + B) |
|---|---|---|---|
| Personnel | $0.00 | $0.00 | $0.00 |
| Fringe Benefits | $0.00 | $0.00 | $0.00 |
| Travel | $0.00 | $0.00 | $0.00 |
| Equipment | $0.00 | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 | $0.00 |
| Contractual | $0.00 | $0.00 | $0.00 |
| Construction | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |

# AWARD ATTACHMENTS

COMMUNITY HEALTH PROJECT, INC.                                      6 NU62PS924783-03-02

1. Terms and Conditions

**TERMS AND CONDITIONS OF AWARD**

In compliance with the Temporary Restraining Order issued on January 31, 2025, in the United States District Court in the District of Rhode Island, the purpose of this amendment is to **rescind** the **Termination** Notice of Award issued January 31, 2025.

All the other terms and conditions issued with the original award remain in effect throughout the budget period unless otherwise changed, in writing, by the Grants Management Officer.