IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| PFLAG, INC., *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 8:25-cv-337-BAH |
| ) | |
| DONALD J. TRUMP, in his official capacity as ) | |
| President of the United States, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## MOTION TO STRIKE APPEARANCE

Please STRIKE the appearance of Vinita B. Andrapalliyal as counsel for Defendants in the above-captioned case. Defendants continue to be represented by other counsel of record.

Dated: June 13, 2025

Respectfully submitted,

BRETT A. SHUMATE
Acting Assistant Attorney General

MICHELLE BENNETT
Assistant Branch Director

*/s/ Vinita B. Andrapalliyal*
VINITA B. ANDRAPALLIYAL
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Tel.: (202) 305-0845
vinita.b.andrapalliyal@usdoj.gov

*Counsel for Defendants*