IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

_____
                                                     )
PFLAG, INC., *et al.*,                   )

              Plaintiffs,         )

              v.                   )    Civil Action No. 8:25-cv-337-BAH

DONALD J. TRUMP, in his official capacity as )
President of the United States, *et al.*,   )

              Defendants.    )
_____)

## MOTION TO WITHDRAW APPEARANCE

Undersigned counsel moves to withdraw himself, Christian S. Daniel, as counsel for Defendants in the above-captioned case, in light of his impending departure from the U.S. Department of Justice. Defendants continue to be represented by other counsel of record.

Dated: July 11, 2025                     Respectfully submitted,

                                              BRETT A. SHUMATE
                                              Assistant Attorney General

                                              MICHELLE BENNETT
                                              Assistant Branch Director

                                              */s/ Christian S. Daniel*
                                              CHRISTIAN S. DANIEL
                                              Trial Attorney
                                              United States Department of Justice
                                              Civil Division, Federal Programs Branch
                                              1100 L Street NW
                                              Washington, DC 20530
                                              Tel.: (202) 514-5838
                                              christian.s.daniel@usdoj.gov

                                              *Counsel for Defendants*