# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| PFLAG, INC., *et al.*,<br><br>                     *Plaintiffs*,<br><br>    v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>                     *Defendants*. | Civil Action No. 8:25-cv-337-BAH |

## **PROPOSED ORDER**

The Court, having reviewed Defendants' Motion to Stay Preliminary Injunction Pending Appeal, hereby ORDERS as follows:

The Motion is GRANTED.

The Court STAYS its Order granting Plaintiffs' motion for preliminary injunction, ECF No. 116, pending appeal.


Dated:


                                                 _____
HON. BRENDAN A. HURSON
UNITED STATES DISTRICT JUDGE