FILED: April 16, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1279
(8:25-cv-00337-BAH)

_____

PFLAG, INC.; AMERICAN ASSOCIATION OF PHYSICIANS FOR HUMAN
RIGHTS, INC., d/b/a GLMA: Health Professionals Advancing LGBTQ Equality;
GABE GOE, by and through his parent and next friend George Goe; GEORGE
GOE; BELLA BOE, by and through her parent and next friend Bruce Boe;
BRUCE BOE; CAMERON COE, by and through their parent and next friend
Claire Coe; CLAIRE COE; ROBERT ROE, by and through his parent and next
friend Rachel Roe; RACHEL ROE; LAWRENCE LOE; DYLAN DOE

       Plaintiffs - Appellees

v.

DONALD J. TRUMP, in his official capacity as President of the United States;
UNITED STATES DEPARTMENT OF HEALTH & HUMAN SERVICES;
HEALTH RESOURCES AND SERVICES ADMINISTRATION; DIANA
ESPINOSA, in her official capacity as Principal Deputy Administrator of the
Health Resources and Services Administration; NATIONAL INSTITUTES OF
HEALTH; MATTHEW J. MEMOLI, in his official capacity as Acting NIH
Director; NATIONAL SCIENCE FOUNDATION; SETHURAMAN
PANCHANATHAN, in his official capacity as Director of the National Science
Foundation; ROBERT F. KENNEDY, JR., in his official capacity as Secretary of
the U.S. Department of Health and Human Services

       Defendants - Appellants

and

STATE OF WEST VIRGINIA

      Defendant

------------------------------

DETRANSITIONERS; THE CATHOLIC HEALTH CARE LEADERSHIP
ALLIANCE; THE CHRISTIAN MEDICAL & DENTAL ASSOCIATIONS; THE
NATIONAL CATHOLIC BIOETHICS CENTER; THE CATHOLIC MEDICAL
ASSOCIATION; THE NATIONAL ASSOCIATION OF CATHOLIC NURSES,
USA; AMERICAN COLLEGE OF PEDIATRICIANS; DO NO HARM, INC.;
STATE OF ALABAMA; STATE OF ALASKA; STATE OF ARKANSAS;
STATE OF FLORIDA; STATE OF GEORGIA; STATE OF IDAHO; STATE OF
INDIANA; STATE OF IOWA; STATE OF KANSAS; STATE OF KENTUCKY;
STATE OF LOUISIANA; STATE OF MISSISSIPPI; STATE OF MISSOURI;
STATE OF NEBRASKA; STATE OF NORTH DAKOTA; STATE OF OHIO;
STATE OF OKLAHOMA; STATE OF SOUTH CAROLINA; STATE OF
SOUTH DAKOTA; STATE OF TENNESSEE; STATE OF TEXAS; STATE OF
UTAH; STATE OF VIRGINIA; STATE OF WEST VIRGINIA; STATE OF
WYOMING

      Amici Supporting Appellants

CONSTITUTIONAL ACCOUNTABILITY CENTER; PUBLIC CITIZEN;
INSTITUTE FOR CONSTITUTIONAL ADVOCACY AND PROTECTION;
CLINICAL PRACTICE GUIDELINE EXPERTS; AMERICAN ACADEMY OF
PEDIATRICS AND ADDITIONAL NATIONAL AND STATE MEDICAL AND
MENTAL HEALTH ORGANIZATIONS; MASSACHUSETTS, 18 OTHER
STATES, AND THE DISTRICT OF COLUMBIA

      Amici Supporting Appellees

-----------------------

## O R D E R

-----------------------

Upon consideration of submissions relative to appellants' motion for stay

pending appeal, the court denies the motion.

Entered at the direction of Judge Benjamin with the concurrence of Judge King and Judge Agee.

For the Court

/s/ Nwamaka Anowi, Clerk